# EXHIBIT B



# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## BID NO.  14-201/SLB

## NOVEMBER 13, 2012

### *SOLID WASTE AUTHORITY OF PALM BEACH COUNTY*
### *7501 NORTH JOG ROAD*
### *WEST PALM BEACH,  FLORIDA  33412*
### *(561) 640-4000*

**TABLE OF CONTENTS**

**SOLID WASTE AND RECYCLING COLLECTION SERVICES**
**BID NO. 14-201/SLB**

1.    Invitation to Bid

2.    General Terms and Conditions

3.    Minimum Bidder Requirements

    A.    Experience
    B.    Financial Stability
    C.    Bonding Company Commitment
    D.    SBE Plan
    E.    Insurance and Drug-Free Workplace

4.    Bid Forms

5.    Addendum Acknowledgement Form

6.    Service Area Map/Transfer Station Map

7.    Commercial Customer Data

8.    Franchise Agreement
    Solid Waste & Recycling Collection Services



## INVITATION TO BID

### SOLID WASTE AND RECYCLING COLLECTION SERVICES
### BID No. 14-201/SLB

The Solid Waste Authority of Palm Beach County, Florida (Authority) invites sealed bids for the above services.  Current franchise Agreements expire September 30, 2013.

**There will be two (2) MANDATORY PRE-BID conferences.  The first one will be on November 20, 2012 at 2:00 p.m. and the second one will be on December 4, 2012 at 2:00 p.m. local time in the Auditorium of the Authority's Administrative Offices located at 7501 North Jog Road, West Palm Beach, Florida 33412**

All potential bidders **shall attend BOTH mandatory pre-bid conferences.  All potential bidders must remain in attendance until the conclusion of each conference.** The purpose of these mandatory pre-bid conferences is to explain the complex method of selection, to provide an overview of the service requirements in the franchise agreement, to highlight the difficulties of servicing certain geographic areas, to explain the disposal credit process, and to solicit comments.  Potential bidders that do not attend both conferences shall be disqualified from continuing in the competition and the Authority will not accept bids from such disqualified bidders.

Bids from bidders who attended both pre-bid conferences must be received by the Authority at its Administrative Offices not later than **2:00 p.m. on January 4, 2013.**

To be placed on the Bidders' List or for additional information please contact Saundra Brady, Director of Purchasing Services at (561) 640-4000, ext. 4522 or sbrady@swa.org.

Small Business Enterprises are strongly urged to participate either as bidders or suppliers of goods and services to the prime contractors.

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

# BID NO. 14-201/SLB

# GENERAL TERMS AND CONDITIONS

# TABLE OF CONTENTS

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
## GENERAL TERMS AND CONDITIONS
### BID NO. 14-201/SLB

1. Execution of Bid ................................................................................................2
2. Bid Deadline.......................................................................................................2
3. Taxes ..................................................................................................................3
4. Discounts............................................................................................................3
5. Mistakes .............................................................................................................3
6. Additional Terms and Conditions......................................................................3
7. Interpretations....................................................................................................3
8. Conflict Of Interest ...........................................................................................3
9. Legal Requirements ...........................................................................................4
10. Public Entity Crimes ..........................................................................................4
11. Awards ...............................................................................................................4
12. Anti-Discrimination ...........................................................................................4
13. Contractual Agreement ......................................................................................4
14. Advertising.........................................................................................................5
15. Facilities ............................................................................................................5
16. Disqualification of Bidder..................................................................................5
17. Governmental Restriction ..................................................................................5
18. Public Records ...................................................................................................5
19. Drug-Free Work Place .......................................................................................5
20. Funding ..............................................................................................................5
21. Performance during Emergency .........................................................................5
22. Payment..............................................................................................................6
23. Independent Contractor Relationship .................................................................6
24. Purchasing Agreements with Other Government Agencies..................................6
25. Small Business Enterprise (SBE) Participation...................................................6
26. Mandatory Pre-Bid Conferences .......................................................................8
27. Bid Outline.........................................................................................................9
28. Bid Bond / Security............................................................................................9
29. Bid Deadline and Opening..................................................................................9
30. Minimum Bidder Requirements for Pre-Qualification .......................................10
31. Pre-Qualification / Award..................................................................................10
32. Disposal Costs....................................................................................................13
33. Special Services Cost .........................................................................................13
34. Container Costs ..................................................................................................13
35. Franchise Agreement..........................................................................................13
36. Protest Procedures..............................................................................................13
37. Submittal Instructions ........................................................................................14
38. Competency to Contract ....................................................................................15
39. Local Business Participation...............................................................................15
40. Lobbying ...........................................................................................................16
41. Cone of Silence ..................................................................................................16
42. Office of the Inspector General...........................................................................16
43. Scrutinized Companies .......................................................................................17

## GENERAL TERMS AND CONDITIONS

### SOLID WASTE AND RECYCLING COLLECTION SERVICES
### BID NO. 14-201/SLB

These documents constitute the complete set of Bid terms, conditions, specifications and forms. Unless specifically referred to herein Solid Waste Authority's (Authority) Purchasing Manual is not applicable to this procurement. It is the sole responsibility of the Bidder to insure that all pages of these documents are included. Bidders are advised to closely examine this package. All questions and communications concerning this procurement process shall be directed in writing to Mrs. Saundra L. Brady, Director of Purchasing Services, 7501 North Jog Road, West Palm Beach, FL 33412 or via electronic mail to sbrady@swa.org, or by facsimile to 561-640-3400.

Should revisions to the Bid become necessary, the Solid Waste Authority (Authority) will issue a written addendum. All addenda must be acknowledged. Your Bid may be rejected as non-responsive if you have failed to submit a Bid with an addendum acknowledgement for all addenda. Addenda may be downloaded from the Authority's website at www.swa.org. The Authority provides this website as a courtesy only and assumes no direct or implied responsibility for omissions which materially affect your Bid submittal.

It is the Bidders sole responsibility to contact the Authority no less than five (5) calendar days prior to the Bid opening date to ascertain whether any addenda have been issued. Failure of the Bidder to make this inquiry could result in its bid response being non-responsive in the event addenda were issued and not acknowledged by the Bidder in their response. Receipt of all addenda shall be acknowledged by the Bidders on the Addendum Acknowledgment Form and submitted in the Pre-Qualification Envelope. No addendum will be issued later than five (5) calendar days prior to the date for receipt of Bids except an addendum withdrawing the Bid or one that includes postponement of the date for receipt of Bids.

In accordance with the provisions of American with Disabilities Act, this document may be requested in an alternate format.

All Bid Forms and pre-qualification documents must be executed and submitted in sealed envelopes as instructed in the General Terms & Conditions. The face of the main sealed envelope (envelope provided with this Bid package) shall contain Bidder's name and return address, date and time of Bid opening, Bid number and title. Bids not submitted on the enclosed Bid Forms shall be rejected.

By submitting a Bid the Bidder agrees to be subject to all terms and conditions specified herein. No exceptions to the terms and conditions shall be allowed. Submittal of a Bid in response to this Invitation to Bid constitutes an offer by the Bidder which offer may not be withdrawn except as may be provided for herein. Bids which do not comply with these requirements may be rejected at the option of the Authority. The selected awardee is hereby placed on notice that acceptance of this Bid by the Governing Board of the Authority shall constitute a binding contract.

**Anti-Collusion**: By signing the Bid Form Bidder certifies that Bidder has not divulged, discussed, or compared this Bid with other Bidders and has not colluded with any other Bidder or parties to a Bid. Any violation of this provision will result in the cancellation and/or return of Bidder's materials (as applicable) and the removal of Bidder from the Bid list(s).

**Execution of Bid:**   Bid must contain an original manual signature, in ink, of an authorized representative who has the legal ability to bind the Bidder in contractual obligations.  Bid must be typed or legibly printed in ink.  Use of erasable ink is not permitted.  All corrections made by Bidder to any part of the Bid must be initialed in ink.

1.   **BID DEADLINE:** Bids are due in Purchasing Services, First Floor West, at the Authority's Administrative Offices located at 7501 North Jog Road West Palm Beach, Florida 33412, on the date and at the time specified in the Invitation to Bid. The Bid time must be and shall be scrupulously observed. It is the Bidder's sole responsibility to assure that its Bid is complete and delivered at the proper time and place of the Bid deadline. Bids which for any reason are not so delivered will not be considered.  Such Bids will be returned unopened. Offers by facsimile, telephone, or electronic means are **not** acceptable.  A Bid may **not** be altered by the Bidder after the Bid deadline.

2.   **PROCUREMENT SCHEDULE:** A summary schedule of the major activities associated with the Authority's procurement process for this Invitation to Bid is presented in Table 2-1. The Authority, at its sole discretion, may modify the schedule as it deems appropriate. The Authority will provide notification of any changes in association with submittal dates by written addenda in accordance with the General Terms and Conditions.

**TABLE 2-1**

| NO. | ACTIVITY | DATE |
|-----|----------|------|
| 1 | Issue Invitation to Bid (ITB) | November 13, 2012 |
| 2 | Mandatory Pre-Bid Conference #1 | November 20, 2012 |
| 3 | Last Date for Authority to receive inquiries - Pre-Bid Conf #1 | November 21, 2012 |
| 4 | Issue Addendum #1 - Pre-Bid Minutes & responses to inquiries | November 28, 2012 |
| 5 | Mandatory Pre-Bid Conference #2 | December 4 , 2012 |
| 6 | Last Date for Authority to receive inquiries - Pre-Bid Conf #2 | December 5, 2012 |
| 7 | Issue Addendum #2 -- Pre-Bid Minutes & responses to inquiries | December 10, 2012 |
| 8 | Bids Due | January 4, 2013 |
| 9 | Pre-Qualification Committee Meeting | January 10, 2013 |
| 10 | Pre-Qualification Results Posted - Start of 5-day Protest period | January 10, 2013 |
| 12 | Sealed Bids Opened – 9:00 a.m. - Awards Posted | January 24, 2013 |
| 13 | Board Approval of Contract Hearing of any Bid Protests | February 13, 2013 |
| 14 | Services start | October 1, 2013 |

3.   **TAXES:**  The Authority is exempt from Federal Excise and State Sales taxes.  Vendors or contractors doing business with the Authority shall **not** be exempted from paying sales tax to their suppliers for materials to fulfill contractual obligations with the Authority nor shall any Vendor/Contractor be authorized to use the Authority's Tax Exemption Number in securing such materials.

4.   **DISCOUNTS:**  Cash discounts for prompt payment shall **not** be considered in determining the lowest net cost for Bid evaluation purposes.

5.   **MISTAKES:**  Bidders are expected to carefully examine the specifications, Bid prices, extensions and all instructions pertaining to this Bid.  **FAILURE TO DO SO WILL BE AT BIDDER'S RISK.**  In the event of arithmetic error(s), the unit price will prevail and the Bidder's total offer will be corrected accordingly.  Written amounts shall take precedence over numerical amounts. **Bids having erasures or corrections must be initialed in ink by the Bidder.  Failure to do so will result in rejection of Bid.**

6.   **ADDITIONAL TERMS AND CONDITIONS:**  No additional terms and conditions included by the Bidder with the Bid response shall be evaluated or considered.  Any and all such additional terms and conditions shall have no force and effect, and are inapplicable to this Bid if submitted either purposely through intent or design, or inadvertently appearing separately in transmittal letters, specifications, literature, price lists or warranties.  It is understood and agreed that the general conditions in this Invitation to Bid are the only conditions applicable to this Bid and the Bidder's authorized signature on the Bid Form attests to this.

7.   **INTERPRETATIONS:**  All Bidders shall carefully examine the Invitation to Bid documents and attached proposed Franchise Agreement.   Any ambiguities or inconsistencies shall be brought to the attention of the Authority in writing prior to the Bid deadline; failure to do so, on the part of the Bidder, will constitute an acceptance by the Bidder of any subsequent decision.  Any questions concerning the intent, meaning and interpretations of the documents shall be requested in writing and <u>received</u> by the Authority at least twelve (12) days prior to the Bid deadline.  <u>Inquiries shall be addressed to the Director of Purchasing Services.</u>  No person is authorized to give oral interpretations of or make oral changes to the Bid. Therefore, oral explanations or instructions given by any Authority agent before the Bid deadline are not binding and should not be interpreted as altering any provision of this document.  Bidder certifies that this bid is made without reliance on any oral representations made by the Authority or any other person.  Any interpretation of, or changes to, the Bid will be made in the form of a written Addendum to the Bid.

8.   **CONFLICT OF INTEREST:**  All Bidders must disclose with their Bid the name of any officer, director, agent, or any relative of an officer, director or agent who is also an employee of the Authority.  Further, all Bidders must disclose the name of any Authority employee who owns, directly or indirectly, an interest of five percent (5%) or more in the Bidder's firm or any of its subsidiaries.

9.   **LEGAL REQUIREMENTS:**  Bidders are required to comply with all provisions of Federal, State, County and local laws and ordinances, rules and regulations and any Authority rules, that are applicable to the items being Bid.  Lack of knowledge by the Bidder shall in no way be a cause for relief from responsibility, or constitute a cognizable defense against the legal effect thereof.

10.  **PUBLIC ENTITY CRIMES:**  Pursuant to F.S. 287.133, as amended: a person or affiliate who has been placed on the convicted vendor list following a conviction for a public entity crime may not submit a Bid on a contract to provide any goods or services to a public entity, may not submit a Bid on a contract with a public entity for the construction or repair of a public building or public work, may not submit Bids on leases of real property to a public entity, may not be awarded or perform work as a contractor, supplier, subcontractor or consultant under a contract with any public entity, and may not transact business with any public entity in excess of the threshold amount provided in section 287.017 for CATEGORY TWO for a period of 36 months from the date of being placed on the convicted vendor list.

11.  **AWARDS:**  This Bid shall be awarded only to responsive and responsible Bidders, qualified to provide the services specified.  As the best interest of the Authority may require, the right is reserved to make award(s) by individual item, group of items, "All or None", or any combination thereof; to award to one or more vendors; to reject any or all Bids; to waive any minor irregularity in Bids received; and, at the Authority's sole discretion, to request a re-Bid. Notwithstanding the above reservation of rights, the Authority anticipates making only one award per Service Area.  Therefore, Bidders shall Bid on all line items within each Service Area in which they are interested.  Bidders are cautioned to make no assumptions until the Authority has entered into a contract.

The Solid Waste and Recycling Collection Franchise Agreement is attached to this Invitation to Bid.  The Authority will be under no obligation to make further revisions to the Agreement and the selected Bidders will be expected to execute the Agreement with no further negotiations or revisions except for the correction of scrivener errors and the incorporation of relevant information, such as contract prices.  No exceptions to the Agreement including attachments will be considered or evaluated.  The taking of any exceptions by a Bidder may result in their Bid being judged non-responsive.

12.  **ANTI-DISCRIMINATION:**  The Authority is committed to assuring equal opportunity in the award of contracts, and, therefore complies with all laws prohibiting discrimination. The successful Bidder is prohibited from discriminating against any employee, applicant, or client because of race, color, religion, disability, sex, age, national origin, ancestry, marital status, sexual orientation, or gender identity or expression.

13.  **CONTRACTUAL AGREEMENT:**  The terms, conditions, and provisions in this Invitation to Bid shall be included and incorporated in any final contract.  The order of precedence will be the Franchise Agreement, Invitation to Bid, and general law. Any and all legal action necessary to enforce a contract will be interpreted according to the laws of Florida.  The venue of any legal action related to this contract shall be in a state court of competent jurisdiction located in Palm Beach County, Florida.

14. **ADVERTISING:** In submitting a Bid, Bidder agrees not to use the results therefrom as a part of any commercial advertising, without the express written approval by the appropriate level of authority within the Authority.

15. **FACILITIES:** The Authority reserves the right to inspect the Bidder's facilities at any reasonable time, during normal working hours, with prior notice to determine that Bidder has a bona fide place of business, and is a responsible Bidder. Award recipients will be required to maintain an office in Palm Beach County in accordance with the requirements of the Franchise Agreement.

16. **DISQUALIFICATION OF BIDDER:** More than one Bid from an individual, firm, partnership, corporation, or association under the same or different names will not be considered. Reasonable grounds for believing that a Bidder is involved in more than one Bid for the same work will be cause for rejection of all Bids in which such Bidders are believed to be involved. Reasonable grounds for believing that Bidders, who are planning a merger or are in the process of merging with or acquiring other Bidders, are not submitting bona fide or uncompromised Bids will be sufficient cause for rejection of all Bids in which such Bidders are believed to be involved. Any and all compromised Bids will be rejected if there is reason to believe that collusion exists between Bidders.

17. **GOVERNMENTAL RESTRICTION:** In the event that any governmental restrictions are imposed which would necessitate alteration of the performance of the services offered in this Bid prior to delivery, it shall be the responsibility of the Bidder to notify the Authority at once. The Authority reserves the right to accept the alteration or to cancel the contract at no expense to the Authority.

18. **PUBLIC RECORDS:** Upon award recommendation any material submitted in response to this Invitation to Bid will become a "public record" and shall be subject to public disclosure consistent with Chapter 119 Florida Statutes (Public Record Law), as amended. Bidders must claim the applicable exemptions to disclosure provided by this law in their response to the Invitation to Bid by identifying materials to be protected, and must state the reasons why such exclusion from public disclosure is necessary and legal. The Authority reserves the right to make any final determination of the applicability of the Public Records Law.

19. **DRUG-FREE WORK PLACE:** Preference shall be given to a business with Drug-Free Work Place (DFW) programs. Whenever two or more Bids which are equal with respect to price, quality, and service are received by the Authority for the procurement of contractual services, a Bid received from a business that completes the attached DFW form certifying that it is a DFW shall be given preference in the award process.

20. **FUNDING:** The obligations of the Authority under this award are subject to the availability of funds lawfully appropriated for its purpose.

21. **PERFORMANCE DURING EMERGENCY:** By submitting a Bid, Bidder agrees and promises that, during and after a public emergency, disaster, hurricane, flood, or acts of God, the Authority shall be given "first priority" for all services under this contract. Bidder

agrees to provide all services to the Authority during and after the emergency/disaster at the terms, conditions, and prices as provided in this solicitation and with a priority above and preference over services to the private sector.

22.   **PAYMENT:**   The Authority or its designee will be responsible for the billing and collection of payments for Residential Solid Waste Collection Service.  The Contractor shall be responsible for billing and collection of payments for Commercial Solid Waste Collection Service. Contractor shall also be responsible for billing and collection of payments for Special Services related to Residential Solid Waste Collection Service.

23.   **INDEPENDENT CONTRACTOR RELATIONSHIP:**   The successful Bidder is, and shall be, in the performance of all work, services, and activities under this Contract, an Independent Contractor and not an employee, agent, or servant of the Authority.   All persons engaged in any of the work or services performed pursuant to this Contract shall at all times, and in all places, be subject to the successful Bidder's sole direction, supervision, and control.  The successful Bidder shall exercise control over the means and manner in which it and its employees perform the work and in all respects, the successful Bidder's relationship, and the relationship of its employees, to the Authority shall be that of an Independent Contractor and not as employees or agents of the Authority.

24.   **PURCHASING AGREEMENTS WITH OTHER GOVERNMENT AGENCIES:** All Bidders submitting a response to this invitation to Bid agree that such response also constitutes a Bid to all political subdivisions under the same conditions, for the same prices and the same effective period as this Bid, should the Bidder feel it is in their best interest to do so. This agreement in no way restricts or interferes with the right of any political subdivision to re-bid any or all items.

25.   **SMALL BUSINESS ENTERPRISE (SBE) PARTICIPATION:**   The Authority Governing Board has set fifteen (15) percent as the Authority's goal for local Small Business Enterprise (SBE) participation in contracts and purchases.  For the purposes of this solicitation the percentage of participation shall be calculated by dividing the proposed annual payments to be made to certified local SBEs providing goods and/or services necessary to support the required services under the agreement by 60% of the grand total annual cost as reflected on the bid form.

The goal is to encourage doing business with local SBEs with certifications from the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency. The Authority does not have a certification program therefore proof of current certification from one of the above listed sources will be required.  For the purposes of this requirement, the term "local SBE" means a local SBE, certified by the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency, which has a permanent place of business within the County and which holds a business tax receipt issued by the County that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance of this invitation for bids. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the County or a permanent office or other site located within Palm Beach County from which the local business will produce or provide a

substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

The Authority will require documentary proof of the implementation, progress, and final outcome of the proposed plan.

The SBE Model Plan consists of:  Schedule No. 1 – a form for listing the local   SBE vendors proposed and the calculation of the SBE participation percentage; Schedule No. 2 – letters of intent from the proposed local SBE subcontractors, suppliers and/or sub-consultants; and Schedule No. 3 – defines a "Bona Fide" effort and required documentary proof.  **Note:  M/WBE information is being collected for tracking purposes only. M/WBE participation will not be counted towards 15% SBE participation goal.**

The intent of Schedules 1 and 2 is to reflect the percentage of local SBE participation pledged by the Bidder.   If the Bidder has not been able to achieve fifteen (15) percent local SBE documented participation on Schedules 1 and 2, then Schedule No. 3 is required to be submitted to document and demonstrate the Bidder's efforts.

The submission of a local SBE plan is required. The Bidder's plan will be incorporated into the Agreement between the Bidder and the Authority and the Bidder shall demonstrate a Bona Fide Effort to implement the plan.

**A Bid without a local SBE plan shall be judged non-responsive by the Authority. A Bid which fails to meet the 15% goal _and_ which fails to document that Bidder has made a Bona Fide Effort to meet the goal shall be judged non-responsive.**

"Bona Fide Effort" shall mean the obligation to make every effort a similarly situated, prudent business entity operating under similar circumstances would make when acting in a determined manner to obtain the intended result by action or expenditure, which is not unreasonably disproportionate or burdensome under the circumstances.

The Bid **must include evidence of Bona Fide Efforts to achieve the goals**. In order to demonstrate those Bona Fide Efforts, Bidders shall provide the Authority with all documentation and evidence required in this ITB regarding local SBE participation and Bona Fide Efforts.  The documentation and evidence shall include but may not be limited to the following:

1.  A list of all certified local SBE suppliers and subcontractors who will be used on the contract and the amounts intended to be paid to them.

2.  A list and a brief discussion of the specific supplies or work the Bidder intends to contract for from local SBE suppliers and subcontractors.

3. Evidence that the Bidder provided written notice to certified local SBEs listed with one or more of the following: the Palm Beach County Office of Small Business Assistance, or any other Florida governmental agency, and a discussion or documentary evidence of the interest or lack of interest of the certified local SBEs contacted in providing the supplies or services to the Bidder in the performance of this contract

4. Evidence that the Bidder followed up initial solicitations of interest by contacting local SBEs to determine with certainty whether the local SBEs were interested.

5. Evidence that the Bidder advertised in general circulations, trade association, and/or small business focused media concerning the supplier or subcontractor opportunities.

6. Evidence that the Bidder used the services of available small business organizations and local, state or other small business assistance offices that provide assistance in the recruitment and placement of local SBEs.

7. Evidence that the Bidder thoroughly investigated the capabilities of local SBEs and did not reject local SBEs without sound reasons.

The Authority shall consider, at a minimum, the above criteria in determining bona fide efforts. The Authority will look not only at the different kinds of efforts the Bidder has made, but also at the quality, quantity, intensity, and timeliness of those efforts in determining responsiveness to this requirement.

Bidders are advised that falsely representing that it will use the services or purchase commodities from an local SBE firm, and subsequently not doing so without demonstrating reasonable cause, or failure to comply with the local SBE requirements under Section 42 of the contract, shall be considered a breach of contract and further, shall be cause for debarment in accordance with the Authority's Purchasing Manual, Section 11, paragraphs D or E.

26. **There will be two MANDATORY Pre-Bid conferences. The first conference will be on Tuesday, November 20, 2012 at 2:00 p.m., EST.  The second conference will be on Tuesday, December 4, 2012 at 2:00 p.m. EST in the Auditorium of the Authority's Administrative Offices located at 7501 N. Jog Road, WPB, FL 33412.**

All potential Bidders **must** attend **both** mandatory pre-bid conferences.  **All potential Bidders must remain in attendance until the conclusion of each conference.** The purpose of these mandatory pre-bid conferences is to explain the complex method of selection, to provide an overview of the service requirements in the franchise agreement, to highlight the difficulties of servicing certain geographic areas, to explain the disposal credit process, and to solicit comments.  Potential Bidders that do not attend both conferences shall be disqualified from continuing in the competition and the Authority will not accept Bids from such disqualified Bidders.

27. **BID OUTLINE:** The unincorporated area of Palm Beach County has been divided into four (4) Service Areas for Residential and Commercial Solid Waste and Recycling Collection Services.

For Residential Solid Waste and Recycling Collection Services the Bidder is asked to Bid a per residential dwelling unit price (by type of service).The per cubic yard price (for commercial service) and the per pull price (for commercial service) has been established by the Authority.

The estimated number of units is provided by the Authority.

The Bid shall be based on service utilizing the Authority's Transfer Station System (see location map enclosed), the processing facilities at North Jog Road, and other facilities as may be designated by the Contract Administrator.

28. **BID BOND / SECURITY:** Each Bid must be accompanied by a Certified Cashier's Check or Surety Company Bid Bond in the amount of 2.5% of the highest amount bid by Bidder for any service area.  Only one Bid bond will be required regardless of the number of Service Areas Bid.

**Failure by Bidder to execute contract documents or to provide the necessary insurance and bond documents following award, as required herein and within the timeframes set forth herein, with respect to one or more Service Areas will entitle the Authority to retain the entire Bid deposit.**

In the event a Bidder declines an award (other than when the Authority is making offers under Section 31c) in any Service Area, the Authority is entitled to retain the entire Bid deposit AND the Bidder will not be awarded ANY Service Area in which that Bidder may have the lowest Bid.  The Bidder will be completely removed from the entire matrix described in Section 31c and the award process will be restarted from the beginning, including a recalculation of the district award sequence for all four Service Areas.

Checks shall be made payable to the Solid Waste Authority of Palm Beach County. Unsuccessful Bidder's Bid deposit will be returned upon execution of a contract with the successful Bidder.  Under no circumstances shall the successful Bidder start work until it has supplied an acceptable performance bond.  If the successful Bidder fails to supply a performance bond, as specified in the Bid, the Authority shall be entitled to retain the Bid deposit to rectify the Bidder's unacceptable performance.

29. **BID DEADLINE AND OPENING:** The Bid process consists of two phases. Phase 1 is the pre-qualification of interested vendors and Phase 2 is the opening of the sealed Bid Form envelopes of the pre-qualified vendors.  All pre-qualification documentation and Bid Forms required for both phases shall be enclosed in the provided main Bid envelope and shall be due on Friday, **January 4, 2013 at 2:00 p.m. (Due Date).** The main Bid envelope will be opened at that time and contents will be logged in.  **The sealed envelopes containing the Bid Forms will not be opened at this time.** The opening of the Bid Form envelopes of those Bidders that pre-qualified successfully will be publicly held on **Thursday, January 24, 2013 at 9:00 a.m.**

30.   **MINIMUM BIDDER REQUIREMENTS FOR PRE-QUALIFICATION:**

Refer to the separate section titled "Minimum Bidder Requirements for Pre-qualification". It contains the detailed instructions and pre-qualification forms that must be completed for submission on the Due Date.

**THE PRE-QUALIFICATION COMMITTEE MAY DISQUALIFY ANY BIDDERS WHO MAKE EXAGGERATED OR MATERIALLY FALSE STATEMENTS.**

31.   **PRE-QUALIFICATION / AWARD:**

a.   The maximum number of Service Areas (Collection franchises) for Residential and Commercial Solid Waste and Recycling Collection Services that shall be awarded to any one Bidder meeting the maximum qualifications shall be three (3) Service Areas. Bidders meeting the maximum qualification may elect to only be awarded one (1) or two (2) Services Areas. Bidders meeting the minimum qualifications but not the maximum qualifications shall be awarded only one Service Area.

OR

If there is only one Bidder pre-qualified for maximum award the Authority reserves the right to re-solicit Bids.

b.   No Bidder or franchise holder may own or have a financial interest in more than ten percent (10%) of any other Bidder or franchise holder whether such ownership is direct or through a parent, subsidiary or holding company or any other business entity.

c.   Collection franchises shall be awarded and the limitation on the number of franchises shall be determined in the following manner: All franchise Bids of Bidders meeting pre-qualification requirements shall be publicly opened on the announced day. All Bids posted will remain active, subject to paragraph four below in this Section (31.c.), and will not be removed during the award process even if the providing Bidder reaches its maximum limitation. The total amount of the franchise Bid shall be placed into a matrix consisting of the number of the franchise Service Areas on one axis and the names of the franchise Bidders on the other axis. When all pre-qualified Bids have been opened and the numbers placed into the matrix, the lowest franchise Bid for each Service Area shall be noted and all other Bids in each Service Area shall be assigned a ranking number as compared with the lowest Bid. (i.e., second lowest, third lowest, etc.) The difference between the lowest Bid and second lowest Bid in each Service Area shall be calculated and noted on the matrix. The first franchise Service Area to be awarded shall be that Service Area within which there is the greatest difference between the lowest Bid and the second lowest Bid. The next franchise Service Area to be awarded shall be that Service Area within which the next greatest difference appears, and the order of awarding Service Areas shall continue as determined by the descending order of the difference between the lowest and second lowest Bid.

In the event of a tie between two Service Areas, based upon the difference between the lowest Bid and second lowest Bid, the order of awarding the tied Service Areas shall go first to the Service Area with the lowest residential unit count which consequently would also be the highest cost per unit.

Any Bidder that has reached the maximum or self-imposed maximum limitation as described in Section 31c above shall no longer be eligible for award of any additional Service Areas. In the event the lowest Bid in a subsequent Service Area to be awarded was submitted by a Bidder who is no longer eligible, the next lowest eligible Bidder shall be offered the opportunity to accept the franchise award at the dollar amount of the lowest Bid in that Service Area. If that Bidder does not accept the award of the franchise at the dollar amount of the lowest Bid, then the next lowest eligible Bidder shall be offered that opportunity, and this procedure shall continue until one of the eligible Bidders for that Service Area accepts the award at the lowest Bid price or until all of the eligible Bidders have been offered an opportunity and all have declined to accept.

Should no eligible Bidder accept the lowest Bid price the Bid shall be eliminated from consideration and the next lowest Bid in that Service Area shall now be the lowest Bid. This process shall continue until the lowest Bid is either that of an eligible Bidder or an eligible Bidder has accepted the lowest Bid of an ineligible Bidder, whichever occurs first.

In the event of any tie bids among the low bids of eligible bidders or among bidders that are being asked to accept the low bid of an ineligible bidder, the Service Area will be awarded based on the Best and Final Bid to be provided by the tied Bidders within 30 minutes of the request.

d.   Documents for both Phases (Section 29) of the Bid shall be due on the Due Date. The main Bid envelope shall be submitted to the Authority containing the Pre-Qualification Envelope and one sealed Bid Form envelope for each Service Area bid. On the Due Date, the main envelope will be opened and all contents date stamped and logged in. The Bid Form envelopes shall not be opened at this time.

e.   A five person Pre-Qualification Committee composed of four Authority staff members and one member of the Authority's Citizens Advisory Committee, shall examine the documentation submitted in the Pre-Qualification Envelopes to determine the responsiveness and responsibility of each Bidder. Any Bidder found non-responsive and/or not meeting qualifications, by majority vote, shall have their collection franchise Bid Form envelopes returned unopened.

The Pre-Qualification Committee will base its recommendations principally on the submitted documents and a check of the references provided with the Bid. However, the Committee reserves the right to make additional inquiries, interview some or all Bidders, make site visits, obtain credit reports, or any other action it deems necessary to fairly evaluate all Bidders. The Committee may at its sole discretion reject a Bidder, pre-qualify a Bidder for all of the Bidder's requested Areas or pre-

qualify a Bidder only for some of the Bidder's requested Areas. The Pre-Qualification Committee will determine the capability of the Bidder to service any combination of Service Areas and will set such Bidder's limitation of award by market share determined by residential units.

f.   There are no limits on the number of Service Areas for which a Bidder may compete only on the number of Services Areas a bidder may be awarded.

g.   Those Bidders that successfully pre-qualify shall have their Bids opened publicly on **Thursday, January 24, 2013** at 9:00 a.m. at the Authority's Administrative Office Building.   Bids for Service Areas for which the Bidder did not pre-qualify successfully will be returned unopened after awards are approved by the Board.

**ATTENDANCE BY PRE-QUALIFIED BIDDERS AT THE BID OPENING IS MANDATORY.   AN AUTHORIZED REPRESENTATIVE WHO HAS THE LEGAL AUTHORITY TO BIND THE BIDDER IN CONTRACTUAL OBLIGATIONS MUST BE PRESENT.   THE AUTHORITY MAY OFFER AWARDS TO SECOND (AND POSSIBLY THIRD, FOURTH, ETC.) LOWEST BIDDERS AS STIPULATED IN SECTION 31c ABOVE.   THE OFFERS WILL BE MADE IMMEDIATELY, AS NEEDED, AS THE AWARD PROCESS PROCEEDS.**

**OFFER/ACCEPTANCE/REJECTION LETTERS FROM THE SECOND, THIRD, ETC., LOWEST BIDDERS SHALL BE SIGNED WITHIN THIRTY MINUTES OF THE OFFER.   FAILURE TO RESPOND TO AN OFFER WITHIN THE TIME LIMIT ALLOTTED WILL BE CONSIDERED A REJECTION OF THE AUTHORITY'S OFFER.**

**ACCEPTANCE OF AN OFFER TO PERFORM AT A LOWER BIDDER'S PRICE MEANS ACCEPTANCE OF EACH AND EVERY ONE OF THAT BID'S COMPONENTS (RESIDENTIAL AND COMMERCIAL) AND THEIR SUB COMPONENTS EXACTLY AS BID BY THE LOWER BIDDER.**

**BIDDERS ARE NOT ALLOWED TO SELECT SERVICE AREAS OR MAKE CHOICES EXCEPT WHEN AN OFFER IS MADE TO THEM BY THE AUTHORITY. THE ONLY CHOICE IS TO ACCEPT OR REJECT THE OFFER TO PERFORM SERVICES AT THE LOWER BIDDER'S PRICE IN THAT SERVICE AREA.**

**ONCE A SERVICE AREA HAS BEEN ACCEPTED BY A BIDDER, WITHDRAWAL SHALL NOT BE PERMITTED.**

**WITHDRAWAL OF ACCEPTANCE WILL RESULT IN THE LOSS OF BID SECURITY AND ADDITIONAL SANCTIONS PER SECTION 28 ABOVE.**

**PRE-QUALIFIED BIDDERS ARE EXPECTED TO COME TO THE BID OPENING FULLY PREPARED TO MAKE AN IMMEDIATE BUT PRUDENT BUSINESS DECISION TO ACCEPT OR REJECT THE PERFORMANCE OF SERVICES FOR THE RATES BID BY A LOWER PRICED BIDDER.**

**WARNING: THE AUTHORITY WILL STRICTLY ENFORCE ALL THE PROVISIONS OF THE RESULTING FRANCHISE AGREEMENTS INCLUDING LIQUIDATED DAMAGE CLAUSES FOR ANY SERVICE QUALITY PROBLEMS. FRANCHISEES SHALL NOT BE ALLOWED RATE INCREASES ON THE BASIS THAT THEY BID TOO LOW *(OR AGREED TO DO THE WORK FOR A LOWER BIDDER'S PRICE)*. NON-PERFORMANCE DUE TO TOO LOW A BID SUBMITTED OR ACCEPTED SHALL RESULT IN CANCELLATION OF ALL RESIDENTIAL AND COMMERCIAL SOLID WASTE AND RECYCLING COLLECTION SERVICES FRANCHISE AGREEMENTS OF THE BIDDER.**

32. **DISPOSAL COSTS:** Disposal cost figures are provided ANNUALLY by the Authority.

33. **SPECIAL SERVICES COST:** The cost of special services such as rolling out containers, back door service and others are set by the Authority and published in the Franchise Agreement section of the Bid.

    The per cubic yard price and per pull price for Commercial Solid Waste Collection Services are set by the Authority and published in the Franchise Agreement section of the Bid

34. **CONTAINER COSTS:** The Authority has set the rental rates for containers for both commercial and residential use. These rates are found in the Franchise Agreement section of the Bid.

35. **FRANCHISE AGREEMENT:** The Franchise Agreement section of the Bid fully describes the Residential and Commercial Solid Waste and Recycling Collection Services. A Bidder needs to carefully read the entire document.

36. **PROTEST PROCEDURES:** The Bid consists of two phases: a pre-qualification phase and the franchise award phase. The results of each phase may be appealed as provided below. Any Bidder aggrieved by a decision in the pre-qualification phase may request review of that decision informally in writing to the Director of Purchasing who shall attempt to resolve the complaint. Should the Director of Purchasing be unable to resolve the complaint, then the Bidder may submit a formal protest.

    a. **Pre-qualification Recommendations:** The Pre-Qualification Committee's recommendations will be posted for review by interested parties at Purchasing Services for a period of five (5) calendar days.

b.   **Bid Protest Procedure for Pre-qualification Recommendation or Franchise Awards:** Any Bidder aggrieved by the decision of the Pre-qualification Committee or the franchise award recommendation, as applicable, may appeal such decision/recommendation within five (5) calendar days of the date of posting by filing a formal written Protest with the Authority's Director of Purchasing Services. Such formal written Protest must be received by the Director of Purchasing Services at 7501 N. Jog Road, West Palm Beach, Florida before 5:00 p.m. of the fifth calendar day following the posting of the Pre-qualification Committee's decision or franchise award recommendation, as applicable. Failure of the Bidder to file a timely formal written Protest within the time specified shall constitute a waiver by the Bidder of all rights to Protest. The formal written Protest must provide documentation which shall specify in detail the nature of the grievance and the grounds upon which any relief, modification or change is based. Such appeal shall also be addressed to the Chair of the Governing Board of the Authority with a copy to the Authority Executive Director. At the time of filing the formal written Protest, Bidder shall post a bond payable to the Authority in an amount equal to $10,000, which bond shall be conditioned upon the payment of all costs which may be adjudged against them in the administrative hearing in which the action is brought and in any subsequent appellate court proceedings. The Authority's Governing Board shall decide the appeal by written order within thirty (30) days of its receipt by the Chair of the Authority.  Any decision of the Board unfavorable to the appellant may be submitted for review to the Circuit Court of Palm Beach County by writ of certiorari in accordance with the Florida Rules of Appellate Procedure.

Nothing contained in this Section shall limit or divest the Governing Board of the Solid Waste Authority of its authority pursuant to the Special Act or general law.

37.   **SUBMITTAL INSTRUCTIONS:** Bidder shall make sure that all documents are signed, addenda acknowledged, changes are initialed, envelopes identified with Bidder's name, and all envelopes sealed.

a.   **Pre-Qualification Envelope:**   The following is to be submitted in the Pre-Qualification Envelope:

- Pre-qualification documents as required in the section titled "Minimum Bidder Requirements for Pre-qualification"

- Completed and initialed Addendum Acknowledgement Form

- Bid Bond

- Copy of Bidder's local SBE Certificate, if applicable

b.   **Bid Form Envelope:**  Submit each Service Area's Bid Form in a separate sealed white #10 envelope. **Use one envelope per Service Area.** On each envelope affix the appropriate self adhesive label provided.

c.   **Pre-Addressed Mailing Envelope:**  Submit the Pre-Qualification Envelope and Bid Form Envelope(s) in the pre-addressed, green edged mailing envelope provided.

38.  **COMPETENCY TO CONTRACT:**  The Bidder expressly recognizes, acknowledges, and agrees that the Solid Waste Authority of Palm Beach County is a legally constituted agency; that is, a dependent special district created by the Florida Legislature in Chapter 2001 - 331, Laws of Florida, as amended.  Furthermore the Bidder expressly admits, acknowledges, and recognizes the Authority's jurisdiction and ability to enter into collection franchise agreements in Palm Beach County.  The Bidder hereby waives any legal causes of action regarding the Authority's competency and/or ability to enter into solid waste collection franchise agreements.

39.  **LOCAL BUSINESS PARTICIPATION:** The Governing Board of the Authority has made it a priority for this contract that the use of local businesses be maximized by all bidders when selecting subcontractors. For the purposes of this requirement, the term "local business" means a business which has a permanent place of business within the county and which holds a business tax receipt issued by the county that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance of this invitation for bids. If the business is a joint venture/partnership, it is sufficient for qualification as a local business if at least one (1) of the joint ventures/partners meets the test set forth in this subsection. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the county or a permanent office or other site located within Palm Beach County from which the local business will produce or provide a substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

For each subcontract related to this solicitation where Bidder is not utilizing the services of a local SBE, Bidder shall use Bona Fide Efforts to engage a local business to provide such service. Bidder shall, in its prequalification package, provide the Authority with a list of all non-SBE subcontractors which Bidder intends to use to provide goods or services related to fulfilling the requirements of the Franchise Agreement. For each listed non-SBE subcontractor, Bidder shall indicate whether such subcontractor is or is not a local business.

For each non-SBE, local business listed by Bidder as a subcontractor, Bidder shall, in its prequalification package, provide the Authority with a copy of such local business' business tax receipt.

For each non-local, non-SBE subcontractor listed by Bidder, Bidder shall provide a detailed description of efforts made by Bidder to obtain a local business to provide the necessary goods or services and, if a local business was available but not selected, an explanation of why such local business was not used.

A Bidder's failure to include the list of non-SBE subcontractors or the required description of Bona Fide Efforts to hire local businesses may be considered by the Pre-qualification Committee and may result in a determination that Bidder's submission is non-responsive.

40    **LOBBYING:**  Bidders are advised that the Authority's Lobbyist Registration Policy prohibits a bidder or anyone representing the bidder from communicating, except in writing, with any Authority Governing Board member or Authority employee authorized to act on behalf of the Governing Board to award a particular contract regarding its bid, i.e., a "Cone of Silence".

41    **CONE OF SILENCE:**  Bidders are advised that a Cone of Silence that prohibits any communication, except written correspondence, regarding a particular request for proposal, request for qualification, bid, or any other competitive solicitation between Bidders or any person representing the Bidders and any member of the Solid Waste Authority Governing Board, their staff, any Authority employee authorized to act on behalf of the Authority to award the contract under this Bid, or any member of the selection committee authorized to evaluate the Bids is in effect.

The Cone of Silence shall be in effect as of the deadline to submit Bids even if Bid is withdrawn or is otherwise eliminated from consideration consistent with the procedures as outlined in this Bid.  The Cone of Silence shall remain in effect until the Governing Board, or Authority staff, if authorized to act on behalf of the Board, awards or approves the contract, rejects all Bids or otherwise takes action which ends the solicitation process.

The provisions of this article shall not apply to oral communications at any public proceeding, including pre-Bid conference, oral presentations before selection committees, and contract negotiations during any public meetings, presentations made to the Board and protest hearings.  Further, the Cone of Silence shall not apply to contract negotiations between Authority employees and the intended awardees, any dispute resolution process following the filing of a protest between the person filing the protest and any Authority employee, or any written correspondence at any time with any Authority employee, Board member or Advisory board member, or selection committee member, unless specifically prohibited by the applicable competitive solicitation process.

The Governing Board by means of action taken at any properly noticed Governing Board meeting may invoke the cone of silence earlier than the time specified in this section for any procurement.

42    **OFFICE OF THE INSPECTOR GENERAL:**  Palm Beach County has established the Office of the Inspector General, Ordinance (OIG) No. 2009-049 which is authorized and empowered to review past, present and proposed county contracts, transactions, accounts and records.  The Solid Waste Authority (Authority) has entered into an Inter Local Agreement (ILA) for Inspector General Services.   This agreement provides for the Inspector General to provide services to the Authority in accordance with the authority, functions and powers set out in the Palm Beach County Office of Inspector General Ordinance.  All parties doing business with the Authority and receiving Authority funds shall fully cooperate with the Inspector General including providing access to records relating to this Agreement.  The Inspector General has the power to subpoena witnesses, administer oaths, require the production of records, and audit, investigate, monitor, and inspect the activities of the Contractor, its officers, agents, employees, and lobbyists in order to ensure compliance with contract specifications and detect corruption and fraud.

Failure to cooperate with the Inspector General or interference or impeding any investigation shall be in violation of Ordinance 2009-049, and punished pursuant to Section 125.69, Florida Statutes, in the same manner as a second degree misdemeanor.

43      **SCRUTINIZED COMPANIES:** As provided in F.S. 287.135, by entering into any agreement with the Authority, or performing any work in furtherance hereof, Contractor hereby certifies that Contractor and Contractor's affiliates, suppliers, subcontractors and consultants who will perform hereunder, have not been placed on the Scrutinized Companies With Activities in Sudan List or Scrutinized Companies With Activities in The Iran Petroleum Energy Sector List created pursuant to F.S. 215.473. If the Authority determines, using credible information available to the public, that a false certification has been submitted by Contractor, this Agreement may be terminated and a civil penalty equal to the greater of $2 million or twice the amount of this Agreement shall be imposed, pursuant to F.S. 287.135.

**DISQUALIFICATION FOR INACCURATE INFORMATION: Any Bidder who submits in its Bid to the AUTHORITY any information which is determined to be substantially inaccurate, incorrect, misleading, or exaggerated, shall be disqualified from consideration.**

**NOTE:**

**ANY SPECIAL TERMS, CONDITIONS AND SPECIFICATIONS (INCLUDING THE FRANCHISE AGREEMENT) ATTACHED HERETO WHICH VARY FROM THE ABOVE STATED GENERAL TERMS AND CONDITIONS SHALL HAVE PRECEDENCE.**

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## BID NO. 14-201/SLB

## MINIMUM BIDDER REQUIREMENTS

## FOR

## PRE-QUALIFICATION

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
### MINIMUM BIDDER REQUIREMENTS
### FOR PRE-QUALIFICATION

### DEFINITIONS

The following definitions pertain to this section of the Bid:

**Bidder** shall mean the company submitting the bid and its subsidiaries.

**Comparable** shall mean of similar scope in terms of the services provided and/or of the requisite size as measured in residential units or commercial cubic yards, whichever is applicable, to the service areas upon which the Bidder is bidding.

**Current** or **Currently** shall mean as of the Bid Deadline (Due Date).

**Exclusive Contract** shall mean that the right to service the service area or franchise area is granted solely to the Bidder and/or its subsidiaries and that the service area or franchise area is not subject to "open" collection.

**Qualifying Commercial Collection Contracts** shall mean acceptable reference service areas provided by the Bidder as requested by the AUTHORITY for the purpose of demonstrating commercial collection experience. These service areas must each include both Commercial Recycling Collection Service and Commercial Solid Waste Collection Service.

**Qualifying Residential Collection Contracts** shall mean acceptable reference contracts provided by the Bidder as requested by the AUTHORITY for the purpose of demonstrating residential collection experience. These contracts must demonstrate residential solid waste, recycling and vegetation collection experience sufficient to meet limit requirements for which Bidder seeks to be awarded.

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
### MINIMUM BIDDER REQUIREMENTS
### FOR PRE-QUALIFICATION

Bidder must prove to the satisfaction of the Pre-Qualification Committee that the Bidder meets the minimum requirements as described herein.   The Bidder must submit all of the documentation and schedules required on the forms and in the format required. Documentation should be brief, organized, and clearly written. Failure to submit **all** required documentation **may** be cause for disqualification.

The Pre-Qualification section consists of five (5) Requirements (labeled A-E).   Detailed instructions and forms follow. Bidder must submit responses on the enclosed forms and provide any requested supporting documentation.

Current Solid Waste Authority Franchise Haulers, Waste Management, Inc. of Florida, Republic Services, Onyx Waste Services (Veolia Environmental Services), and Waste Pro have satisfactorily demonstrated their financial stability and capability to provide service under these Agreements, and are therefore deemed qualified for the maximum award.   Therefore, current Franchise Haulers need not submit responses to Requirement A, but must submit responses to Requirements B through E, Financial Stability, Performance Bond, SBE, Insurance and Drug-Free Workplace requirements.

Bidder must demonstrate to the satisfaction of the Pre-Qualification Committee that the Bidder has experience collecting solid waste and recyclable materials in a comparable manner as specified in this Invitation to Bid and meet all other requirements of the Bid.   The Pre-Qualification Committee will base its pre-qualification decision on a thorough review of the information provided.

The Committee will evaluate the quantity and quality of the reference work.   The Committee will telephone listed contacts and references to verify the information provided and to assess the quality of the work provided. Substandard work on past or current contracts is grounds for disqualification or limitation of award at the discretion of the Pre-Qualification Committee. The Committee will evaluate Bidder's submittal for completeness. Failure to submit **all** required information **may** be grounds for disqualification. Failure to demonstrate all of the requisite capabilities as required by this Invitation to Bid may result in disqualification or limitation of award at the discretion of the Pre-Qualification Committee.

The Pre-Qualification Committee cannot and will not use any information gained through its own research to improve the position of any Bidder. It is the Bidder's sole responsibility to submit any and all pertinent pre-qualifying information with its bid submittal written in direct and unambiguous language.

## Requirement A:  Experience

Please note that all references to experience relate to the operating experience of the Bidder.  The Pre-qualification Committee will consider the experience of the Bidder's parent company and/or subsidiary companies.  To ensure consideration of parent company experience, Bidders are encouraged to bid as the parent company, as in "All American Waste dba Yankee Doodle Hauling".  Bidders should provide appropriate parent company guarantees to ensure that they maximize their potential to qualify.  In order to demonstrate acceptable experience, Bidders must demonstrate that they are currently servicing contracts and have been continuously doing so to the current date from the specified time in the past.

In order to qualify for award, the Bidder must prove a minimum of three years of **_current_** experience providing residential and commercial solid waste and recycling collection service.

Open market/solicitation contracts are not acceptable. Each of the referenced residential contracts must be an **_exclusive_** contract serviced by the Bidder, must have a commencement date or a renewal date on or after November 13, 2010, and must **_currently_** be in service.

### Qualifying for a Maximum Award

Bidder must meet all maximum award qualification requirements listed below along with supporting documentation.

a) Bidder has three years of experience as of the Bid Date in the collection business collecting both residential and commercial solid waste and recovered materials under Qualifying Residential or Commercial Contracts that meet the minimum requirements listed below;

b) Bidder is Currently servicing a minimum of three (3) Qualifying Residential Collection Contracts each having a minimum 35,000 curbside residential units and 20,000 containerized residential units;

c) Bidder is Currently providing commercial service under one or more Qualifying Commercial Contracts handling a minimum 350,000 cubic yards annually;

d) Bidder satisfactorily meets all other requirements of the Invitation to Bid.

Qualifying Residential Contracts must include the following: Residential Curbside solid waste, recycling, and vegetation and Residential Containerized solid waste and recycling. Qualifying Commercial Collection must include Commercial Containerized solid waste and recycling collection. All-inclusive contracts lacking any of these essential elements are by definition not Qualifying Contracts and are not acceptable.

The Pre-Qualification Committee will evaluate the references provided on Forms A1 through A4.  The Pre-Qualification Committee will determine if the Bidder meets the requirements to qualify for a maximum award based on existing contracts, the number of years in the business, management experience, equipment list submitted to service customers for each service area and the quality of the work currently being performed.  Bidders who are dissatisfied with the Pre-

Qualification Committee's decision may file a protest in accordance with Section 36 of the General Terms and Conditions.

<u>Required Submittals for a Maximum Award</u>

Bidders must submit the following:

1) Completed Forms A1 and A2 listing three (3) current Residential and/or Residential/Commercial Contracts commencing or renewed between November 13, 2010 and the present.

2) Complete Form A3 for management team experience.

3) Complete Form A4 for list of equipment.

## **Qualifying for a Limited Award**

Bidders that do not meet the specific requirements for a maximum award or that in the eyes of the Pre-Qualification Committee have deficiencies in other areas will be limited by the Pre-Qualification Committee. Bidders seeking pre-qualification for a limited award must demonstrate that:

a) Bidder Currently has a minimum of three (3) years experience collecting both residential and commercial solid waste and recovered materials;
b) Bidder must submit a minimum of four (4) current exclusive curbside residential solid waste, vegetative waste, and recovered materials collection, and commercial solid waste and recovered materials collection services contracts;
c) Bidder management team must demonstrate their level of experience providing residential curbside, residential containerized, and commercial solid waste and recovered materials collection;
d) Bidder meets all other requirements of the Invitation to Bid.

Qualifying Residential Contracts must include the following: Residential Curbside solid waste, recycling, and vegetation and Residential Containerized solid waste and recycling. Qualifying Commercial Collection must include Commercial Containerized solid waste and recycling collection. All-inclusive contracts or combined non-inclusive exclusive contracts lacking any of these essential elements are by definition not Qualifying Contracts and are not acceptable.

The Pre-Qualification Committee will evaluate the references provided on Forms A1 through A4. The Pre-Qualification Committee will determine if the Bidder meets the requirements to qualify for a limited award based on existing contracts, the number of years in the business, management experience, equipment list submitted to service customers for each service area and the quality of the work currently being performed. Bidders who are dissatisfied with the Pre-Qualification Committee's decision may file a protest in accordance with Section 36 of the General Terms and Conditions.

<u>Required Submittals for a Limited Award</u>

Bidders must submit the following:

1) Completed Forms A1 and A2 listing four (4) current Residential and/or Residential/Commercial Contracts commencing or renewed between November 13, 2010 and the present. Bidders should focus on their largest Qualifying.

2) Complete Form A3 for management team experience.

3) Complete Form A4 for list of equipment.

## Requirement B:  Financial Stability

Bidder must demonstrate financial stability sufficient for the Pre-Qualification Committee to conclude that the Bidder has the financial ability to service the Service Area(s) bid on for the term of the Franchise Agreement.  The Bidder must provide a statement of Bidder's financial stability, including information on current or prior bankruptcy proceedings.  Bidder must include a copy of the most recent annual financial report/annual audit/ 10K and the most recent 10Q, if applicable.  Financial reports provided must include, at a minimum, the last three years' balance sheets, income statements and statements of cash flow for the Bidding Entity.  Bidders that have less than three years experience must provide applicable statements for each year of operation.

In order to be compliant with this section, Bidders must provide the following:

1) A statement of financial stability including information as to current or prior bankruptcy proceedings and information on available Lines of Credit including current and historical outstanding balances.

2) A copy of the most recent annual financial report/annual audit/10K and the most recent 10Q, if applicable.

3) The last three years of financial reports, including at a minimum, balance sheets, income statements, and statements of cash flow.  For those companies with less than three years experience, Bidders should submit statements for each year of operation.

4) Any letters of reference from lenders, financial institutions, or vendors that attest to the credit-worthiness of your company and/or their willingness to do business with your company.

## Requirement C:  Bonding Company Commitment

Bidder must provide an irrevocable letter of commitment from a State of Florida licensed bonding company to provide a Performance Bond for services as bid. The bonding company shall be rated as stipulated in Section 23 of the Franchise Agreement included with this Invitation to Bid. The irrevocable letter of commitment must specifically accept the Performance Bond language stipulated by the Authority in this Invitation to Bid.  In addition, it must accept the dollar amount of the Performance Bond as stipulated in the Franchise Agreement section of the bid.   However, for the purpose of this Invitation to Bid only, the dollar amount of the performance bond for each Service Area is provided below.   There shall be a separate commitment (or one aggregate commitment) for each of the three largest Service Areas (or lesser number as expressed by the Bidder in his/her Letter of Intent) for which the Bidder has expressed the written intent to bid. Failure to secure an adequate dollar amount of Performance Bond for each of the largest three Service Areas (or one aggregate commitment) will limit the Bidder to the maximum dollar amount that the Performance Bond allows, provided that the Bidder is qualified in all other respects as specified within this bid.

Performance Bond Requirements:

| | |
|---|---|
| Service Area 1 | $3,300,000 |
| Service Area 2 | 3,300,000 |
| Service Area 3 | 3,300,000 |
| Service Area 4 | 3,000,000 |

The actual amount of the Performance Bond that will be required upon execution of the Franchise Agreement(s) may be higher or lower depending on the awarded amounts and in accordance with Section 23 of the Franchise Agreement.

## Requirement D:  SBE Plan

The Governing Board of the Authority has set 15% as the Authority's goal for certified local Small Business Enterprise (SBE) participation in contracts and purchases.  Bidder shall submit a plan showing how Bidder will assist the Authority in achieving this goal through SBE subcontractor and/or supplier participation or other method.

The following pages contain the SBE Model Plan forms that can be used in response to this Invitation to Bid.  The intent of the Model Plan is to reflect the percentage of local SBE participation pledged by the Bidder and/or proof of the "Bona Fide Effort" expended attempting to enlist potential participants.  The Model Plan consists of three schedules.  Schedule 1 is a form for listing the local SBE vendors proposed.  Schedule 2 is a letter of intent from the proposed local SBE subcontractors and/or suppliers.  Schedule 3 demonstrates a Bona Fide Effort and required documentary proof as required by Section 25 of this Invitation to Bid.

Section 25 of this Invitation to Bid defines Bona Fide Effort and the level of effort required to demonstrate and document said effort.

**The submission of a plan is required.  A response submitted without a plan will be judged non-responsive by the Selection Committee unless the Bidder is a certified SBE.  If the Bidder is not an SBE, then Schedules 1 and 2, and or Schedule 3 must be submitted.  If the Bidder is unable to achieve 15% participation, then Schedule 3 is required.**

The Authority will require documentary proof of the implementation, progress, and final outcome of the program as specified in Section 42 of the sample Agreement included with this Invitation to Bid.

## Requirement E:  Insurance and Drug-Free Workplace

The insurance requirements are defined in Section 24 of the Solid Waste and Recycling Collection Franchise Agreement.

Bidders must complete and submit the attached Drug-Free Work Place form, if applicable.

In order to be compliant with this section, Bidder must provide:

1) Proof of insurance (or letter of commitment from an insurance company to provide coverage) that meets or exceeds the requirements of the Franchise Agreement.

2) Completed Drug-Free Work Place affidavit, if applicable.

# FORM A1
## PRE-QUALIFICATION PROCESS
## EXPERIENCE REQUIREMENTS

COMPANY/PARENT CORPORATE OFFICE:

Company Name: _____

Street Address: _____ City_____ St_____ ZIP_____

Phone: (_____) _____ Fax: (_____) _____ Email: _____

Contact Name: _____

Phone: (_____) _____ Fax: (_____) _____ Email: _____


DISTRICT/LOCAL BIDDING COMPANY (The Bidder)

Company Name: _____

Street Address: _____ City_____ St_____ ZIP_____

Phone: (_____) _____ Fax: (_____) _____ Email: _____

Contact Name: _____

Phone: (_____) _____ Fax: (_____) _____ Email: _____


## Award Qualification – check the award for which you seek to be qualified

☐ **MAXIMUM** – Bidder may submit bids on all Service Areas (SA) and may be awarded franchises for no more than three (3) Service Areas.

*Bidder must meet all maximum award qualification requirements listed below along with supporting documentation.*
- Bidder has three years of experience as of the Bid Date in the collection business collecting both residential and commercial solid waste and recovered materials under Qualifying Residential or Commercial Contracts that meet the minimum requirements listed below;
- Bidder is Currently servicing a minimum of three Qualifying Residential Collection Contracts each having a minimum of 35,000 curbside residential units and 20,000 containerized residential units;
- Bidder is Currently providing commercial service under one or more Qualifying Commercial Contracts handling a minimum of 350,000 cubic yards annually;
- Bidder satisfactorily meets all other requirements of the Invitation to Bid.

If applicable, identify any Service Area(s) on which you are not bidding: _____
If Bidder wishes to self-limit, list the maximum number of Service Areas you wish to be awarded _____

☐ **LIMITED** – Bidder may submit bids on all Service Areas but may be awarded a franchise for no more than one (1) Service Area.

*Bidder must meet all requirements of the limited award qualification listed below along with supporting documentation.*
- Bidding entity currently has a minimum of three (3) years experience collecting both residential and commercial solid waste and recovered materials:
- Bidding entity must submit a minimum of four (4) current exclusive curbside residential solid waste, vegetative waste, and recovered materials collection, and commercial solid waste and recovered materials collection services contracts;
- Bidder management team must demonstrate their level of experience providing residential curbside, residential containerized, and commercial solid waste and recovered materials collection;
- Bidder meets all other requirements of the Invitation to Bid.

# FORM A2
## PRE-QUALIFICATION PROCESS
## EXPERIENCE REQUIREMENTS

Company/Bidding Entity:_____

Municipal/County Contract:_____
                                        Name of Governmental Entity

Municipal/County Address: _____
                            Street                    City          State    Zip Code

Municipal/County Employee Responsible for Contract Compliance:_____

Above Employee's Phone: (____) _____ Fax: (____) _____ Email:_____

Term of Current Contract - Start Date: _____ End Date: _____

**CURRENT LEVEL OF RESIDENTIAL COLLECTION SERVICE PROVIDED**

| Services Provided Within Contract (check all that apply) | Type of Service | Number of Units Serviced | Frequency of Collection | | |
|---|---|---|---|---|---|
| | | | 1x per week | 2x per week | Other |
| ☐ | Curbside Solid Waste | | | | |
| ☐ | Curbside Recycling | | | | |
| ☐ | Curbside Yard Waste | | | | |
| ☐ | Containerized Solid Waste | | | | |
| ☐ | Containerized Recycling | | | | |

**CURRENT LEVEL OF COMMERCIAL COLLECTION SERVICE PROVIDED**

Number of commercial MSW customers _____

Total number of commercial cubic yards collected annually _____

Roll-off compactor/open top container service provided ☐ YES ☐ NO Annual cubic yards _____

Commercial recycling collection provided ☐ YES ☐ NO Annual cubic yards _____

Additional Comments: _____

By way of signature I verify that the above information provided is accurate and true to the best of my knowledge.

_____         _____
Print                                   Title

_____
Signature

Qualifying Contract # _____ of _____

**NOTE:  FOR EACH QUALIFYING RESIDENTIAL/COMMERCIAL CONTRACT SUBMITTED ON FORM A2, PLEASE ATTACH A PHOTOCOPY OF THOSE CONTRACT PAGES THAT CONTAIN THE FOLLOWING INFORMATION:**

1. **THE TITLE PAGE**
2. **THE PAGE THAT CONTAINS THE TERM OF THE CONTRACT – BEGINNING AND ENDING DATES**
3. **THE PAGE THAT CONTAINS THE SIGNATURES OF THE EXECUTING PARTIES**

**NOTE: The Pre-qualification Committee may disqualify any Bidder that makes any exaggerated or false statements.**

# FORM A3
## PRE-QUALIFICATION PROCESS
## MANAGEMENT EXPERIENCE

**Company's Management Team and Years of Experience**

Provide a list of your management personnel that includes their title and responsibilities as it pertains to your current collection contracts. Attach resumes for each employee demonstrating their years of experience providing residential and commercial solid waste collection service. Attach additional sheets if necessary.

**Management Employee 1**

Name:_____     Title:_____

Responsibilities: _____

_____

_____

**Management Employee 2**

Name:_____     Title:_____

Responsibilities: _____

_____

_____

**Management Employee 3**

Name:_____     Title:_____

Responsibilities: _____

_____

_____

**Management Employee 4**

Name:_____     Title:_____

Responsibilities: _____

_____

_____

**FORM A4**

**PRE-QUALIFICATION PROCESS**

**EQUIPMENT LIST**

**<u>Bidder Equipment List</u>**

Provide the list of equipment (including back up equipment) your company has dedicated for each Service Area for which you are submitting a bid. The information provided on this list will weigh heavily on the Bidders qualifications. The list must identify the collection equipment type and cubic yard size to be used for each collection service type as follows:

**RESIDENTIAL CURBSIDE COLLECTION EQUIPMENT LIST**

    (1) Solid Waste Collection Equipment
    (2) Recovered Materials Collection Equipment
    (3) Rear load Yard Waste Collection Equipment
    (4) Self Load (Clam Shell / Grappler) Collection Equipment

**RESIDENTIAL CONTAINERIZED COLLECTION EQUIPMENT LIST**

    (1) Solid Waste Collection Equipment Collection
    (2) Recovered Materials 96 Gallon Recycling Container Collection Equipment
    (3) Bulk Waste Collection Equipment (Clam Shell/Grappler)

**COMMERCIAL COLLECTION EQUIPMENT LIST**

    (1) Solid Waste Collection Equipment
    (2) Recovered Materials Collection Equipment

### SCHEDULE NO. 1

**PARTICIPATION OF SBE FIRMS**

| BID NAME: | SOLID WASTE AND RECYCLING COLLECTION SERVICES | | BID NUMBER: | 14-201/SLB |
|---|---|---|---|---|
| NAME OF PRIME BIDDER: | | | | |

| NAME, ADDRESS AND PHONE NO. OF SBE FIRM | DESCRIPTION OF GOODS OR SERVICES TO BE PROVIDED | PROPOSED PAYMENTS FOR FRANCHISE AGREEMENT | | | | |
|---|---|---|---|---|---|---|
| | | SMALL BUSINESS | BLACK | HISPANIC | WOMAN | OTHER |
| | | $ | $ | $ | $ | $ |
| | | $ | $ | $ | $ | $ |
| | | $ | $ | $ | $ | $ |
| | | $ | $ | $ | $ | $ |
| | TOTAL SBE FIRMS: | $ | $ | $ | $ | $ |

*Note: M/WBE information is being collected for tracking purposes only.*

| PRIME BIDDER / PROPOSER TO COMPLETE | | |
|---|---|---|
| A. TOTAL SBE PROPOSED PAYMENTS: | $ | PERCENTAGE PARTICIPATION (PP):        % |
| B. TOTAL AMOUNT OF BID: | $ | PP = A / C |
| C. TOTAL AMOUNT OF BID x 60%: | $ | |

*(Make additional copies as necessary)*

Bid No. 14-201/SLB

**SCHEDULE NO. 2**

*LETTER OF INTENT TO PERFORM AS A SBE SUB-CONTRACTOR / SUPPLIER*

BID/RFP NAME: _____ BID/RFP NO.: _____

TO: _____
*(Name of Prime Bidder/Proposer)*

FROM:_____
*(Name of Sub-Contractor or Supplier)*

The undersigned intends to provide services in connection with the above as *(✓ one)*:

☐ an individual ☐ a partnership ☐ a corporation ☐ a joint venture

The undersigned is certified by _____ as a SBE
Certification date: _____

The undersigned is certified by _____ as a M/WBE
Certification date: _____

Attach proof of SBE-M/WBE Certification, either letter or certificate from certifying agency

The undersigned is prepared to provide the following services in connection with the above BID/RFP *(specify in detail particular work items or parts thereof to be performed)*:

_____

_____

_____

_____

at the following price: _____
*(Amount must match Sub-Contractor's / Supplier's quote to prime as listed on Schedule 1)*

_____
*Signature of SBE-M/WBE Sub-Contractor or Supplier*

_____
Printed Name of Signer

_____
Title of Signer        Date

Corporate Seal<br>(If applicable)

*(Make additional copies as necessary)*

Bid No. 14-201/SLB

## SCHEDULE NO. 3

### STATEMENT OF BONA FIDE EFFORT

Bidder/Proposer that does not achieve 15% participation on Schedule No. 1 and Schedule No. 2 must demonstrate Bona Fide Efforts to achieve SBE participation through the use of subcontractors or suppliers.

Bona Fide Efforts shall be demonstrated as specified in Section 25 of the General Terms and Conditions of this Bid.

## DRUG-FREE WORKPLACE FORM

The undersigned vendor in accordance with Florida Statute 287.087 hereby certifies that
_____does:
*(Name of Business)*

1.  Publish a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the workplace and specifying the actions that will be taken against employees for violations of such prohibition.

2.  Inform employees about the dangers of drug abuse in the workplace, the business's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs, and the penalties that may be imposed upon employees for drug abuse violations.

3.  Give each employee engaged in providing the commodities or contractual services that are proposed a copy of the statement specified in subsection (1).

4.  In the statement specified in subsection (1), notify the employees that, as a condition of working on the commodities or contractual services that are under bid, the employee will abide by the terms of the statement and will notify the employer of any conviction of, or plea of guilty or nolo contender to, any violation of Chapter 893 or of any controlled substance law of the United States or any state, for a violation occurring in the workplace no later than five (5) days after such conviction.

5.  Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program if such is available in the employee's community, by any employee who is so convicted.

6.  Make a good faith effort to continue to maintain a drug-free workplace through implementation of this section.

As the person authorized to sign the statement, I certify that this firm complies fully with the above requirements.

_____
*Bidder's Signature*

_____
Date

Bid No. 14-201/SLB                        Page 1 of 1

# BID FORM

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
### BID NO. 14-201/SLB

**THE UNDERSIGNED BIDDER,** having familiarized itself with the specifications in the Invitation to Bid, and all laws, regulations and other factors affecting performance of the work, and having satisfied itself of the expense and difficulties attended in the performance of a contract, **HEREBY PROPOSES AND AGREES,** if this Bid No. 14-201/SLB, Solid Waste and Recycling Collection Services is accepted, to enter into a contract to perform under all terms and conditions as stated herein for the following price:

| SERVICE AREA 1 | | | | | |
|---|---|---|---|---|---|
| **RESIDENTIAL** | **UNIT COST PER MONTH** *(in words)* | *(numbers)* | **UNIT** | **ESTIMATED NO. UNITS** \*\*\* | **EXTENSION** *(numbers)* |
| a.  Solid Waste Curbside – 2x  per week | DOLLARS  ($           ) | | Dwelling | 44,906 | $ |
| b.  Solid Waste Containerized – 2x per week* | DOLLARS  ($           ) | | Dwelling | 24,635 | $ |
| c.  Vegetative Curbside - one (1) time per week | DOLLARS  ($           ) | | Dwelling | 44,906 | $ |
| d.  Recycling  Curbside - one (1) time per week | DOLLARS  ($           ) | | Dwelling | 44,906 | $ |
| e.  Recycling  Containerized -  annual average of one and one half (1-1/2) times per week | DOLLARS  ($           ) | | Dwelling | 24,635 | $ |
| | | | **RESIDENTIAL TOTAL MONTHLY COST** | | $ |
| | | | | | **Multiply by Twelve (12) Months** |
| | | | **TOTAL ANNUAL RESIDENTIAL BID** | | $ |
| | | | **TOTAL ANNUAL COMMERCIAL BID** (SEE DETAIL PAGE 2 OF 3) | | $ 2,494,171.32 |
| | | | **TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID** | | $ |

\* The norm for residential solid waste containerized collection service is two (2) times per week; however frequency of service may be varied as specified in Section 4.B of the Franchise Agreement.

# SERVICE AREA 1
## ANNUAL COMMERCIAL BID

**FRONTLOAD SOLID WASTE SERVICE** (606,636 annual cubic yards)

Multiplied by $3.25 per cubic yard set collection rate ................................................ $  1,971,567.00

**ROLL-OFF COMPACTOR** (1,536 annual pulls)

Multiplied by $185.00 per pull set rate ...................................................................... $    284,160.00

**VIP** (6,072 annual cubic yards)

Multiplied by $4.06 per cubic yard set collection rate ................................................ $      24,652.32

**PERMANENT ROLL-OFF CONTAINER SERVICE** (1,313 annual pulls)

Multiplied by $150.00 per pull set rate ...................................................................... $    198,000.00

**SMALL COMMERCIAL GENERATORS** (47)

Multiplied by monthly set collection rate of $28.00 times 12 months........................ $      15,792.00

**SERVICE AREA 1**
#### TOTAL ESTIMATED ANNUAL COMMERCIAL
#### SOLID WASTE COLLECTION BID              $    2,494,171.32

## SOLID WASTE AND RECYCLING COLLECTION SERVICES

### SERVICE AREA 1

Bidder understands that the Authority reserves the right to reject any and all Bids and to waive any informality in bidding.  The Bidder agrees that this Bid shall be good and may not be withdrawn for a period of six (6) months after the bid due date.

| | | |
|---|---|---|
| **By (Signature)**: | | Date: |
| **Name (Printed)**: | | Title: |
| Company Name: | | |
| Address: | | |
| | | |
| Contact Information: | FAX: | Office: |
| | Cell/Mobile: | E-Mail: |

## BID FORM

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
## BID NO. 14-201/SLB

**THE UNDERSIGNED BIDDER**, having familiarized itself with the specifications in the Invitation to Bid, and all laws, regulations and other factors affecting performance of the work, and having satisfied itself of the expense and difficulties attended in the performance of a contract, **HEREBY PROPOSES AND AGREES**, if this Bid No. 14-201/SLB, Solid Waste and Recycling Collection Services is accepted, to enter into a contract to perform under all terms and conditions as stated herein for the following price:

| SERVICE AREA 2 | | | | | |
|---|---|---|---|---|---|
| **RESIDENTIAL** | **UNIT COST PER MONTH** | | **UNIT** | **ESTIMATED NO. UNITS** *** | **EXTENSION** (numbers) |
| | *(In words)* | *(numbers)* | | | |
| a.  Solid Waste Curbside – 2x  per week | DOLLARS  ($         ) | | Dwelling | 45,825 | $ |
| b.  Solid Waste Containerized – 2x per week* | DOLLARS  ($         ) | | Dwelling | 15,490 | $ |
| c.  Vegetative Curbside - one (1) time per week | DOLLARS  ($         ) | | Dwelling | 45,825 | $ |
| d.  Recycling  Curbside - one (1) time per week | DOLLARS  ($         ) | | Dwelling | 45,825 | $ |
| e.  Recycling  Containerized -  annual average of one and one half (1-1/2) times per week | DOLLARS  ($         ) | | Dwelling | 15,490 | $ |
| **RESIDENTIAL TOTAL MONTHLY COST** | | | | | $ |
| | | | | | **Multiply by Twelve (12) Months** |
| **TOTAL ANNUAL RESIDENTIAL BID** | | | | | $ |
| **TOTAL ANNUAL COMMERCIAL BID** (SEE DETAIL PAGE 2 OF 3) | | | | | **$ 1,462,896.12** |
| **TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID** | | | | | $ |

\* The norm for residential solid waste containerized collection service is two (2) times per week;
however frequency of service may be varied as specified in Section 4.B of the Franchise Agreement.

# SERVICE AREA 2
# ANNUAL COMMERCIAL BID

**FRONTLOAD SOLID WASTE SERVICE** (378,060 annual cubic yards)

Multiplied by $3.25 per cubic yard set collection rate ................................................... $ 1,228,695.00

**ROLL-OFF COMPACTOR** (624 annual pulls)

Multiplied by $185.00 per pull set rate ....................................................... $    115,440.00

**VIP** (4,152 annual cubic yards)

Multiplied by $4.06 per cubic yard set collection rate ................................................... $     16,857.12

**PERMANENT ROLL-OFF CONTAINER SERVICE** (648 annual pulls)

Multiplied by $150.00 per pull set rate ....................................................... $     97,200.00

**SMALL COMMERCIAL GENERATORS** (14)

Multiplied by monthly set collection rate of $28.00 times 12 months........................... $      4,704.00

**SERVICE AREA 2**
   **TOTAL ESTIMATED ANNUAL COMMERCIAL**
   **SOLID WASTE COLLECTION BID**                              $   1,462,896.12

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## SERVICE AREA 2

Bidder understands that the Authority reserves the right to reject any and all Bids and to waive any informality in bidding.  The Bidder agrees that this Bid shall be good and may not be withdrawn for a period of six (6) months after the bid due date.

| By (Signature): | | Date: | |
|---|---|---|---|
| Name (Printed): | | Title: | |
| Company Name: | | | |
| Address: | | | |
| | | | |
| Contact Information: | FAX: | Office: | |
| | Cell/Mobile: | E-Mail: | |

**BID FORM**

**SOLID WASTE AND RECYCLING COLLECTION SERVICES**

**BID NO. 14-201/SLB**

**THE UNDERSIGNED BIDDER,** having familiarized itself with the specifications in the Invitation to Bid, and all laws, regulations and other factors affecting performance of the work, and having satisfied itself of the expense and difficulties attended in the performance of a contract, **HEREBY PROPOSES AND AGREES,** if this Bid No. 14-201/SLB, Solid Waste and Recycling Collection Services is accepted, to enter into a contract to perform under all terms and conditions as stated herein for the following price:

| SERVICE AREA 3 | | | | | |
|---|---|---|---|---|---|
| **RESIDENTIAL** | **UNIT COST PER MONTH** *(in words)* *(numbers)* | | **UNIT** | **ESTIMATED NO. UNITS** *** | **EXTENSION** *(numbers)* |
| a.  Solid Waste Curbside – 2x  per week | DOLLARS  ($ ) | | Dwelling | 55,106 | $ |
| b.  Solid Waste Containerized – 2x per week* | DOLLARS  ($ ) | | Dwelling | 15,963 | $ |
| c.  Vegetative Curbside - one (1) time per week | DOLLARS  ($ ) | | Dwelling | 55,106 | $ |
| d.  Recycling  Curbside - one (1) time per week | DOLLARS  ($ ) | | Dwelling | 55,106 | $ |
| e.  Recycling  Containerized - annual average of one and one half (1-1/2) times per week | DOLLARS  ($ ) | | Dwelling | 15,963 | $ |
| | **RESIDENTIAL TOTAL MONTHLY COST** | | | | $ |
| | | | | | **Multiply by Twelve (12) Months** |
| | **TOTAL ANNUAL RESIDENTIAL BID** | | | | $ |
| | **TOTAL ANNUAL COMMERCIAL BID** (SEE DETAIL PAGE 2 OF 3) | | | | $ 1,518,294.96 |
| | **TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID** | | | | $ |

\* The norm for residential solid waste containerized collection service is two (2) times per week;
however frequency of service may be varied as specified in Section 4.B of the Franchise Agreement.

# SERVICE AREA 3
## ANNUAL COMMERCIAL BID

**FRONTLOAD SOLID WASTE SERVICE** (390,696 annual cubic yards)

Multiplied by $3.25 per cubic yard set collection rate ................................................... $ 1,269,762.00

**ROLL-OFF COMPACTOR** (912 annual pulls)

Multiplied by $185.00 per pull set rate ........................................................................ $   168,720.00

**VIP** (11,016 annual cubic yards)

Multiplied by $4.06 per cubic yard set collection rate ................................................... $     44,724.96

**PERMANENT ROLL-OFF CONTAINER SERVICE** (216 annual pulls)

Multiplied by $150.00 per pull set rate ........................................................................ $     32,400.00

**SMALL COMMERCIAL GENERATORS** (8)

Multiplied by monthly set collection rate of $28.00 times 12 months.............................. $       2,688.00

**SERVICE AREA 3**
    **TOTAL ESTIMATED ANNUAL COMMERCIAL
    SOLID WASTE COLLECTION BID**           **$   1,518,294.96**

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## SERVICE AREA 3

Bidder understands that the Authority reserves the right to reject any and all Bids and to waive any informality in bidding.  The Bidder agrees that this Bid shall be good and may not be withdrawn for a period of six (6) months after the bid due date.

| | | |
|---|---|---|
| **By (Signature)**: | | Date: |
| **Name (Printed)**: | | Title: |
| Company Name: | | |
| Address: | | |
| | | |
| Contact Information: | FAX: | Office: |
| | Cell/Mobile: | E-Mail: |



Solid Waste Authority of Palm Beach County
7501 N. Jog Rd • West Palm Beach, FL  33412

# Solid Waste and Recycling Collection Franchise Agreement

Between

The Solid Waste Authority of Palm Beach County

And

Hauler

For

Service Area X

Agreement No. 14-201/SLB

# BID FORM

## SOLID WASTE AND RECYCLING COLLECTION SERVICES

### BID NO. 14-201/SLB

**THE UNDERSIGNED BIDDER,** having familiarized itself with the specifications in the Invitation to Bid, and all laws, regulations and other factors affecting performance of the work, and having satisfied itself of the expense and difficulties attended in the performance of a contract, **HEREBY PROPOSES AND AGREES,** if this Bid No. 14-201/SLB, Solid Waste and Recycling Collection Services is accepted, to enter into a contract to perform under all terms and conditions as stated herein for the following price:

| | | | | | |
|---|---|---|---|---|---|
| **SERVICE AREA 4** | | | | | |
| **RESIDENTIAL** | **UNIT COST PER MONTH** | | **UNIT** | **ESTIMATED NO. UNITS** *** | **EXTENSION** |
| | *(in words)* | *(numbers)* | | | *(numbers)* |
| a.  Solid Waste Curbside – 2x  per week | DOLLARS  ($          ) | | Dwelling | 45,191 | $ |
| b.  Solid Waste Containerized – 2x per week* | DOLLARS  ($          ) | | Dwelling | 29,009 | $ |
| c.  Vegetative Curbside - one (1) time per week | DOLLARS  ($          ) | | Dwelling | 45,191 | $ |
| d.  Recycling Curbside - one (1) time per week | DOLLARS  ($          ) | | Dwelling | 45,191 | $ |
| e.  Recycling Containerized - annual average of one and one half (1-1/2) times per week | DOLLARS  ($          ) | | Dwelling | 29,009 | $ |
| **RESIDENTIAL TOTAL MONTHLY COST** | | | | | $ |
| | | | | | **Multiply by Twelve (12) Months** |
| **TOTAL ANNUAL RESIDENTIAL BID** | | | | | $ |
| **TOTAL ANNUAL COMMERCIAL BID (SEE DETAIL PAGE 2 OF 3)** | | | | | $ 940,568.67 |
| **TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID** | | | | | $ |

\* The norm for residential solid waste containerized collection service is two (2) times per week; however frequency of service may be varied as specified in Section 4.B of the Franchise Agreement.

# SERVICE AREA 4
## ANNUAL COMMERCIAL BID

**FRONTLOAD SOLID WASTE SERVICE** (188,823 annual cubic yards)

Multiplied by $3.25 per cubic yard set collection rate ................................................. $   613,674.75

**ROLL-OFF COMPACTOR** (1,056 annual pulls)

Multiplied by $185.00 per pull set rate ....................................................... $   195,360.00

**VIP** (16,632 annual cubic yards)

Multiplied by $4.06 per cubic yard set collection rate ................................................. $   67,525.92

**PERMANENT ROLL-OFF CONTAINER SERVICE** (420 annual pulls)

Multiplied by $150.00 per pull set rate ....................................................... $   63,000.00

**SMALL COMMERCIAL GENERATORS** (3)

Multiplied by monthly set collection rate of $28.00 times 12 months......................... $   1,008.00

**SERVICE AREA 1**

**TOTAL ESTIMATED ANNUAL COMMERCIAL
SOLID WASTE COLLECTION BID**              $   940,568.67

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## SERVICE AREA 4

Bidder understands that the Authority reserves the right to reject any and all Bids and to waive any informality in bidding.  The Bidder agrees that this Bid shall be good and may not be withdrawn for a period of six (6) months after the bid due date.

| By (Signature): | | Date: | |
|---|---|---|---|
| Name (Printed): | | Title: | |
| Company Name: | | | |
| Address: | | | |
| | | | |
| Contact Information: | FAX: | Office: | |
| | Cell/Mobile: | E-Mail: | |

# ADDENDUM ACKNOWLEDGMENT FORM

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
## BID NO. 14-201/SLB

| ADDENDUM NO. | INITIALS CONFIRMING RECEIPT |
|---|---|
|  |  |
|  |  |
|  |  |

**IMPORTANT:   THIS FORM IS TO BE SUBMITTED IN THE PRE-QUALIFICATION ENVELOPE.   FAILURE TO DO SO SUBJECTS BIDDER TO A DETERMINATION OF NON-RESPONSIVENESS.**

**Name of Bidder:** _____



## ANNUAL COMMERCIAL CUSTOMER ESTIMATED REVENUE

The Authority has in its possession commercial customer lists from the current franchise haulers that have been used to establish the estimated commercial revenue printed on the Bid Forms. This information includes the following:

- Customer name, address, telephone number, contact information, container size and frequency of collection for front load solid waste, roll-off compactor, VIP, permanent roll-off and small commercial generator service.

- Commercial recovered materials service, which is not exclusive to this franchise. The estimated commercial revenue included on the Bid Form does not include commercial recovered material revenue.

Additionally, the Authority has in its possession customer lists for residential containerized service.

This detailed information will be made available at the Pre-Bid Meeting to those Bidders that desire it. Bidders are advised that this information was obtained by the Authority from the current haulers and is unaudited. This information is public information and is being provided as a courtesy only, and the Authority makes no claims of accuracy.

**The Authority makes no warranty, representation or guaranty as to the content, sequence, accuracy, timeliness or completeness of any of the data provided, and Bidders should not rely on the data provided herein for any reason. The Authority explicitly disclaims any representations and warranties, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose. The Authority shall assume no liability for: 1) Any errors, omissions, or inaccuracies in the information provided regardless of how caused; or 2) Any decision made or action taken or not taken by any person in reliance upon any information or data furnished hereunder.**

# TABLE OF CONTENTS

## SOLID WASTE AND RECYCLING COLLECTION
## FRANCHISE AGREEMENT

1.   TERM ..................................................................................................... 1

2.   DEFINITIONS ........................................................................................... 1

3.   SERVICES PROVIDED BY CONTRACTOR ..................................................... 7

4.   SOLID WASTE AND VEGETATIVE WASTE COLLECTION SERVICE ................. 7

    A.   Curbside Residential Solid Waste and Vegetative Waste
        Collection Services ........................................................................ 7
        1.   Conditions and Frequency of Service ...................................... 8
        2.   Accessibility ........................................................................ 8

    B.   Containerized Residential Solid Waste Collection Services ................. 11
        1.   Conditions and Frequency of Service ...................................... 11
        2.   Method of Collecting ............................................................ 11
        3.   Service Interruption ............................................................. 12

    C.   Commercial Solid Waste Collection Services ................................... 12
        1.   Conditions and Frequency of Service ...................................... 13
        2.   Method of Collecting ............................................................ 13
        3.   Level, Type and Disclosure of Rates for Commercial Collection,
            and other Services ............................................................... 14
            a.   Commercial Collection Service ....................................... 14
            b.   Disclosure .................................................................. 14

    D.   Method of Payment ..................................................................... 15
    E.   Hours of Collection ..................................................................... 16
    F.   Routes and Schedules .................................................................. 16

5.   RECYCLING COLLECTION SERVICE ........................................................... 16

    A.   Curbside Residential Recycling Collection Services .......................... 17
        1.   Conditions and Frequency of Service ...................................... 17
        2.   Accessibility for and Manner of Curbside Recycling Collection ... 17
        3.   Recycling Containers ............................................................ 18



B.   Containerized Residential Recycling Collection Services..................................18
    1.   Conditions and Frequency of Service...........................................................18
    2.   Accessibility and Schedule for Containerized Residential
         Recycling Collection.....................................................................................18

C.   Commercial Recycling Collection Services........................................................19
    1.   Conditions and Frequency of Service...........................................................19
    2.   Level, Type and Disclosure of Rates for Commercial
         Recycling Collection and Other Services.....................................................20
    3.   Ownership .....................................................................................................20

D.   Authority Public Drop-off Recycling Collection Services ................................20
E.   Method of Payment .............................................................................................21
F.   Hours of Collection .............................................................................................21
G.   Routes and Schedules ..........................................................................................21
H.   Replacement of Recycling Containers for Residential Dwelling Units ...................21
I.    Contaminated Recovered Materials ....................................................................22
J.    Recovered Materials Recycling Facility .............................................................22
K.   Change in Scope of Recycling Collection Service ....................................................22

6.   CHARGES, RATES AND LEVEL OF SERVICES  .......................................................22

A.   Solid Waste and Recycling Collection Rate Adjustments.................................22
B.   Billing, Collection, and Payments......................................................................23
C.   Solid Waste Disposal Costs................................................................................24
D.   Extraordinary Rate Adjustment..........................................................................24
E.   Franchise Fee......................................................................................................25
F.   Exclusive Franchise............................................................................................25

7.   HOLIDAYS ..................................................................................................................25

8.   SPECIAL SERVICES ....................................................................................................25

9.   PUBLIC AWARENESS PROGRAM ..............................................................................26

10.   TREATMENT OF CONTAINERS ..................................................................................26

11.   PERSONNEL OF THE CONTRACTOR ..........................................................................26

12.   SPILLAGE ..................................................................................................................27

13.   SOLID WASTE AND RECOVERED MATERIALS PROCESSING FACILITIES ...............27

14.   COLLECTION EQUIPMENT ........................................................................................28

15.   VEGETATIVE WASTE ................................................................................................29

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement

16. SPECIAL WASTE, HAZARDOUS WASTE, BIOHAZARDOUS OR BIOMEDICAL
    WASTE AND SLUDGE ..................................................................................29

17. OFFICE AND EQUIPMENT YARD ..................................................................29

18. COMPLAINTS ..............................................................................................30

19. QUALITY OF PERFORMANCE OF CONTRACTOR ...........................................31
    A.   Complaints..........................................................................................31
    B.   Other Administrative Charges.............................................................31
    C.   Major Prohibitions and Liquidated Damages ......................................32
    D.   Filing of Requested Information and Documents..................................35

20. NATURAL DISASTERS ..................................................................................36

21. FORCE MAJEURE ........................................................................................36

22. PERMITS AND LICENSES ..............................................................................36

23. PERFORMANCE BOND ..................................................................................36

24. INSURANCE ................................................................................................37
    A.   Worker's Compensation Insurance ....................................................37
    B.   Liability Insurance.............................................................................37

25. INDEMNIFICATION ......................................................................................37

26. ACCESS AND AUDITS ..................................................................................38

27. POINT OF CONTACT ....................................................................................38

28. NOTICE .....................................................................................................38

29. DEFAULT OF CONTRACT ............................................................................39

30. PUBLIC WELFARE ......................................................................................41

31. RIGHT TO REQUIRE PERFORMANCE ...........................................................41

32. TITLE TO WASTE ........................................................................................41

33. GOVERNING LAW AND VENUE ...................................................................41

34. COMPLIANCE WITH LAWS ..........................................................................41

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



35.   SEVERABILITY ..................................................................................................41

36.   ASSIGNMENT ...................................................................................................42

37.   MODIFICATION .................................................................................................42

38.   INDEPENDENCE OF AGREEMENT ........................................................................42

39.   ANNEXATIONS AND INCORPORATIONS ................................................................42

40.   CHANGE OF LAW .............................................................................................42

41.   OTHER RATE ADJUSTMENTS .............................................................................43

42.   SMALL BUSINESS ENTERPRISE AND LOCAL BUSINESS PARTICIPATION ..................43

43.   PUBLIC ENTITY CRIMES ...................................................................................46

44.   SUBSTANTIAL COMPLIANCE ..............................................................................46

45.   COMPETENCY TO CONTRACT .............................................................................47

46.   COMMUNITY SERVICE ......................................................................................47

47.   MOBILIZATION AND PREPARATION .....................................................................47

48.   OFFICE OF THE INSPECTOR GENERAL ..................................................................48

49.   SCRUTINIZED COMPANIES .................................................................................48

      AGREEMENT EXECUTION ...................................................................................49

### EXHIBITS

I.      Description of Boundaries of Service Area

II.     Approved Rate Schedule

III.    Payment Adjustment Schedule

IV.     Performance Bond Requirement

V.      Annual Garbage Can Replacement

VI.     Monthly Financial Reporting Format

VII.    Authority Public Drop-off Recycling Containers

VIII.   Mobilization and Preparation

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



## Solid Waste and Recycling Collection Franchise Agreement
## Service Area X

**This Agreement** is hereby made and entered into this _____ day of _____, 2014, between SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, a special district created pursuant to Chapter 2001-331, Laws of Florida, (hereinafter referred to as "Authority") and _____ (hereinafter referred to as "Contractor").

In consideration of the mutual benefits, the parties herein agree as follows:

1. **TERM:**

    The term of this Agreement shall be for the period beginning October 1, 2014, and expiring September 30, 2019.

2. **DEFINITIONS:**

    To the extent the definitions contained herein conflict with similar definitions contained in any federal, state or local law, the definition herein shall prevail. However, nothing contained herein shall be interpreted to require the Contractor to undertake any conduct which is contrary to federal, state or local law.

    A. **Authority** shall mean the Solid Waste Authority of Palm Beach County.

    B. **Biohazardous or Biomedical Wastes** shall mean those wastes which may cause disease or reasonably be suspected of harboring pathogenic organisms; including, but not limited to, waste resulting from the operation of medical clinics, hospitals, and other facilities producing wastes which may consist of, but are not limited to, diseased human and animal parts, contaminated bandages, pathological specimens, hypodermic needles, contaminated clothing and surgical gloves.

    C. **Bulk Trash** shall mean any non-vegetative item which cannot be containerized, bagged, or bundled; including, but not limited to, inoperative and discarded refrigerators, ranges, toilets, pool heaters, water softeners, pianos, washers, dryers, bath tubs, water heaters, sinks, bicycles, and other similar domestic appliances, household goods and furniture. There shall be no weight limit for any item of Bulk Trash.

    D. **Business Days** shall mean Monday through Saturday, except for Holidays.

    E. **Collection** shall mean the process whereby Solid Waste, Garbage, Trash, Bulk Trash, Vegetative Waste or Recovered Material is gathered and transported to a Designated Facility.



F.   **Commercial Recycling Collection Service** shall mean the Collection of Recovered Materials by the Contractor for entities within the Service Area that are not serviced by Residential Recycling Collection Service.

G.   **Commercial Single Stream Recycling Collection Service** shall mean the practice of collecting Source Separated Recovered Materials generated by commercial establishments in a commingled form without separating the fiber from the other materials as is required under Dual Stream Collection.

H.   **Commercial Solid Waste** shall include Solid Waste that is not Residential Solid Waste, but for the purposes of this Agreement shall exclude commercial Vegetative Waste, the collection of which is not exclusive to the Contractor.

I.   **Commercial Solid Waste Collection Service** shall mean the collection of Commercial Solid Waste within the Service Area.  Such service includes both Containers and Compactors, but does not include Roll-off Collection Services.

J.   **Compactor** shall mean any container which has compaction mechanism(s), whether stationary or mobile, all inclusive.

K.   **Construction and Demolition Debris (C&D)** shall mean materials generally considered to be not water soluble and which are nonhazardous in nature, including, but not limited to, steel, glass, brick, concrete, roofing material, pipe, gypsum wallboard, and lumber from the construction or destruction of a structure as part of a construction or demolition project.  Mixing of a de minimis amount of waste other than C&D from the construction site will not automatically cause it to be classified as other than C&D.

L.   **Container** shall mean and include any container designed or intended to be mechanically dumped into a loader packer type truck or recycling vehicle.  All Containers must be of the specifications as designated by the Contract Administrator, in writing.

M.   **Containerized Residential Recycling Collection Service** shall mean the collection of Recovered Materials by the Contractor from Dwelling Units in the Service Area that require the use of Containers for the collection of Recovered Materials, and which also receive Residential Collection Service for Solid Waste, and the delivery of those Recovered Materials to the Recovered Materials Processing Facility or designated Authority transfer station.

N.   **Containerized Residential Solid Waste Collection Service** shall mean Solid Waste collection service of all Dwelling Units whose Garbage, Trash or Bulk Trash is collected by means of a central or shared Container and not by means of a Garbage Can.

O.   **Contract** shall mean this Agreement.



P.    **Contractor** shall mean that person or entity identified as such in the first paragraph of this Agreement that has entered into this Agreement to provide the services described herein for the Service Area.

Q.    **Contract Administrator** shall mean the person designated by the Authority who shall act as the Authority's representative during the term of this Agreement.

R.    **County** shall mean Palm Beach County.

S.    **Curbside Residential Recycling Collection Service** shall mean the collection of Recovered Materials by the Contractor from all Dwelling Units in the Service Area that also receive Curbside Residential Solid Waste Collection Service for Solid Waste, and other Dwelling Units as designated by the Authority, and the delivery of those Recovered Materials to the Authority Recovered Materials Processing Facility or designated Authority transfer station.

T.    **Curbside Residential Solid Waste Collection Service** shall mean Residential Solid Waste and Vegetative Waste Collection service for all Dwelling Units from which Garbage is collected by means of a Garbage Can at curbside or roadway and delivery to an Authority designated disposal facility or transfer station.

U.    **Designated Facility** shall mean an Authority owned disposal, processing, recovery, recycling or transfer facility, or another facility if specifically designated in writing by the Contract Administrator to the Contractor.

V.    **Dual Stream Recycling Collection** shall mean the practice of collecting Recovered Materials in two separate containers, one for fiber and one for commingled containers and other materials accepted in the Authority's recycling program.

W.    **Dwelling Unit** shall mean any type of structure or building unit intended for or capable of being utilized for residential living other than a licensed Hotel or Motel unit.

X.    **Fiscal Year** shall mean the period starting on October 1 of a given year and ending September 30 of the following year during this Agreement.

Y.    **Garbage** shall mean all putrescible waste which generally includes but is not limited to kitchen and table food waste, animal, vegetative, food or any organic waste that is attendant with or results from the storage, preparation, cooking or handling of food materials whether attributed to residential or commercial activities, but shall not include Vegetative Waste or Special Waste.

Z.    **Garbage Can** shall mean any commonly available light gauge steel, plastic, or galvanized receptacle of a non-absorbent material, closed at one end and open at the other, furnished with a closely fitted top or lid and handle(s). A Garbage Can is also



defined as a heavy duty, securely tied, plastic bag designed for use as a garbage receptacle. Such container including waste materials shall not exceed fifty (50) gallons in capacity or fifty (50) pounds in weight, unless a Contractor implements (with written authorization from the Contract Administrator or his designee) an automated or semi-automated collection system requiring the use of some other standard receptacle compatible with the Contractor's equipment supplied by the Contractor and approved by the Authority.

AA.   **Hazardous Waste** shall mean Solid Waste as defined by the State of Florida Department of Environmental Regulation as a hazardous waste in the State of Florida Administrative Code, or by any future legislative action or by federal, state or local law.

BB.   **Hotel** or **Motel** shall mean a structure or building unit(s) capable of being utilized for residential living where such unit or a group of such units is regularly rented to transients or held out or advertised to the public as a place regularly rented to transients for periods of seven days or less. To meet this definition, the Hotel or Motel must be licensed to operate as such. "Transient" has the meaning as defined in Chapter 509, Florida Statutes (2011), or its successor law.

CC.   **Land Clearing** shall mean the removal of vegetation for the purpose of improving real property through remodeling, new construction or agricultural use. Land clearing shall include, but is not limited to, trees, brush, dirt, rocks or similar obstructions/materials being removed from a parcel of assessed residential land using mechanical devices such as a bobcat, backhoe, front-end loader, tractor, bulldozer, etc. Removal refers to the physical action of the equipment digging, scraping, bulldozing, and/or pulling debris from the ground. Transporting legally cut vegetation to the curb using a mechanical device does not constitute land clearing. A chainsaw is not to be considered a mechanical device in the removal process.

DD.   **Mixed Paper** shall be defined as a mixture of paper products including magazines, catalogues, phone books, cereal boxes, soda and beer can boxes, chipboard, file folders, envelopes, letter paper, junk mail, notebook paper and any other clean paper products.

EE.   **Peak Times** shall mean the period beginning on November 1 of a given year and ending on April 30 of the following year, unless otherwise specified by the Authority.

FF.   **Public Awareness Program** shall mean that program developed by the Authority to inform and encourage residential and commercial collection customers to use all Collection services offered by the Authority through the Agreement. It shall also mean information concerning level of service and changes in scope of service.

GG.   **Recovered Materials** shall mean metal, paper, glass, plastic, textile, or rubber materials that have known recycling potential, can be feasibly recycled, and have



been diverted and Source Separated or have been removed from the waste stream for sale, use, or reuse as raw materials, but the term does not include materials destined for any use that constitutes disposal, including but not limited to landfilling, placement upon the land or in the water, or combustion.  The materials currently designated by the Authority for Residential Recycling Collection Service and Commercial Recycling Collection Service are newspapers (including inserts); magazines; catalogs; phone books; mixed paper, aluminum cans, foil, and pans; plastic containers #1 - #7 (except styrofoam); glass bottles and jars; gable-topped containers; aseptic containers; corrugated cardboard; kraft bags; and steel and ferrous cans.

**HH.**    **Recovered Materials Processing Facility** (RMPF) shall mean any facilities operated or managed by, for or on behalf of the Authority for the purpose of receiving, sorting, processing, storing, and/or preparing Recovered Materials, plus other items authorized by the Authority, for sale, as specifically designated by the Contract Administrator, in writing.

**II.**    **Recycling Container** shall mean a rigid container made of plastic or other suitable substance or a paper bag that is used for the storage of Recovered Materials.

**JJ.**    **Residential Recycling Collection Service** shall mean Curbside Residential Recycling Collection Services and Containerized Residential Recycling Collection Service.

**KK.**    **Residential Solid Waste** shall mean Garbage, Trash and Bulk Trash resulting from the normal housekeeping activities of a Dwelling Unit, but shall not include Vegetative Waste.  Residential Solid Waste shall also mean Construction and Demolition Debris (C&D) resulting from minor home repair from the Dwelling Unit.

**LL.**    **Residential Solid Waste Collection Service** shall mean Curbside Residential Solid Waste Collection Service and/or Containerized Residential Solid Waste Collection Service.

**MM.**    **Roll-off Collection Service** shall mean the Collection of C&D-only roll-off containers, or the Collection of C&D by other mechanical means, within temporary locations in the Service Area, limited to new construction sites and remodeling or refurbishment sites.  Permanent businesses or manufacturing companies that generate C&D on site as part of their operations may obtain roll-off containers from any source, including the Contractor, for the purpose of recycling the C&D material, if, and only if, they also have a container for all other Commercial Solid Waste which is collected exclusively by the Contractor. Roll-off collection Service also includes the collection of commercial vegetative waste.

**NN.**    **Service Area** shall mean that portion of the unincorporated area of the County as described in Exhibit I, for which Contractor has been granted an exclusive franchise.



**OO.**   **Sludge** shall mean a solid or semi-solid, or liquid generated from any waste water treatment plant, water supply treatment plant, air pollution control facility, septic tank, grease trap, portable toilets and related operations, or any other such waste having similar characteristics or effects.

**PP.**   **Solid Waste** shall mean Residential Solid Waste and Commercial Solid Waste, but shall not include Special Waste, as defined in this Agreement, or Recovered Materials. Solid Waste shall mean Bulk Waste, Garbage, rubbish, refuse, Trash, Vegetative Waste, or other discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from domestic, industrial, commercial, mining, agricultural or governmental operations, but for the purpose of this Agreement shall not include Special Waste.

**QQ.**   **Solid Waste Authority Disposal Facility** shall mean place or places specifically managed or operated by the Solid Waste Authority of Palm Beach County.

**RR.**   **Source Separated** shall mean that Recovered Materials are separated from Solid Waste at the location where the recovered materials and solid waste are generated. The term does not require that various types of Recovered Materials be separated from each other, and recognizes de minimis Solid Waste may be included in the recovered materials. Materials are not considered Source Separated when two or more types of Recovered Materials are deposited in combination with each other in a Container located where the materials are generated and when such materials contain more than 10 percent solid waste by volume or weight, in which case the materials are Solid Waste. The term "various types of Recovered Materials" means metals, paper, glass, plastic, textiles and rubber.

**SS.**   **Special Services** shall mean any services requested or required by the customer which are in addition to, or a change in, Residential Solid Waste Collection Service, Residential Recycling Collection Service, Commercial Recycling Collection Service and Commercial Solid Waste Collection Service as set out or similar to those listed in Exhibit II.

**TT.**   **Special Waste** shall include automobiles, boats, internal combustion engines, non-automobile tires, Sludge, dead animals, livestock waste, septic tank waste, Biohazardous or Biomedical Waste, liquid waste, and Hazardous Waste. Special Waste may also include items determined by the Contract Administrator to be reasonably unmanageable.

**UU.**   **Trash** shall mean all refuse, accumulation of paper, rags, wooden or paper boxes and containers, sweepings, broken toys, tools, utensils, and all other accumulations of a similar nature other than Garbage, which are usual to housekeeping and to the operation of stores, offices and other business places, but shall not include Vegetative Waste.



**VV.   Force Majeure** shall mean any event which results in the prevention or delay of performance by a party of its obligations under this Agreement and which is beyond the reasonable control of the nonperforming party. It includes, but is not limited to fire, flood, hurricanes, earthquakes, storms, lightning, epidemic, war, riot, civil disturbance, or sabotage.

**WW. Vegetative Waste** shall mean any vegetative matter resulting from yard and landscaping maintenance by any party and shall include materials such as tree and shrub trimming materials, grass clippings, palm fronds, tree branches and similar other matter usually produced as refuse in the care of lawns, landscaping and yards.

**3.   SERVICES PROVIDED BY CONTRACTOR:** The Contractor shall provide mandatory Residential Solid Waste Collection Services and Residential Recycling Collection Service in the Service Area. The right to provide such Collection Services in the Service Area shall be exclusive to the Contractor

The Contractor shall provide Commercial Solid Waste Collection Services in the Service Area, which shall be an exclusive right to the Contractor. The Contractor shall be responsible for the billing and collection of Commercial Solid Waste Collection Services and disposal costs not being billed and collected by the Authority or its designee.

Roll-off Collection Services shall not be exclusive to the Contractor. Collection of commercial Vegetative Waste shall not be exclusive to the Contractor. Collection of commercial Recovered Materials shall not be exclusive to the Contractor. Notwithstanding any other provision of this Agreement, collection of Solid Waste contained in roll-off containers excluded from Roll-off Collection Services for businesses in the Service Area is exclusive to the Contractor.

The Contractor shall provide Commercial Recycling Collection Services in the Service Area upon request by the Customer or the Authority, or through the solicitation efforts of the Contractor. However, Commercial Recycling Collection Services are not exclusive to the Contractor in the Service Area.

The Contractor shall use good faith and its best efforts to cooperate with any commercial recycling haulers collecting Source Separated Recovered Materials from commercial customers in the Service Area.

**4.   SOLID WASTE AND VEGETATIVE WASTE COLLECTION SERVICE:**

**A.   Curbside Residential Solid Waste and Vegetative Waste Collection Services:** The initial Curbside Residential Collection Service provided by this Agreement shall be as set forth in this Section 4A and shall continue until such time as the Contract is terminated. Whereas the Contractor is providing Solid Waste and Vegetative Waste Collection Service on behalf of the Authority, all Solid Waste and Vegetative Waste collected by the Contractor in the Service Area(s) must be collected in the manner and for the rates and fees provided herein, and delivered to a Designated Facility.



Solid Waste collected by the Contractor in the Service Area(s) pursuant to this Agreement may not be delivered to any facility other than those specified herein unless authorized by the Contract Administrator, in writing. In addition to the provisions and prohibitions provided for herein, Contractor is required to comply with all Federal, State and local laws, regulations and rules, including rules of the Authority, and is subject to the penalties provided for therein. To the extent that the requirements, prohibitions and penalties provided for in this Agreement are more stringent than those provided for under Federal, State and local laws, regulations and rules, including any rules of the Authority, this Agreement prevails.

1. **Conditions and Frequency of Service:** All Curbside Residential Solid Waste and Vegetative Waste properly containerized in Garbage Cans or otherwise prepared for collection as dictated by this Agreement shall be collected by the Contractor.

   All Curbside Residential Solid Waste Collection Service, with the exception of the holidays identified in Section 7, shall be provided twice per week, unless options of service (Exhibit II) are implemented, with not less than forty-eight (48) hours nor more than seventy-two (72) hours between regularly scheduled pick-up days. Missed Saturday Residential Solid Waste and Vegetative Waste must be collected by 10:00 a.m. on the following Monday.

   All Vegetative Waste up to six (6) cubic yards placed at an accessible pick-up location shall be collected separately from Residential Solid Waste and Recovered Materials by the Contractor. If the customer has moderately commingled Residential Solid Waste and Vegetative Waste, the Contractor shall separate the Residential Solid Waste from the Vegetative Waste and collect the materials separately. If, due to the extent of commingling, separating the Vegetative Waste from the Residential Solid Waste is impractical, the Contractor shall tag the pile with an Authority provided tag, and is not required to collect the commingled material until the first regularly scheduled collection day after customer has properly separated the material, although nothing shall preclude the Contractor from collecting the Vegetative Waste and Residential Solid Waste sooner. In the event the customer does not wish to properly separate the material, the customer may pay the Contractor or any other private hauler to collect the non-conforming material. If the Contractor fails to tag the non-conforming pile, the Contractor will be required to collect the pile at no cost to the customer or the Authority by the end of the next Business Day. The Contractor shall not intentionally commingle Vegetative Waste with Residential Solid Waste.

   Vegetative Waste shall be collected one time per week on one of the two scheduled route days. The Contractor shall not be required to collect more than six (6) cubic yards of Vegetative Waste per dwelling unit per week. In the event that more than six (6) cubic yards is placed at the curb by the



customer, the Contractor shall collect a minimum of six (6) cubic yards and tag the remaining pile with an Authority provided tag. The Contractor shall at a minimum return on each subsequent regular Vegetative Waste collection day and collect six (6) cubic yards until the pile is gone, however nothing shall preclude the Contractor from collecting the Vegetative Waste sooner.

With the exception of palm fronds, tree branches and Christmas trees, The Contractor shall have a reliable expectation that all Vegetative Waste will be bagged or containerized, and that each container, when filled, will not exceed 50 pounds in weight or 50 gallons in capacity. The Contractor shall have a reliable expectation that branches will not exceed 6 feet in length or 50 pounds in weight, that there is no length limitation on palm fronds, and that Christmas trees will be presented whole or in sections that in either case shall not exceed 8 ft in length or 50 pounds in weight. In the event that Vegetative Waste is not presented as stated in this paragraph, the Contractor shall tag the pile with an Authority provided tag, and is not required to collect the non-conforming material until the first regularly scheduled collection day after the customer has properly presented the material, although nothing shall preclude the Contractor from collecting the Vegetative Waste sooner.

Trash, Bulk Trash, and Construction and Demolition Debris (C&D) resulting from minor home maintenance and repair only will be collected at the curb. Contractor is not required to collect sections of fencing or debris resulting from the demolition of sheds, storage buildings and other like structures or debris generated by major remodeling/construction projects. Contractor is required to collect a maximum of two (2) cubic yards of C&D per collection day per dwelling unit. In the event that the customer places more than two (2) cubic yards of C&D for Collection, the Contractor shall collect two (2) cubic yards of C&D and shall tag the remaining pile with an Authority provided tag. The Contractor shall at a minimum return on each subsequent regular Solid Waste collection day and collect a minimum of two (2) cubic yards until the pile is gone, however nothing shall preclude the Contractor from collecting the C&D sooner. Small pieces of C&D, such as tile or roofing material, shall be containerized and weigh not more than 50 pounds per container. There shall be no weight limit for any item of Bulk Trash.
In the event Bulk Trash contains Chloroflorocarbons (CFC's), the Contractor shall collect the Bulk Trash item separately in a non-compacting vehicle, and deliver the item, with every attempt not to release the CFC's into the atmosphere, to the Authority landfill, the Belle Glade transfer station or to a scrap dealer located in Palm Beach County.

2.   **Accessibility:**  Contractor shall collect all Residential Solid Waste and Vegetative Waste placed Curbside where the edge of the waste is within six (6) feet of the curb, paved surface of the public road, closest accessible public right-of-way, or other such location agreed to by the Contractor that



will provide safe and efficient accessibility for the Contractor's collection crew and vehicle. In the event there is insufficient space between the curb and the sidewalk to place Residential Solid Waste and Vegetative Waste, if the edge of all Residential Solid Waste and Vegetative Waste to be collected is within two (2) feet of the sidewalk, the Contractor shall be required to collect it.

In the event there is no other accessible location available to the customer, all Residential Solid Waste and Vegetative Waste placed under electrical wires, trees or other obstructions preventing the use of a vehicle with mechanical loading capability shall be collected by means of a rear-load collection vehicle. Contractor may request, in writing, the Contract Administrator to approve an alternate Collection location. Contract Administrator's decision regarding the approval of a suitable alternate Collection location shall be final.

For purposes of this Agreement, public road or public right-of-way means a road owned and maintained by the County or special district, or a road on private property for which an easement has been granted to the public and when such road is constructed and maintained to a standard whereby access is available by the collection vehicle.

Where the resident of a dwelling unit is physically unable to deliver Residential Solid Waste to curbside and this is so certified by the Contract Administrator, or the residential structure is located in such a manner as to prevent access to the Residential Solid Waste by the Contractor's crew or vehicle, an alternative location may be arranged between the customer and the Contractor at no extra cost to the customer. In the event the customer and the Contractor cannot agree on an alternative location the Contract Administrator shall designate the alternative location, and the Contract Administrator's decision shall be final. Regardless of any accommodation made pursuant to the facts described in this paragraph, Vegetative Waste must continue to be placed curbside.

Except in the case described in the previous paragraph, if the customer requests Special Services, such as back door service, these services shall be billed directly to the customer by the Contractor in accordance with Exhibit II. In the event that a Special Service request is not listed in Exhibit II, such charges shall then be established through negotiations between the Contractor and the customer. In the event the customer and the Contractor cannot reach an agreement on the cost, the Contract Administrator shall determine the cost, and such determination shall be final.



**B.** **Containerized Residential Solid Waste Collection Services:** The initial Containerized Residential Collection Service provided by this Agreement shall be as set forth in this Section 4B and shall continue until such time as the Contract is terminated.

1. **Conditions and Frequency of Service:** The Contractor shall provide Containerized Residential Solid Waste Collection Service to all Dwelling Units in the Service Area that are suitable to receive such service and request such service. A minimum of once per week service is required of all customers, or such other minimum frequency as provided by law. Normal Collection service, not including Bulk Trash collection, shall be twice per week. However, the customer may elect to receive once a week service during off-Peak Times of the year and up to three times per week Collection service during Peak Times, as required, at no additional cost to the customer as long as the average is two times per week on an annual basis. The size and location of the Container and frequency of collection (more than the minimum of once per week) shall be determined by the Contractor and the residential complex in accordance with this Agreement. However, size and frequency shall be sufficient to provide that no Residential Solid Waste need be placed outside the Container. Storage capacity shall be suitable for the amount of waste generated by the customer. In the case of an unresolved dispute, the Contract Administrator shall resolve such issue. The Contractor shall be paid the appropriate containerized unit collection rate in accordance with Exhibit II. Any service requested by the residential complex above three times per week or greater than the two times per week annual average, with the exception of Bulk Trash collection, shall be paid in accordance with the "commercial solid waste collection" rates in Exhibit II.

   The frequency of collection of Bulk Trash outside the container shall be no less than once per week unless otherwise agreed to by the customer and approved by the Contract Administrator. Any disputes as to the frequency of Bulk Trash collection shall be resolved by the Contract Administrator, whose determination shall be final. In the event Bulk Trash contains Chloroflorocarbons, (CFC's), the Contractor shall collect the Bulk Trash item separately, in a non-compacting vehicle, and deliver the item, with every attempt not to release the CFC's into the atmosphere, to the Authority landfill, the Belle Glade transfer station or to a scrap dealer located in Palm Beach County. There shall be no weight limit for any Bulk Trash item.

2. **Method of Collecting:** Collection shall occur on a regular basis with a frequency of pick-up as provided herein. Such service shall be provided by mechanical Container as defined herein. However, where a customer generates less than two (2) cubic yards per week of waste, alternate non-mechanical containers (e.g., Garbage Can(s)) may be utilized.



The Contractor shall provide Containers at the approved rental rates as necessary. Commercial Container rental rates, terms, and provisions contained in the Agreement shall also apply to Containers rented for residential service. Customers may own their Container(s) provided that the customer is completely responsible for its proper maintenance. Such Containers shall be of a type that can be serviced by the Contractor's equipment.

The Contractor shall collect all Residential Solid Waste placed in a Container or alternate non-mechanical container, and shall not be required to collect Residential Solid Waste that is not so placed. The Contractor has a reliable expectation that Vegetative Waste will not be commingled with Garbage. Where alternate non-mechanical containers (e.g., Garbage Can(s)) are used, they shall be placed at an accessible location or at such other single collection point as may be agreed upon between the Contractor and the customer. All Containers or Compactors shall be kept in a safe, accessible location agreed upon between the Contractor and the customer.

All Containers and Compactors provided by the Contractor shall be in good condition. In the event a Compactor, which is provided by a source other than the Contractor, is damaged or in need of repair, Contractor shall provide front load Containers, or upon the written approval of the Contract Administrator a roll-off container which may be approved on a case by case basis, within 24 hours of notification, sufficient to provide uninterrupted service to the customer until the Compactor is repaired or replaced. Contractor may charge the customer for any Container rental in accordance with the rates set forth in Exhibit II. In the event a Compactor, which is provided by the Contractor, is damaged or in need of repair, Contractor shall provide front load Containers, or upon the written approval of the Contract Administrator a roll-off container which may be approved on a case by case basis, within 24 hours of notification sufficient to provide uninterrupted services until Compactor is repaired or replaced at no charge to the customer. The Contractor shall have a regularly scheduled replacement program for all Containers to ensure Containers are in good condition.

3. **Service Interruption:** The Contractor may not stop service to a residential containerized customer for non-payment of fees for Container rental or special services without notification by certified letter to the Contract Administrator or his designee and the customer at which time the Contract Administrator shall have five (5) Business Days following receipt of such notice to investigate and respond.

C. **Commercial Solid Waste Collection Service:** The Contractor shall collect and dispose of all Commercial Solid Waste in the Service Area. Such Commercial Collection Service shall be governed by the following material terms:



1.   **Conditions and Frequency of Service:** A minimum of once a week service is required of all commercial customers or such other minimum frequency as provided by law. However, customers utilizing a roll-off Compactor Container shall have the ability to receive service on an on-call basis provided the roll-off Compactor is free from leaks or spillage. Permanent roll-off and Compactor Containers must be collected within 24 hours of customer request. There shall be no odor at any time emanating from the roll-off Compactor, or vermin in the immediate area. If complaints are received, or an inspection conducted by the Authority proves the roll-off Compactor violates any of the above criteria, the Contract Administrator will determine the frequency of service. The size of the Container and the frequency of collection shall be determined between the customer and the Contractor. However size and frequency shall be sufficient to provide that no Commercial Solid Waste need be placed outside the Container. Storage capacity shall be suitable for the amount of waste generated by the customer.

2.   **Method of Collecting:** Service shall be provided by mechanical Container as defined herein. However, where a customer generates less than one (1) cubic yard per week of waste, alternate non-mechanical containers may be utilized (e.g., Garbage Can(s)). Commercial small waste generators who generate less than one (1) cubic yard per week may use up to three (3) Garbage Cans, and shall be charged the monthly rate, as set out in Exhibit II.

The Contractor shall provide Containers as necessary however, customers may own their Container provided that the customer is completely responsible for its proper maintenance. Such customer provided Containers shall be of a type that can be serviced by the Contractor's equipment. All Commercial Solid Waste shall be placed in a Container, Compactor or acceptable other Garbage Can. Vegetative Waste shall not be commingled with Garbage. All Containers or Compactors shall be kept in a safe, accessible location agreed upon between the Contractor and the customer.

Compactors may be obtained by customers from any source provided that such Compactor must be of a type that can be serviced by the Contractor's equipment and the customer shall be completely responsible for its proper maintenance. Compactor frequency of collection shall be sufficient to contain the waste without spillage.

All Containers and Compactors provided by the Contractor shall be in good condition, painted and neatly labeled with the Contractor's name, phone number and size of Container and any other labeling as may be required by Authority rule. In the event a Compactor, which is provided by a source other than the Contractor, is damaged or in need of repair, Contractor shall provide front load Containers, or upon the written approval of the Contract Administrator a roll-off container which may be approved on a case by case basis, within 24 hours of notification sufficient to provide uninterrupted



service to the customer until the Compactor is repaired or replaced. The Contractor may charge the customer in accordance with the rates set forth in Exhibit II.

In the event a Compactor, which is provided by the Contractor, is damaged or in need of repair, Contractor shall provide front load Containers, or upon the written approval of the Contract Administrator a roll-off container which may be approved on a case by case basis, within 24 hours of notification sufficient to provide uninterrupted service until the Compactor is repaired or replaced. The Contractor may charge the customer for collection and disposal only in accordance with rates set forth in Exhibit II.

3.   **Level, Type and Disclosure of Rates for Commercial Collection and Other Services:**

    a.   **Commercial Collection Service:** The Contractor shall only charge rates as set out in Exhibit II or as otherwise allowed by this Agreement. The Contractor may not bill the customer more than thirty (30) days in advance unless otherwise requested by the customer. The customer shall subscribe to a level of service sufficient to meet the needs of the customer in a sanitary and efficient manner using the Level of Service form included in Exhibit II. However, upon failure of the parties to reach such an agreement, the Contract Administrator or his designee shall establish the level and type of service to be provided including the location, size of the Container and number of pick-ups per week and the "TOTAL RATE" to be charged within the approved rate limits contained in Exhibit II. The Contractor will be responsible for the billing and collection of Commercial Solid Waste Collection Services, disposal tipping fees, Special Service(s) fees and Container rental charges except as otherwise provided in this Agreement.

    b.   **Disclosure:** By October 1st of each year of this Agreement, the Contractor shall provide the customer an annual disclosure statement which may be placed either directly on the billing statement generated by the Contractor's billing system or on a separate cover letter included with the billing statement, and provide a Level of Service form as provided in Exhibit II. Contractor shall send a commercial customer list to the Authority as well as a master copy of the disclosure statement which includes the following language:

    **"REGULATION BY THE SOLID WASTE AUTHORITY"**
**The terms and conditions of this Commercial Solid Waste and Recycling Collection Service Agreement are regulated by a franchise granted by the Solid Waste Authority of Palm Beach County. Should the customer have any questions relating to the terms and conditions of this Agreement, the customer may call the Contract Administrator at 1-866-792-4636.**



## "COMMERCIAL COLLECTION CONTAINERS"

The commercial collection container shall be of a type that can be serviced by the Contractor's collection equipment. The customer may either purchase the commercial collection Container from any source or rent such Container from the Contractor at the rental rate as approved by the Authority. If the customer chooses to use a Compactor, the customer may rent, lease or own the Compactor from any source, provided that the Compactor can be serviced by the Contractor's collection equipment. Commercial collection Containers and Compactors shall be maintained in a serviceable, safe, and sanitary condition by the owner of the Container or Compactor. However, damage caused by the Contractor to a customer owned Container or Compactor shall be repaired at no cost to the customer or the Authority.

## "SPECIAL SERVICES"

If the customer requests, the Contractor is required to provide special services for collection of solid waste such as rolling Containers out of storage areas, opening doors or gates for access, or other such special services. However, such special services may be provided by the customer, through its own or other personnel. If the Contractor provides special services, such charge must be separately stated under the "RATES FOR SERVICES" disclosure statement. The maximum for these special service rates are fixed by the Solid Waste Authority. A copy of these rates can be obtained from the Contractor or Contract Administrator.

The "RATES FOR SERVICES" statement shall incorporate or have attached a rate schedule which specifies the Collection Rate based on size of Container and frequency of service; TYPE indicating whether the Container is for Solid Waste or Recovered Materials, DISPOSAL based on a cost per cubic yard; CONTAINER RENTAL expressed in a monthly flat rate based on the size of the Container; and the cost per month for each SPECIAL SERVICE REQUIRED BY THE CUSTOMER. The notification shall specify the size of Container and frequency of collection of each Container for each business, distinguishing between solid waste and recycling collection service. The notification shall specify in which Service Area the business is located. The notification shall itemize each cost individually. A sample notification shall be approved by the Contract Administrator or his designee before distribution to the customer.

D.    **Method of Payment:** The Authority or its designee will be responsible for the billing and collection of payments for Residential Solid Waste Collection Service. The Contractor shall be responsible for billing and collection of payments for Commercial Solid Waste Collection Service at rates not to exceed those initially set out in Exhibit II as adjusted in subsequent years in accordance with Section 6 and Exhibit III. Contractor shall also be responsible for billing and collection of payments for Special Services related to Residential Solid Waste Collection Service.



**E.     Hours of Collection:** Curbside Residential Solid Waste Collection Service shall be provided between the hours of 6:00 a.m. and 5:00 p.m. Monday through Saturday. Dwelling Units receiving Containerized Residential Solid Waste Collection Service and non-residential collection sites located within 150 yards of residential uses shall only be collected between the hours of 7:00 a.m. and 5:00 p.m. Monday through Saturday. Other nonresidential locations may be collected at any time. The hours of collection may be extended due to extraordinary circumstances or conditions with the prior consent of the Contract Administrator.

**F.     Routes and Schedules:** The Contractor shall provide the Contract Administrator, in a format acceptable to the Contract Administrator, the schedules for all Collection routes and keep such information current at all times.

Proposed route or schedule changes in Service Area 3 located south of the L-32 Canal affecting dwelling units currently serviced on Monday and Thursday or Tuesday and Friday that would result in Saturday services will not be approved. If the Contractor desires to make subsequent changes in the curbside collection service routes or schedules that will result in a benefit to the community, a written request shall be made to the Contract Administrator not less than 60 days prior to the requested date of change. Such request shall include the proposed location and details of the route or schedule change, and the reason for change.

The Contract Administrator shall review requested day or starting point change(s) to routes and approve or deny the request(s) within 10 Business Days. The Contract Administrator's decision shall be final. In the event a requested route or schedule change is approved by the Contract Administrator, the Contractor shall notify the customer(s) affected in writing or other manner approved by the Contract Administrator not less than two (2) weeks prior to the change, at no cost to the Authority. Notification of day or starting point changes to routes for Curbside Residential customers shall be by door hanger, unless otherwise approved by the Contract Administrator, and distributed by the Contractor at no cost to the Authority and the customer. Notification to Curbside customers shall be done twice - once two (2) weeks prior to the change and once one (1) week prior to the change. The Contractor shall provide a draft copy of the route change notification to the Contract Administrator for review and approval not less than three (3) weeks prior to printing and distribution.

**5.     RECYCLING COLLECTION SERVICE:** The Contractor shall provide Residential and Commercial Recycling Collection Service in the Service Area, as provided within the Agreement. The Authority or its designee shall be responsible for the billing and collection of payments for Residential Recycling Collection Services. The Contractor shall be responsible for billing and collection of Commercial Recycling Collection Service cost not being billed and collected by the Authority or its designee. Unless otherwise provided for in this Agreement, all Recovered Materials collected by the Contractor in the Service Area(s) must be collected in the manner and for the rates and fees provided herein, and delivered to the Authority's Recovered Materials Processing Facility or an Authority transfer station, or



other facility designated in writing by the Contract Administrator. Notwithstanding the foregoing, the Contractor shall retain the right to continue to provide Commercial Recycling Collection Service to contractor's existing Commercial Recycling Collection Service customers in the Service Area, including the delivery of said materials to facilities not designated by the Authority, under agreements effective and in place as of the date of award of the franchise governed by this Agreement for the term of said agreements. Unless specifically provided to the contrary herein, Contractor shall not compete with the Authority for Recovered Materials within the Franchise area. Recovered Materials collected by the Contractor in the Service Area(s) pursuant to this Agreement may not be delivered to any facility other than those specified herein unless authorized by the Contract Administrator, in writing. In addition to the provisions and prohibitions provided for herein, Contractor is required to comply with all Federal, State and local laws, regulations and rules, including rules of the Authority, and is subject to the penalties provided for therein. To the extent that the requirements, prohibitions and penalties provided for in this Agreement are more stringent than those in Federal, State and local laws, regulations and rules, including rules of the Authority, this Agreement prevails. Contractor shall, upon request of the Authority, provide Authority with a list of all Commercial Recycling Collection Service customers in the Service Area as of the effective date of this Agreement, which list shall include the expiration date for each such customer.

A.     **Curbside Residential Recycling Collection Services** will be governed by the following terms and conditions:

    1.     **Conditions and Frequency of Service:**   The Contractor shall provide Curbside Residential Recycling Collection Services to all Dwelling Units receiving Curbside Residential Solid Waste Collection Service located in the designated Service Area and to other such Dwelling Units as determined appropriate by the Contract Administrator. This service shall be provided once every week, unless otherwise specified by the Authority, on a scheduled route basis which shall coincide with one of the two regularly scheduled solid waste collection pick-up days.

    Recovered Materials shall not be commingled with other Residential Solid Waste. Contractor's collection personnel shall not knowingly collect Recovered Materials and place in a solid waste collection vehicle or Garbage Can. Commingling of Solid Waste with Recovered Materials shall be subject to assessments as set forth in this Agreement. Recovered Materials set out for collection by Customers must be collected in a vehicle designated solely for the purpose of collecting Recovered Materials. Said vehicle shall contain signage designating the vehicle as such and include the Authority's toll-free new bin telephone number.

    2.     **Accessibility for and Manner of Curbside Recycling Collection:** Contractor shall collect all Recovered Materials placed in a Recycling Container or paper bag and additionally cardboard and/or paper bags, which may be placed beside the container, when any edge of said Recovered



Materials is placed within six (6) feet of the curb, paved surface of the public road, closest accessible public right-of-way, or other such location agreed to by the Contractor that will provide safe and efficient access for the Contractor's collection crew and vehicle. The Contractor must collect as many Recycling Containers, paper bags, bundles, or flattened cardboard, as the customer sets out. Cardboard and/or paper bags shall be collected if placed next to, or inside, the Recycling Container(s). Where the resident is physically unable to deliver Recovered Materials to curbside and this is certified by the Contract Administrator, or the Dwelling Unit is located in such a manner as to prevent access to the Contractor's crew or vehicle, an alternative location may be arranged between the customer and the Contractor at no extra cost to the customer. In the event an appropriate location cannot be agreed upon, the Contract Administrator shall mediate the dispute and designate the location for pick-up, and such designation shall be final.

3. **Recycling Containers:** The Contractor shall ensure distribution of Recycling Containers as supplied by the Authority to each unit that is to receive Curbside Residential Recycling Collection Service in the Service Area. The title to these Recycling Containers shall be vested with the Authority. However, customers may use their own additional Recycling Containers or paper bags as long as they are similar and suitable for the service.

B. **Containerized Residential Recycling Collection Services** will be governed by the following terms and conditions:

1. **Conditions and Frequency of Service:** The Contractor shall provide Containerized Residential Recycling Service to Dwelling Units as are designated by the Authority that are located in the Service Area. Containerized Residential Recycling Service shall be provided at least once every week on a scheduled route basis as set out in paragraph 2 below, and up to twice a week as necessary during Peak Times of the year.

2. **Accessibility and Schedule for Containerized Residential Recycling Collection:** All Recovered Materials, with the exception of cardboard, are to be collected in a Recycling Container or Container designated for Recovered Materials which shall be located in such location and shall be collected on a schedule as mutually agreed to by the owner or governing association (of the multiple unit residential complex or development being serviced) and the Contractor that will provide safe and efficient access for the Contractor's collection crew and vehicle. Cardboard shall be collected if placed next to, or inside, the Recycling Container or Container. If there is a large amount of cardboard placed outside of the Container (i.e., in the case of a 101 gallon Container), an alternate, larger Container shall be provided, upon agreement by the customer and the Authority. In the event an appropriate location



cannot be agreed upon, the Contract Administrator shall mediate the dispute and designate the location for pick-up, and such designation shall be final.

C.    **Commercial Recycling Collection Service:**    The Contractor shall provide Commercial Recycling Collection Services on behalf of the Authority for any business in the Service Area where the Authority has arranged, negotiated or contracted for such service, and Contractor shall have the right to solicit Commercial Recycling Collection Service agreements with any business in the Service Area upon terms and conditions consistent with this Agreement.

1.    **Conditions and Frequency of Services:**    The Contractor shall provide Commercial Recycling Collection Services to all businesses or commercial entities located in the designated Service Area resulting from its own solicitation, by request of the customer, or where a contract meeting the terms and conditions of this Agreement is arranged by the Contract Administrator or his designee.  The size and frequency of service of the Container designated for Recovered Materials shall be determined by a waste audit and agreed to by the customer and the Contractor.  However, size and frequency shall be sufficient to provide that no Recovered Materials need be placed outside the Container.  Storage capacity shall be suitable for the amount of Recovered Materials generated by the customer.   The Contractor shall provide Containers as necessary however, customers may own their Container provided that the customer is completely responsible for its proper maintenance.   Such Containers shall be of a type that can be serviced by the Contractor's equipment.   Compactors may be obtained by customers from any source provided that such Compactor be of a type that can be serviced by the Contractor's equipment and the customer shall be completely responsible for its proper maintenance.  Compactor frequency of collection shall be sufficient to contain the Recovered Material without spillage.   All Commercial Recovered Materials shall be placed in a Container, Compactor or other acceptable Recycling Container.   All Containers and Compactors provided by the Contractor shall be in good condition, painted and neatly labeled with the Contractor's name, phone number and size of Container. All Containers and Compactors provided by the Contractor shall be clearly labeled to indicate they hold Recovered Materials only.

Recovered Materials shall not be commingled with other solid waste. Contractor's collection personnel shall not knowingly collect Recovered Materials and place them in a Solid Waste collection vehicle. Commingling of Recovered Materials with Solid Waste shall subject the Contractor to assessments as set forth in this Agreement.   Recovered Materials set out for collection by customers must be collected in a vehicle designated solely for the purpose of collecting Recovered Materials and shall be delivered to a facility designated by the Authority.  Said vehicle shall contain signage designating vehicle as such and include the



Authority's toll-free new bin telephone number (1-866-639-2467).

Where Recycling Containers are used, they shall be placed at an accessible location or at such other single collection point as may be agreed upon between the Contractor and the customer. All Containers shall be kept in a safe, accessible location agreed upon between the Contractor and the customer.

2. **Level, Type and Disclosure of Rates for Commercial Recycling Collection and Other Services:** The customer shall subscribe to a level of service sufficient to meet the needs of the customer in a sanitary and efficient manner. However, upon failure of the parties to reach such an agreement, the Contract Administrator, or his designee, at the election of the customer and Contractor may establish the level and type of service to be provided including the location, size of the Container and number of pick-ups per week and the "TOTAL RATE" to be charged within the approved rate limits contained in Exhibit II. The Contractor will be responsible for the billing and collection of Commercial Recycling Collection charges except as otherwise provided in this Agreement.

3. **Ownership:** Notwithstanding any other provision of this Agreement, a commercial generator of Recovered Materials retains ownership of those materials until he or she donates, sells, or contracts for the donation or sale of those materials to another person or entity. Nothing in this Agreement shall prevent a Recovered Materials dealer or other person or entity properly registered to engage in the Recovered Materials business in Palm Beach County, whether for profit or nonprofit, from accepting and transporting commercially generated, Source Separated Recovered Materials from such commercial generator, provided however, that such activities are subject to applicable State and local laws, regulations and rules, including rules of the Authority, and provided that the transporter reports such information to the Authority in accordance with applicable State and local laws and rules, including rules of the Authority.

D. **Authority Public Drop-off Recycling Collection Services:** The Contractor shall provide Public Drop-off Recycling Collection Services to all Authority Public Drop-off Locations within the unincorporated and municipal areas of the Service Area at the approved Commercial Recycling Collection Service collection rate set out in Exhibit II as may be adjusted in accordance with Section 6 and Exhibit III. The Authority will provide the containers. The frequency of collection shall be sufficient to provide that no Recovered Materials need be placed outside the Container and shall be determined by the Authority. The Contract Administrator or his designee will establish the number of Containers to be collected and frequency of collection as defined in Exhibit VII. The Authority has the right to add or remove up to five (5) containers annually and/or increase or decrease service as deemed necessary.



The Contractor shall provide the Contract Administrator, in a format acceptable to the Contract Administrator, the schedules for all Collection routes and keep such information current at all times.  Public Drop-off Commercial Recycling Container collection sites located within 150 yards of residential uses shall only be collected between the hours of 7:00 a.m. and 5:00 p.m. Monday through Saturday.

The Contractor shall bring Recovered Materials collected from the Public Drop-off locations to the Authority owned Recovered Materials Processing Facility or an Authority transfer station.

Authority owned Public Drop-off Recycling Collection Containers damaged by the Contractor shall be replaced at no charge to the Authority within three (3) Business Days.

E.    **Method of Payment:**   The Authority or its designee will be responsible for the billing and collection of payments for Residential Recycling Collection Service.

The Contractor shall be responsible for billing and collection of payments for Commercial Recycling Collection Service, not to exceed the rates as set out in Exhibit II.  The rate set out in Exhibit II shall be adjusted in subsequent years in accordance with Section 6 and the Payment Adjustment Schedule (Exhibit III).  The Authority shall provide recycling Containers for commercial customers utilizing a 95 or 101 gallon Container(s) at no charge to the Contractor or customer. The Contractor may be asked to bill the Authority or the customer for all or a part of the Containers used by the customer for Commercial Recycling Collection Service, at the rate set out in Exhibit II, as determined by the Contract Administrator.

F.    **Hours of Collection:**   Residential Recycling Collection Service shall be conducted between the hours of 6:00 a.m. and 5:00 p.m., Monday through Saturday.  Dwelling Units receiving Containerized Residential Recycling Collection Service and nonresidential collection sites located within 150 yards of residential uses shall only be collected between the hours of 7:00 a.m. and 5:00 p.m. Monday through Saturday. Other nonresidential locations may be collected at any time. The hours of collection may be extended due to extraordinary circumstances or conditions with the prior consent of the Contract Administrator.

G.    **Routes and Schedules:**   Route and schedule changes shall be handled as specified in Section 4, Paragraph F.

H.    **Replacement of Recycling Containers for Residential Dwelling Units:**

1.    The Contractor will replace at its expense any Container or Recycling Container damaged through the fault or negligence of the Contractor or its personnel (including agents, employees or subcontractors) in accordance with Section 10, and report all such replacements to the Authority. Replacement Recycling Containers or Containers designated for Recycling



for Residential Dwelling Units will be provided by the Authority with the cost for replacement containers deducted from the Contractor's monthly fees.

2.  The Authority, at its expense, will supply to the Contractor, for distribution to the customer, replacement Recycling Containers or Containers which were originally provided by the Authority and lost or damaged by the occupant of a Dwelling Unit, and the Contractor shall report all such replacements to the Authority.

3.  The Contractor shall promptly deliver Recycling Containers or Containers as requested by the Authority on behalf of the residential customers for the purpose of excess Recovered Materials or for new residential customers.

I.  **Contaminated Recovered Materials:** In the event the curbside customer places solid waste in the Recycling Container(s) or Container(s), the Contractor must collect all Recovered Materials and leave the solid waste in the Recycling Container(s) or Container(s).  The Contractor must then place a contamination sticker on the Recycling Container(s) or Container(s) advising the customer of the reason the solid waste was not collected.  Contamination stickers will be provided to the Contractor by the Authority.

In the event the Contractor is unaware that a load of Recovered Materials collected pursuant to Residential Containerized Recycling Collection or Commercial Recycling Collection is commingled with Solid Waste, and the Contractor is charged a disposal fee by the Authority, the Contractor is authorized to make an effort to identify the customer responsible for the contamination and charge the customer the applicable disposal charges based on the size of the container serviced for that customer.

J.  **Recovered Materials Processing Facility:**  The Contractor shall deliver all Recovered Materials collected from the Service Area to the Solid Waste Authority RMPF, or a SWA transfer station or other facility designated, in writing, by the Contract Administrator.

K.  **Change in Scope of Recycling Collection Service:**  From time to time, at the sole option of the Authority, it may be necessary to modify the scope of Recovered Materials that will be included in Recycling Collection Service.  Should this occur, the Authority and the Contractor agree to enter into good faith negotiations to amend this Agreement to reflect the impact of any such modification.

6.  **CHARGES, RATES AND LEVEL OF SERVICES:**

A.  **Solid Waste and Recycling Collection Rate Adjustments:**  For all Collection services with the exception of those specifically excluded, the charges shall be initially based on the rates established in Exhibit II, and as subsequently adjusted pursuant to this Agreement.  For all cost components other than fuel, the Contractor



shall receive an annual adjustment in the Residential Solid Waste Collection Service, Residential Recycling Collection Service, Commercial Recycling Collection Service, and Commercial Solid Waste Collection Service and Residential Recycling Collection Service rates. At the end of the first year of this Agreement, and each year thereafter, the adjustment shall be made based on the Refuse Rate Index ("RRI") as set out in Exhibit III.

Additionally, for Residential Solid Waste Collection Service, Residential Recycling Collection Service, Commercial Recycling Collection Service and Commercial Solid Waste Collection Service the Contractor shall receive a monthly fuel price adjustment for the fuel cost component as set out in Exhibit III.

No change in rates except for the Payment Schedule adjustment as provided by this Agreement shall be made without the approval of the Authority Board. Annual rate adjustments shall be effective the following October 1, unless otherwise mutually determined by the Authority and the Contractor.

**B.**     **Billing, Collection, and Payments:**

1.      The Authority will be responsible for the billing and collection of payments for those units included in the Authority's mandatory Residential Solid Waste Collection Services and the Residential Recycling Collection Services programs. The Authority shall make monthly payments in arrears to the Contractor for the Residential Solid Waste Collection Service and Residential Recycling Collection Services provided pursuant to this Contract. The Contractor shall be entitled to payment for services rendered irrespective of whether or not the Authority collects from customers for such service. Payments from the Authority to the Contractor will be due and paid no later than the tenth day of the month following the month during which services were rendered.

On or before October 1, and before commencement of work by the Contractor under the terms of this Agreement, the Authority shall provide to the Contractor the estimated total number of units to be serviced. By November 1 of each Fiscal Year, the Authority shall provide to the Contractor a copy of the annual assessment roll providing a detailed listing of all the units to receive these services. Thereafter and for the duration of this Agreement, the Authority shall promptly notify the Contractor of new residential units to be served and/or deleted and payments will be adjusted accordingly. New Dwelling Units which are added for service during the Authority's Fiscal Year will be added to the customer service list and payment will be paid by the Authority to the Contractor in the Contractor's monthly payment. Payment will be prorated based upon the day of Certificate of Occupancy and verification of the beginning of actual service, whichever is later. The payments from the Authority to the Contractor for units added by Certificate of Occupancy are paid no later than the tenth day



of the month, two months following the month during which the Dwelling Unit is provided a Certificate of Occupancy. After the first year of the Agreement, the Dwelling Unit becomes part of the total number of the subsequent year's total number of units, provided annually to the Contractor on or before October 1.

2.    In the event the Contractor provides service to Dwelling Units whose parcel was not included on the annual assessment roll provided by the Authority, the Contractor must provide a written list of such Dwelling Units to the Contract Administrator within 90 days receipt of the assessment roll. Upon receipt of such written list by the Authority, the Contract Administrator will verify the customer address and that service to the unit is proper within 30 days, and if proper, shall remit monthly payments to the Contractor for such service effective as of October 1 of that Fiscal Year or the date service began, whichever is later. If the Authority has not received notification within 90 days by the Contractor, no adjustments to payment will be made until the next Fiscal Year annual roll is certified for the same units. However, the Authority reserves the right to correct any errors of omission or commission per the laws and rules that govern the Authority. In the event the Authority pays the Contractor for a residential unit in error for whatever reason, the Contractor shall notify the Contract Administrator. Upon determination of any overpayment, the Contract Administrator will verify the error and make appropriate adjustment to the Contractor's payment to correct the error.

**C.**    **Solid Waste Disposal Costs:** Collection service costs and Solid Waste disposal costs shall be treated separately for the Solid Waste Collection services being provided pursuant to this Contract. Residential and commercial Solid Waste disposal costs shall be separated from residential and commercial collection service costs as shown in Exhibit II. Residential disposal costs will be part of the special assessment billed by the Authority except as otherwise provided in this Agreement. The Contractor will be given a disposal credit for each residential unit as calculated in Exhibit II. The non-assessed portion of the commercial disposal costs will be part of the service charge billed by the Contractor. The Contractor shall pay the Authority for all Solid Waste disposal costs incurred for disposing of all Solid Waste at the Authority's Disposal Facilities except for the portion of disposal costs which have been separately credited by the Authority.

**D.**    **Extraordinary Rate Adjustment:** The Contractor may petition the Authority at any time for an additional rate adjustment on the basis of extraordinary and unusual changes in the cost of operations that could not reasonably be foreseen by a prudent operator. The Contractor's request shall contain substantial proof and justification, as determined by the Contract Administrator, to support the need for the rate adjustment. The Authority may request from the Contractor, and the Contractor shall provide, such further information as may be reasonably necessary in making its determination. The Authority Board, in its sole discretion, may approve or deny the



request, in whole or in part, within 120 days of receipt of the request and all other additional information required by the Authority.

E.   **Franchise Fee:**  To compensate the Authority for the cost of administration, supervision and inspection rendered for the effective performance of this Agreement, as well as other costs related to Collection, the Contractor shall pay to the Authority a fee of three percent (3%) of all gross revenues charged for services or operations conducted in the Service Area. Solid Waste disposal costs paid by the Contractor to the Authority under this Agreement shall be deducted from the gross revenue total prior to calculation of the franchise fee due to the Authority. Franchise fees shall be payable within forty-five (45) days of the last day of each calendar quarter.  A late charge of 1.5% of the monies due for the Franchise fee shall be calculated monthly until payment is received. Misrepresentation of revenues by Contractor shall result in the following: 1) Contractor must pay the Authority the calculated difference determined from the misrepresentation within five (5) Business Days; 2) Contractor must pay an additional 20% assessment based on the misrepresented amount; 3) Contractor shall submit a Certified Financial Statement on a quarterly basis for the remainder of the Agreement. Such Certified Financial Statement must include the opinion of a Florida Certified Public Accountant who has conducted an audit of the Contractor's books and records in accordance with generally accepted auditing standards which include tests and other procedures necessary, that the Financial Statements are fairly presented, in all material respects, in conformity with generally accepted accounting practices.

F.   **Exclusive Franchise:**  Authority agrees to assist the Contractor in taking timely action against any entity violating, and/or in defense of, the Contractor's exclusive franchise rights granted under this Agreement.

7.   **HOLIDAYS:** The Contractor shall not be required to perform Collection on Thanksgiving Day and Christmas Day.  Residential Solid Waste, Recovered Material and Vegetative Waste not collected from curbside service customers on Thanksgiving Day and Christmas Day shall be collected on the next scheduled service day. Residential Solid Waste and residential Recovered Material not collected from container service customers shall be collected on the next Business Day. The Contractor shall not be required to maintain office hours on Thanksgiving Day and Christmas Day.  However, on all holidays except Thanksgiving Day and Christmas Day, the Contractor shall provide collection of Commercial Solid Waste, Commercial Recovered Material, Residential Solid Waste, Vegetative Waste and Residential Recovered Material and provide for operations personnel to accept calls from the Authority and the Contractor's customers.

8.   **SPECIAL SERVICES:** Rates charged for Special Services may not exceed the special service rates as listed in Exhibit II. In the event the requested special service is not included within Exhibit II, the Contractor may negotiate with the customer for the rate. Upon failure of the parties to reach an agreement on the rate, the Contract Administrator shall establish the rate. The Contractor shall be responsible for billing and collection of payment for all Special Services.



9.  **PUBLIC AWARENESS PROGRAM:** The Contractor shall assist the Authority with the Public Awareness Program by distributing door hangers, stickers, flyers or other medium to residential and commercial customers as requested by the Authority. Additionally it is the Contractor's responsibility to provide information about those customers who repeatedly do not prepare or set out their Recovered Material or solid waste as specified within this Contract to the Authority.

The Commercial Recycling customer will also be notified, by the Authority through the Contractor, about special commercial recycling events, workshops, educational forums and symposiums and other activities, as needed.

10. **TREATMENT OF CONTAINERS:** The Contractor shall collect Residential Solid Waste, Vegetative Waste and Recovered Materials and Commercial Solid Waste and Recovered Materials with as little disturbance as possible and shall leave any receptacle at the same point it was collected. Unless otherwise specified in this Agreement, any Container, Compactor or Recycling Container requiring repair, replacement or delivery for whatever reason shall be repaired and/or replaced or delivered within five (5) Business Days of the request of the customer or the Authority. Unless otherwise specified in the Agreement, any Container, Compactor or Recycling Container damaged by the Contractor or reported in poor condition by the customer or the Authority shall be repaired or replaced at the Contractor's expense. Unless otherwise specified in the Agreement, for Recycling Containers provided to the Contractor by the Authority, the cost of Recycling Containers provided to replace those damaged by the Contractor or reported in poor condition by the customer or the Authority shall be deducted from the Contractor's monthly fees. Garbage Cans shall be replaced as provided for in Section 13. Throwing of any Garbage Can, Container or Recycling Container is prohibited. The Contractor shall neatly re-place the Container, Recycling Container and Garbage Can to the point of collection.

11. **PERSONNEL OF THE CONTRACTOR:**

A.  The Contractor shall assign a qualified person or persons to be in charge of the operations within the service area and shall give the name(s), office and cellular telephone numbers and, if applicable, email address of the person(s) to the Contract Administrator.

B.  Supervisory personnel must be present on all routes to direct operations in a safe and satisfactory manner. All supervisory personnel shall operate a non-collection vehicle that is clearly marked with Contractor's name and office telephone number.

C.  Contractor shall provide personnel sufficient to complete all routes. Supervisory personnel may temporarily operate collection vehicles in an emergency situation.

D.  The Contractor shall keep all contact information provided to the Authority current at all times.



E.    The Contractor's collection employees shall wear a uniform or shirt bearing the company's name during operations.

F.    The Contractor's name and office telephone number shall be properly displayed on all Solid Waste and recycling collection vehicles and Containers provided by the Contractor.  All vehicles utilized for the collection of Recovered Material shall be clearly identified for that purpose.

G.    The Contractor shall provide operating and safety training for all personnel.

H.    The Contractor's employees shall treat all customers in a polite and courteous manner.

I.    The Contractor shall provide emergency contact name(s), office, home and cellular telephone numbers and email address for all key personnel.

J.    In the event of a dispute between customer and Contractor, key personnel of the Contractor shall be available to meet with Contract Administrator or his designee as requested by the Authority.

K.    Any employee of the Contractor who removes or diverts Solid Waste or Recovered Materials from the Authority's system without authorization shall be prohibited from providing solid waste or Recovered Materials collection services under this Agreement.

12.    **SPILLAGE:**  The Contractor shall not litter or cause any spillage to occur upon the premises, roadway or the right-of-way wherein the collection shall occur.  During hauling, all solid waste, Vegetative Waste and Recovered Materials shall be contained, tied, or enclosed so that leaking, spilling and blowing is prevented.  In the event of any spillage or leakage, including but not limited to, hydraulic and other fluids from the collection vehicle or materials such as paint, by the Contractor, for any reason or source, the Contractor shall clean up <u>all</u> spillage and leakage at no cost to the Authority or the customer within two (2) Business Days unless otherwise specified within this Agreement.

13.    **SOLID WASTE AND RECOVERED MATERIALS PROCESSING FACILITIES:**  All Residential Solid Waste, Vegetative Waste, and Recovered Material, and all Commercial Solid Waste and Recovered Material collected by the Contractor in the Service Area(s) pursuant to this Agreement shall be hauled to a Designated Facility.  For all Service Areas the Contractor is free to use any suitable Designated Facility.

The Contract Administrator may specify in writing facilities not owned by the Authority as Designated Facilities.  These facilities are supplemental to the facilities owned by the Authority. The Authority does not guarantee the continued availability of facilities not owned by the Authority.  In the event a Designated Facility not owned by the Authority is unavailable, closes, or has its Designated Facility status revoked, Contractor shall use an alternate Designated Facility at no charge to the Authority.



Facilities managed and operated by the Authority, are periodically closed for maintenance an average of 30 Business Days every five (5) years. In the event a Designated Facility is closed, the Contractor shall take the solid waste, Vegetative Waste and Recovered Materials to another Designated Facility at no charge to the Authority, except as limited herein.

In the event an Authority owned Designated Facility closes more than 30 Business Days in a five (5) year period, for all routes in any Service Area, Contractor shall receive additional compensation for the additional travel time to an alternate Designated Facility. Contractor's rates shall be increased to 1.08 times the rate set out in Exhibit II, as adjusted by Exhibit III, if applicable, for each Business Day the Authority owned Designated Facility is closed in excess of thirty (30) Business Days and for each type of waste or Recovered Material for which acceptance is unavailable.

Unless otherwise specified in this Agreement, in the event that a load of Recovered Materials collected pursuant to Curbside Residential Recycling Collection Service or Containerized Residential Recycling Collection Service delivered to the Designated Facility contains more than 10%, by volume of the total load, material which is not Recovered Material or that there is more than 5% fiber products within the commingled Recovered Material or 5% commingled Recovered Material by volume within a load of fiber, the Authority has the right to reject the load and to charge the Contractor the full disposal fee for each ton within the load.

Unless otherwise specified in this Agreement, in the event that a load of Recovered Materials collected pursuant to Commercial Recycling Collection Service delivered to the Designated Facility contains more than 10% by weight or volume of the total load of solid waste, trash or commingle within a load of paper products, the Authority has the right to reject the load and to charge Contractor the full disposal fee for each ton within the load. The Contractor may pass this cost through to a commercial customer in the event that the Contractor can prove that the customer caused the contamination to the satisfaction of the customer. It is the responsibility of the Contractor to notify the Authority of any customer who has repeatedly contaminated the Recovered Materials.

The Authority currently operates a Dual Stream recycling program for both residential and commercial Recovered Materials. If at any time during the term of this Agreement the Authority begins to accept Single Stream Commercial Recovered Materials, the Authority reserves the right to designate a specific subset of facilities for the receipt and pre-processing of the material. The Authority shall designate at least one facility in each Service Area. In the event the Authority fails to designate at least one facility in a Service Area(s), Contractor's rates for Commercial Recycling Collection for those accounts receiving Single Stream Commercial Recovered Material Collection service shall be increased to 1.08 times the rate set out in Exhibit II, as adjusted by Exhibit III, if applicable, for each Business Day no such designated facility is provided in the Service Area(s).

14.   **COLLECTION EQUIPMENT:** The Contractor shall have on hand at all times and in good working order such equipment as shall permit the Contractor to adequately and efficiently perform the contractual duties specified in this Agreement. Collection equipment



utilized in this Agreement shall be not more than five (5) years old upon commencement of this Agreement. Upon execution of this Agreement and semi-annually thereafter, the Contractor shall provide in a format specified by the Contract Administrator a list of the equipment to be used by the Contractor to provide services relating to this Agreement. Solid Waste collection equipment shall be of the enclosed loader packer type, or other equipment that meets industry standards and is approved by the Contract Administrator, unless otherwise provided within this Agreement. All Equipment shall be kept in good repair, appearance and in a sanitary, clean condition at all times. Recovered Materials collection equipment shall be of a dual compartment type (one compartment for paper products; one compartment for other Recovered Material), separate trucks or other equipment that meets industry standards and are approved by the Contract Administrator, and must be compatible for unloading at the designated RMPF or transfer station. In the event a compacting vehicle is used for the collection of Recovered Materials, compaction pressure may not exceed 50 pounds per square inch for the commingled non-paper Recovered Materials to avoid glass breakage. Equipment utilized for the collection of Recovered Materials shall be clearly identified for that purpose. The Contractor shall have available reserve equipment which can be put into service within two (2) hours of any breakdown. Such reserve equipment shall correspond in size and capacity to the equipment used by the Contractor to perform the contractual duties. Contractor shall notify the Contract Administrator or his designee by phone within two hours of any equipment breakdown. If the public road or public right-of-way in the Service Area is substandard, as specifically designated by the Contract Administrator, in writing, the Contractor must provide lightweight equipment to service these roads.

15. **VEGETATIVE WASTE:** All Vegetative Waste shall be collected separately from Residential Solid Waste and Recovered Materials. The Contractor must sweep the street clean and rake up any remnants of vegetation remaining following the collection of any Vegetative waste not collected on the regular scheduled Collection day. Contractor is not required to collect debris generated by Land Clearing activity which includes but is not limited to stumps, tree trunks and logs.

16. **SPECIAL WASTE, HAZARDOUS WASTE, BIOHAZARDOUS OR BIOMEDICAL WASTE AND SLUDGE:** The Contractor shall not be required to collect and dispose of Special Waste.

17. **OFFICE AND EQUIPMENT YARD:** The Contractor shall maintain an office and equipment yard within Palm Beach County where complaints from the Authority and commercial customer inquiries shall be received. It shall be equipped with sufficient telephones, with no less than two phone lines, and shall be open during normal business hours and shall have local customer service and sales representatives sufficient to provide adequate phone coverage and assistance to customers within their own Service Area(s) from 8:00 a.m. to 5:00 p.m., Monday through Friday and from 8:00 a.m. to 2:00 p.m. on Saturday, with the exception of Thanksgiving Day and Christmas Day. The Contractor shall provide a fax machine with a dedicated fax line and computer to receive complaints from the Authority. If during the term of this Agreement, the transmission of complaints is through electronic media (email), Contractor must have a dedicated computer with



internet access to receive, process, and respond to such communication in the same timely manner as when fax communication was utilized. The Contractor shall provide an answering machine during non-office hours for customer requests and questions to be responded to during the following Business Day. The Contractor shall provide a contact person for the Authority to reach during all non-office hours. The contact person must have the ability to authorize Contractor operation in the case of Authority direction or situations requiring immediate attention. An equipment yard must be established within Palm Beach County no later than September 1, 2013. Failure to establish an office and equipment yard may result in loss of franchise, pending the Contract Administrator's review of whether the Contractor is using his best efforts to establish an equipment yard in a timely manner. Equipment yard means a real property location that shall be utilized by the Contractor for the storage and keeping of all equipment needed by the Contractor to provide all services under this Agreement in the Service Area.

18.  **COMPLAINTS:**  All service complaints shall be directed to the Contract Administrator, or his designee. The complaint will be forwarded to the Contractor by telephone, computer or electronic media not less than twice daily where it shall be recorded on a complaint log by the Contractor. The complaint shall be resolved no later than 3:00 p.m. the next Business Day after it is received by the Contractor. When the complaint is received on a Saturday or the day preceding Thanksgiving Day and Christmas Day, it shall be resolved by the Contractor no later than the next regular working day.

When the Contract Administrator or his designee notifies the Contractor of a complaint, the Contractor shall take the appropriate steps that may be necessary to resolve the complaint by 3:00 p.m. on the next Business Day after its receipt. If a complaint cannot be resolved by 3:00 p.m. on the next Business Day following scheduled Collection day, the Contract Administrator shall be notified in writing of reason for non-resolution of complaint.

Non-conforming solid waste, Recovered Materials and Vegetative Waste not properly tagged by the Contractor shall be collected by the Contractor by 3:00 p.m. on the next Business Day following scheduled Collection day. Complaints of sloppy service provided by Contractor, including, but not limited to solid waste, Recovered Materials or Vegetative Waste being left in the roadway or Garbage Cans not being returned to point of collection on the scheduled Collection day shall be resolved by 5:00 p.m. on the same day.

The Contractor shall investigate and provide the Contract Administrator or his designee with a full written explanation of the disposition of any complaint involving a claim of damage to private or public property as a result of actions of the Contractor's employees, agent, or sub-contractors within 24 hours of receipt. The Contract Administrator will consider all documentation provided and make final determination of party responsibility. If the Contractor fails to provide a written explanation of the disposition of such complaints within 24 hours of receipt, determination of responsibility shall be in favor of the customer and Contractor shall be held liable for all necessary repairs. Any damage shall be repaired within five (5) Business Days, with the exception of mailboxes and Garbage Cans, which shall be repaired or replaced within three (3) Business Days. With regard to



complaints of damage to or missing Garbage Cans, on an annual basis Contractor, at its expense, shall replace a minimum number of Garbage Cans per Service Area as set forth in Exhibit V. Replacement Garbage Cans shall be similar in size and style as that which was reported as damaged or missing and shall be replaced to the satisfaction of the customer..  Once the minimum number of Garbage Can replacements as set forth in Exhibit V has been met, Contractor shall be responsible for replacing, at its expense, any additional Garbage Can(s) determined to be damaged or missing through negligence of Contractor's personnel (including agents, employees or subcontractors) however Contractor shall not be required to replace Garbage Cans which exhibit signs of normal wear and tear.  In the case of an unresolved dispute, the Contract Administrator's or his designee's decision shall be final.

19.   **QUALITY OF PERFORMANCE OF CONTRACTOR:** It is the intent of this Agreement to ensure that the Contractor provides high quality services.

    **A.**   **Complaints**: All complaints received by the Contract Administrator, or his designee, and reported to the Contractor shall be promptly resolved pursuant to the provisions of Section 18 of this Agreement.  Complaints shall not include customer informational requests or Recycling Container requests.  A complaint not resolved by 3:00 p.m. on the next Business Day, unless otherwise provided in this Agreement, shall count as two complaints.  In the event complaints received from curbside customers exceed any of the following percentage(s), which reflect the percentage of the residential curbside customers within the Service Area served by the Contractor during any Fiscal Year, the Contract Administrator shall levy as liquidated damages in the amount of $200.00 per incident to reimburse the Authority for the cost of receiving, logging, investigating, and following up on the complaint.

| Complaint Type | Annual % | Monthly % |
| --- | --- | --- |
| Garbage, Trash and Damage | 4% | 0.5% |
| Recycling | 2% | 0.25% |
| Vegetation | 2.5% | 0.35% |

    **B.**   **Other Administrative Charges:** In addition to the liquidated damages provided for in Subsection 19A related to customer complaints, the Contract Administrator may, without regard to the percentage of customer complaints, also levy liquidated damages at the rate of $200.00 per day per incident for any other infraction of this Agreement to reimburse the Authority for the cost of receiving, logging, investigating and following up on the complaint and or failure to perform, and additional costs that cannot be reasonably quantified.  Such infractions include but are not limited to:

      1.   Failure to provide clean, safe, sanitary equipment;

      2.   Failure to maintain office hours as required;

      3.   Failure to provide documents and reports in a timely and accurate manner;

      4.   Failure to repair or replace and/or deliver a Container, Compactor, Recycling Container, Garbage Can, or mailbox within the required time period;



5. Failure to clean spillage other than the clean-up required by the Palm Beach County Health Department, as provided in Section 19(C)4 below;

6. Failure to cover and or secure materials on collection vehicles;

7. Collection employees out of uniform;

8. Name and phone number, and if applicable, size not displayed on Collection vehicles or Containers;

9. Failure to provide schedule and route maps;

10. Using an improper truck for the specific service provided;

11. Failure to submit a disclosure notice to either a customer or the Contract Administrator;

12. Failure to report recycling activity monthly (on or before the 10th day of the following month), in the format determined by the Authority, for the purpose of tracking and verifying countywide recycling activity;

13. Failure to collect Recovered Materials, Solid Waste or Vegetative Waste on schedule for any customer who has been missed more than three times within a 12 month period;

14. Failure to respond to customer calls, including all residential and commercial customers, in a timely and appropriate manner;

15. Failure to place a contamination sticker in Recycling Containers, as required;

16. Failure to repair damage to property resulting from Contractor's (including agents, employees or subcontractors) equipment failure or negligence within five (5) Business Days.

C. **Major Prohibitions and Liquidated Damages:** The following constitute serious violations of this Agreement that have negative impacts on the Authority, the costs of which are not reasonably quantifiable, and are subject to liquidated damages and potentially loss of Franchise.

1. Intentionally commingling Solid Waste, Vegetative Waste and/or Recovered Materials is prohibited and may result in liquidated damages in the amount of $5,000.00 per incident to reimburse the Authority for the cost of inspecting, sorting, handling and disposing of the contaminated load, and the costs associated with potential injury to employees and workers who are exposed to said contamination, and upon the fifth offense may constitute default of contract and result in loss of Franchise.:

2. Changing routes, including the starting point of a route without approval from the Authority or notification to the Authority and the customer is prohibited and will result in liquidated damages of $2,000.00 per incident to reimburse the Authority for the costs of managing the service disruption, including the cost of receiving, logging, investigating and following up on customer complaints, communicating with the Contractor and coordinating the return to normal service. Additionally, the Contractor shall be required to return to the previous route(s) and schedule and properly notify customers in accordance with the requirements of this Agreement at no cost to the Authority or customer.



3.  Billing commercial customers service charges unauthorized by this Agreement, such as special fuel surcharges, handling charges or billing charges is prohibited and will result in the assessment of liquidated damages in the amount of $500 per incident to compensate the Authority for the cost of receiving, logging, investigating and following up on customer complaints, communicating with the Contractor and the customer, and coordinating the reimbursement to the customer for all non-approved charges. Contractor shall also be required to reimburse the customer for all non-approved charges paid by the customer.

4.  Violating the exclusive Franchise in another contractor's Service Area without approval from the Authority is prohibited and will result in the assessment of liquidated damages of $5,000.00 per incident to compensate the Authority for managerial, and investigative costs associated with defending and reinstating the exclusive Franchise rights of the Authority's franchisee, in addition to reasonable attorneys fees incurred by the Authority. Additionally, Contractor will be required to pay restitution to the offended contractor in an amount equal to the contractor's lost collection charges at the rate per cubic yard, or pull, whichever is applicable, as of the time of the infraction for every cubic yard, or pull.

5.  Failure to clean up spillage of any substance required to be cleaned up by and in accordance with the Palm Beach County Health Department will result in the assessment of liquidated damages in the amount of $2,500.00 per day, per incident to compensate the Authority for the cost of receiving, logging, investigating and following up on customer complaints, assessing the extent of the damage, and communicating with the Contractor, the Health Department and the customer(s). Additionally, in the event of such failure to clean up spillage, the Authority retains the right to perform or contract for the performance of such clean-up and assess the Contractor for all costs incurred.

6.  The Contractor, providing Collection service on behalf of the Authority, excepting as provided for in Section 5, is required to deliver all Commercial and Residential Solid Waste, Vegetative Waste and Recovered Materials collected pursuant to this Agreement to disposal facilities and/or Recovered Materials Processing Facilities, designated by the Authority. Diversion of these materials to any facility not designated by the Authority without the written consent of the Contract Administrator, whether within or outside Palm Beach County, is prohibited and will result in the following assessments:

    The first offense will result in the assessment of liquidated damages in the amount of $100,000.00 to compensate the Authority for the investigative and legal costs and expenses incurred to ascertain and quantify the extent of the violation. Additionally, in the case of Solid Waste, the Contractor shall



reimburse the Authority for lost revenue based on the per ton tipping fee for garbage in effect at the time of the offense for each ton of material diverted, plus reimbursement for lost energy revenues, if any. In the case of Recovered Material, in addition to liquidated damages, the Contractor shall reimburse the Authority for lost net revenue based solely on the then current average commodity value as determined by Authority sales and the then current incremental processing cost paid by the Authority for processing at the Authority-owned Recovered Materials Processing Facility.

The second offense may result in, loss of franchise(s) and a ten (10) year ban on the ability to bid on future Solid Waste Authority of Palm Beach County Solid Waste and recycling collection agreements.

Provided that the Contractor provides timely notification to the Authority, and notwithstanding the above, the parties agree that it is not the intent of this subsection to punish the Contractor, beyond the payment of restitution, for the random, infrequent or inadvertent actions of an employee, acting in a manner other than as directed by the Contractor, that result in the diversion of materials from an Authority approved facility.

To the extent allowed by law, the imposition of the above liquidated damages is in addition to any fines or penalties that may arise out of any proceeding, criminal or civil, for violations of the Palm Beach County Solid Waste Act (Ch. 2001-331), any Authority rule, or any other Federal, State, or local act, ordinance, resolution or rule.

7.   Failure to complete, defined as failing to provide scheduled service to a minimum of 95% of the households, a route or community on the regular scheduled pick-up day shall result in the assessment of liquidated damages in the amount of $1,000.00 for each route/community per day not completed to reimburse the Authority for the value of services not rendered, costs of managing the service disruption, including the cost of receiving, logging, investigating and following up on customer complaints, communicating with the Contractor and coordinating the return to normal service. Each missed route/community shall be completed by 10:00 a.m. of the next Business Day following regular scheduled collection day. Failure to collect missed routes/communities by 10:00 a.m. the next Business Day as required will result in an additional $1,000.00 assessment for each route/community not completed.

For the purpose of this Section, the Contract Administrator may deduct any charges from payments due or to become due to the Contractor. In the event the Contractor fails to repair damages as a result of the Contractor's equipment failure or negligence within the time provided within this Agreement, the Contract Administrator may arrange for the repairs and assess the Contractor for the cost of the repairs and any applicable administrative charges. The Contract Administrator may assess administrative charges and liquidated damages



pursuant to this Section on a monthly basis in connection with this Agreement and shall at the end of each month during the term of this Agreement notify the Contractor and the Governing Board of the Authority in writing of the charges assessed and the basis for each assessment. In the event the Contractor wishes to contest such assessment it shall, within five (5) Business Days after receiving such monthly notice, request in writing an opportunity to be heard by the Authority Board and present its defense to such assessment. Notwithstanding the foregoing, any individual assessment of liquidated damages in an amount greater than or equal to $10,000, or loss of Franchise, shall be imposed only upon the prior approval of the Governing Board of the Authority.

The Authority shall notify the Contractor in writing of any action taken with respect to Contractor's claims and the decision of the Authority Board will be final. Any aggrieved party that wishes to appeal may apply in the Circuit Court of Palm Beach County, Florida, within thirty (30) days of the rendition of such decision, for review by Writ of Certiorari in accordance with the applicable Florida Appellate Rules.

**D.    Filing of Requested Information and Documents:**

    1.    In addition to any other requirements of this Agreement, the Contractor shall be required to file pertinent statistical and aggregate cost information pertaining to solid waste Collection and recycling Collection services that is requested by the Authority. The results of all recycling activity conducted by the Contractor in the Service Area during each month, whether residential or commercial, shall be reported accurately to the Authority, in a format and with such dates as specified by the Authority, on or before the 10th day of the following month.

    2.    The Contractor shall file and keep current with the Authority all documents and reports required by this Agreement. By September 1st of each year this Agreement is in effect, the Contractor shall ensure and certify to the Authority, in a format acceptable to the Contract Administrator, that all required documents are current and on file with the Authority.

    3.    The Contractor shall maintain a detailed list of collection vehicles and route schedules and maps for the term of this Agreement and each month shall file a written report of equipment and routes, or as requested by the Contract Administrator, in a format as provided by or acceptable to the Contract Administrator.

    4.    Annually, no later than the last Business Day of October, the Contractor shall provide the Authority a list of all residential and commercial roll-off compactors or permanent roll-off containers within the Service Area. The list shall include at a minimum the customer name, customer contact person, customer contact telephone number, service address, compactor or container size, Authority decal number, and level of service,



5.   Failure to file any document or report within three (3) Business Days of the required filing date, except where granted an extension by the Contract Administrator, may result in the assessment of liquidated damages as authorized pursuant to this Section 19.

20.   **NATURAL DISASTERS:** In the event of a hurricane, tornado, major storm or other natural disaster, the Contractor's sole responsibility shall be to reestablish regular routes and schedules for the collection of Solid Waste, Recovered Materials, and Vegetative Waste as soon after the natural disaster as possible.   The collection and disposal of Solid Waste shall be the highest priority. The collection and disposal of debris generated by a natural disaster shall not be the responsibility of the Contractor.   Under a separate Agreement, the Authority shall procure collection and disposal services for debris generated by a natural disaster. The Contractor agrees to provide full cooperation with the Authority and the debris collection contractor in the aftermath of a natural disaster in an effort to return the county to its pre-disaster state, and resume normal collection services.

21.   **FORCE MAJEURE:**  Neither the Authority nor Contractor shall be considered to be in default of this Agreement if delays in or failure of performance shall be due to Force Majeure, the effect of which, by the exercise of reasonable diligence, the non-performing party could not avoid.

Neither party shall, however, be excused from performance if nonperformance is due to forces which are preventable, removable, or remediable and which the non-performing party could have, with the exercise of reasonable diligence, prevented, removed or remedied with reasonable dispatch.   The non-performing party shall, within a reasonable time of being prevented or delayed from performance by a Force Majeure event, give written notice to the other party describing the Force Majeure preventing continued performance of the obligations of this Agreement.

22.   **PERMITS AND LICENSES:**   The Contractor shall obtain, at their own expense, all permits and licenses required by law or ordinance and maintain the same in full force and effect throughout the Term of this Agreement. Any changes of the licenses or permits shall be reported to the Authority within ten (10) Business Days of the change. Failure to obtain and maintain all permits and licenses, including but not limited to any permit or license which may in the future be required by the Authority to engage in the business of Collection in Palm Beach County, shall constitute an event of default.

23.   **PERFORMANCE BOND:** The Contractor shall furnish to the Authority a performance bond executed by a surety company rated A- VII or higher by A.M. Best & Co., having a successful record of continuous operation, and licensed, admitted and authorized to do business in the State of Florida and/or a clean irrevocable letter of credit issued by a bank within Palm Beach County to ensure the faithful performance of this Agreement and all obligations arising hereunder in the appropriate amount determined in accordance with Exhibit IV, attached.  A clean, irrevocable letter of credit or bond, either of which meeting



the requirements of this section, may be substituted for the other upon approval by the Authority. The form of this bond or letter of credit, and the Surety Company, shall be acceptable to Authority legal counsel and the Contract Administrator and shall be maintained during the term of this Agreement as provided in Section 1. The bond(s) shall be endorsed to show the Authority as obligee and it shall provide that bond(s) shall not be canceled, limited or non-renewed until after thirty (30) days' notice has been given to the Authority. Current performance bonds evidencing required coverage must be in force and on file at the Authority at all times.

24.   **INSURANCE:**

A.   **Worker's Compensation Insurance:**  Worker's Compensation coverage must be maintained in accordance with statutory requirements as well as Employer's Liability Coverage in an amount not less than $100,000.00 per each accident, $100,000.00 by disease and $500,000.00 aggregate by disease.

B.   **Liability Insurance:**  The Contractor shall, during the term of this Agreement, and any extensions hereof maintain in full force and effect commercial general liability insurance policy and automobile liability insurance policy, which specifically covers all exposures incident to the Contractor's operations under this contract.  Such insurance shall be with an insurance company with a current AM Best Rating of A-VII or better, and authorized to do business in the state of Florida and each policy shall be in an amount of not less than $1,000,000.00 Combined Single Limit for personal bodily injury, including death, and property damage liability and the general liability shall include but not be limited to coverage for Premises/Operations, Products/Completed Operations, Contractual, to support the Contractor's Agreement or indemnity and Fire Legal Liability.  In addition to the above liability limits, the Contractor shall maintain $5,000,000.00 in umbrella and/or excess liability coverage. Policy(ies) shall be endorsed to show the Authority, a political subdivision of the State of Florida, as an additional insured as its interests may appear and shall also provide that insurance shall not be canceled, limited or non-renewed until after thirty (30) days' written notice has been given to the Authority. Current certificates of insurance evidencing required coverage must be on file with the Authority at all times.  Contractor expressly understands and agrees that any insurance protection furnished by Contractor shall in no way limit its responsibility to indemnify and save harmless Authority under the provisions of Section 26 of this Agreement.

25.   **INDEMNIFICATION:**  The Contractor will hold the Authority harmless from any and all liabilities, losses or damages the Authority may suffer as a result of claims, demands, costs or judgments against the Authority arising out of the acts or omission of the Contractor or its employees, which said liabilities, losses, damages, claims, demands, costs or judgment arise out of the matters which are the subject of this Agreement and the work to be performed thereby.  The Contractor shall not be responsible for nor be required to indemnify or hold the Authority harmless for any act, omission, negligence or other liability to the extent caused by the act or omission of the Authority or any one of its employees or agents.



26. **ACCESS AND AUDITS:** The Contractor shall maintain within Palm Beach County adequate records of the solid waste collection and/or recycling services for every year of the Agreement and for five (5) years following the end of the term of this Agreement. Upon request, the Authority or its designee shall have the right to review all records maintained by the Contractor upon 48 hours written notice. In the event that the Authority exercises its right to review under this Section within the term of this Agreement or within the five (5) year period following the end of the term of this Agreement, Contractor must then continue to maintain all records until released by the Authority. If the Contractor fails to maintain records as required pursuant to this Section or infringes the Authority's right to review said records at any time during the period beginning on the date of execution of this Agreement and ending on the date five (5) years after the end of the term of this Agreement, or in the event the Authority has exercised its right to review, the date beyond the date five (5) years after the end of the term of this Agreement that the records are released by the Authority, the Authority will suffer damage, the amount of which is difficult or impossible to ascertain. Therefore, as a consequence of the aforementioned failure, and in addition to the liquidated damages specifically provided for in this Agreement, the Contractor shall pay to the Authority, as liquidated damages, the sum of $1,000,000.

27. **POINT OF CONTACT:** All dealings, contacts, notices, and payments between the Contractor and the Authority shall be directed by the Contractor to the Contract Administrator or designee.

28. **NOTICE:** Any notice, demand, communication, or request required or permitted hereunder shall be in writing and delivered in person or sent by certified mail, postage prepaid as follows:

AS TO THE AUTHORITY:

**Solid Waste Authority of Palm Beach County**
**7501 N. Jog Road**
**West Palm Beach, Florida 33412**

**Attention: Contract Administrator**          **Copy to: Executive Director**

AS TO THE CONTRACTOR:

_____
_____
_____
_____

Notices shall be effective when received at the address as specified above. Changes in the respective address to which such notice is to be directed may be made from time to time by written notice. Facsimile transmission is acceptable notice effective when received, however, facsimile transmissions received (i.e.; printed) after 5:00 p.m. or on weekends or holidays, will be deemed received on the next Business Day. The original of the notice must additionally be mailed as required herein.



**29.    DEFAULT OF CONTRACT:**

A.    The Authority may cancel this Agreement, except as otherwise provided below in this section, by giving Contractor thirty (30) days advance written notice, to be served as hereafter provided, upon the happening of any one of the following events:

1.    Contractor shall take the benefit of any present or future insolvency statute, or shall make a general assignment for the benefit of creditors, or file a voluntary petition in bankruptcy or a petition or answer seeking an arrangement for its reorganization or the readjustment of its indebtedness under the Federal bankruptcy laws or under any other law or state of the United States or any state thereof, or consent to the appointment of a receiver, trustee or liquidator of all or substantially all of its property; or

2.    By order or decree of a Court, Contractor shall be adjudged bankrupt or an order shall be made approving a petition filed by any of its creditors or by any of the stockholders of the Contractor, seeking its reorganization or the readjustment of its indebtedness under the Federal bankruptcy laws or under any law or statute of the United States or of any state thereof, provided that if any such judgment or order is stayed or vacated within sixty (60) days after the entry thereof, any notice of cancellation shall be and become null, void and of no effect; unless such stayed judgment or order is reinstated in which case, said default shall be deemed immediate; or

3.    By or pursuant to or under authority of any legislative act, resolution or rule or any order or decree of any Court or governmental board, agency or officer having jurisdiction, a receiver, trustee or liquidator shall take possession or control of all or substantially all of the property of the Contractor, and such possession or control shall continue in effect for a period of sixty (60) days; or

4.    The Contractor has defaulted, by failing or refusing to perform or observe the terms, conditions or covenants in this Agreement or any of the rules and regulations promulgated by the Authority pursuant thereto or has wrongfully failed or refused to comply with the instructions of the Contract Administrator relative thereto, whether such default is considered minor or major, and said default is not cured within thirty (30) days of receipt of written notice by Authority to do so, or if by reason of the nature of such default, the same cannot be remedied within thirty (30) days following receipt by Contractor of written demand from Authority to do so, Contractor fails to commence the remedy of such default within said thirty (30) days following such written notice or having so commenced shall fail thereafter to continue with diligence the curing thereof (with Contractor having the burden of proof to demonstrate [a] that the default cannot be cured within thirty [30] days, and [b] that it is proceeding with diligence to cure said default, and such default will be cured within a reasonable period of time).



B.      However, notwithstanding anything contained herein to the contrary, failure of Contractor to provide collection service for a period of two (2) consecutive scheduled Business Days, the Authority may secure the Contractor's billing records (at the request of the Authority, the Contractor shall immediately provide such records). On the third Business Day, in order to provide interim collection services, the Authority may hire an alternate service provider until such time as the matter is resolved and the Contractor is again able to perform pursuant to this Agreement; provided, however, if the Contractor is unable for any reason or cause to resume performance at the end of thirty (30) Business Days all liability of the Authority under this Agreement to the Contractor shall cease and this Agreement may be deemed immediately terminated by the Authority.  The cost to provide interim collection service, including all of the Authority's costs, shall be at the Contractor's expense, paid by the Authority and deducted from Contractor's payment(s).

C.      Notwithstanding the foregoing and as supplemental and additional means of termination of this Agreement under this Section, in the event that Contractor's record of performance shows that Contractor has frequently, regularly or repetitively defaulted in the performance of any of the covenants and conditions required herein to be kept and performed by Contractor, in the opinion of Authority and regardless of whether Contractor has corrected each individual condition of default, Contractor may be deemed a "habitual violator", shall forfeit the right to any further notice or grace period to correct, and all of said defaults shall be considered cumulative and collectively, shall constitute a condition of irredeemable default. The Authority shall thereupon issue Contractor final warning citing the circumstances therefore, and any single default by Contractor of whatever nature, subsequent to the occurrence of the last of said cumulative defaults, shall be grounds for immediate termination of this Agreement.  In the event of any such subsequent default, Authority may terminate this Agreement upon the giving of written Final Notice to Contractor, such cancellation to be effective upon the fifteenth consecutive calendar day following the date of Final Notice, and all contractual fees due hereunder plus any and all charges and interest shall be payable to said date, and Contractor shall have no further rights hereunder.  Immediately upon receipt of said Final Notice, Contractor shall proceed to cease any further performance under this Agreement.

D.      In the event of any of the aforesaid events specified in paragraphs A, B, and C above and except as otherwise provided in said paragraphs, termination shall be effective upon the date specified in Authority's written notice to Contractor and upon said date this Agreement shall be deemed immediately terminated and upon such termination all liability of the Authority under this Agreement to the Contractor shall cease, and the Authority shall have the right to call the performance bond and shall be free to negotiate with other Contractors for the operation of the herein specified services. The Contractor for failure to perform shall reimburse the Authority all direct and indirect costs of providing interim collection service.



30. **PUBLIC WELFARE:** The Authority shall have the power to make changes in or to impose new and reasonable rules and regulations on the Contractor under this Agreement relative to the method of collection and disposal of Garbage, Trash, Bulk Trash, Vegetative Waste or Recovered Materials as shall from time to time be necessary and desirable for the public welfare; provided, however, that any such rule or regulation shall be delivered to and receipted for by the Contractor, or if the Contractor is a corporation, by an officer thereof. The Authority shall give the Contractor reasonable notice of any proposed change and an opportunity to be heard concerning those matters. The method of collection and disposal of Solid Waste and Recovered Materials set out herein shall also be liberally construed to include, but not limited to, the manner, procedures, operations and obligations, financial or otherwise, of the Contractor. The Contractor shall be reasonably and appropriately compensated as determined by negotiation and Agreement between the Authority and the Contractor for any additional services or other obligations required of the Contractor due to any modification in the Agreement under this Section.

31. **RIGHT TO REQUIRE PERFORMANCE:** The failure of the Authority at any time to require performance by the Contractor of any provisions hereof shall in no way affect the right of the Authority thereafter to enforce the same. Nor shall waiver by the Authority of any breach of any provisions hereof be taken or held to be waived of any succeeding breach of such provisions or as a waiver of any provision itself.

32. **TITLE TO WASTE:** The Authority shall, at all times, hold title and ownership to all Commercial Solid Waste, Recovered Materials and Vegetative Waste and Residential Solid Waste, Vegetative Waste, and Recovered Materials and all other waste collected by the Contractor pursuant to this Agreement and the Contractor shall have no right to take, keep, process, alter, remove or otherwise dispose of any such materials without specific written authorization from the Contract Administrator.

33. **GOVERNING LAW AND VENUE:** Any and all legal action necessary to enforce the Agreement will be held in a state court of competent jurisdiction located in Palm Beach County and the Agreement will be interpreted according to the laws of Florida.

34. **COMPLIANCE WITH LAWS:** The Contractor shall conduct operations under this Agreement in compliance with all applicable laws, regulations and rules.

35. **SEVERABILITY:** The invalidity, illegality, or non-enforceability of any provision of this Agreement, or the occurrence of any event rendering any portion or provision of this Agreement void, shall in no way affect the validity or enforceability of any other portion or provision of the Agreement. Any void provision shall be deemed severed from the Agreement and the balance of the Agreement shall be construed and enforced as if the Agreement did not contain the particular portion or provision held to be void. The parties further agree to reform the Agreement to replace any stricken provision with a valid provision that comes as close as possible to the intent of the stricken provision. The provisions of this section shall not prevent the entire Agreement from being void should a provision which is of the essence of the Agreement be determined to be void.



36. **ASSIGNMENT:** No assignment of this Agreement or any right occurring under this Agreement shall be made in whole or part by the Contractor without the express written consent of the Authority. The Authority shall have full discretion to approve or deny, with or without cause, any proposed assignment or assignment by the Contractor. Any assignment of this Agreement made by the Contractor without the express written consent of the Authority shall be null and void and shall be grounds for the Authority to declare a default of this Agreement and immediately terminate this Agreement by giving written notice to the Contractor, and upon the date of such notice this Agreement shall be deemed immediately terminated, and upon such termination all liability of the Authority under this Agreement to the Contractor shall cease, and Authority shall have the right to call the performance bond and shall be free to negotiate with other contractors or any other person or company for the service of the franchise area which is the subject of this Agreement. In the event of any assignment, assignee shall fully assume all the liabilities of the Contractor.

It is the intent of the parties that no person, corporation or company, whether by itself or through a relative, itself or through its parent(s), subsidiary(s) or holding companies, shall at any time hold or have control of more than three (3) of the four (4) Solid Waste and Recycling Collection Franchise Service Areas identified as Service Area 1, Service Area 2, Service Area 3, and Service Area 4, nor exceed this amount from the acquisition of an additional franchise.

For purposes of this section a parent, subsidiary or holding company shall mean any person, corporation or company holding, owning or in control of more than 10% of the stock or financial interest of another person, corporation or company.

37. **MODIFICATION:** This Agreement constitutes the entire contract and understanding between the parties hereto, and it shall not be considered modified, altered, changed, or amended in any respect unless in writing and signed by the parties hereto. Such modification shall be in the form of an Amendment executed by both parties.

38. **INDEPENDENCE OF AGREEMENT:** It is understood and agreed that nothing herein contained is intended or should be construed as in any way establishing the relationship of co-partners between the parties hereto, or as constituting the Contractor as the agent, representative or employee of the Authority for any purpose whatsoever. The Contractor is to be and shall remain an independent contractor with respect to all services performed under this Agreement.

39. **ANNEXATIONS AND INCORPORATIONS:** Adjustments to Service Area boundaries and the rights of the parties to this Contract due to municipal annexation or contraction will be as provided by Florida Statutes Section 171.062, as amended, or its successor. Adjustments to Service Area boundaries and the rights of the parties to this Agreement due to incorporation will be as provided by Florida Statutes Section 165.061, as amended, or its successor.

40. **CHANGE OF LAW:** The parties understand and agree that the Florida Legislature from time to time has made comprehensive changes in Solid Waste Management legislation and



that these and other changes in law in the future, whether federal, state or local, which mandate certain actions or programs for counties or municipalities may require changes or modifications in some of the terms, conditions or obligations under this Agreement. Nothing contained in this Agreement shall require any party to perform any act or function contrary to law.

To the extent that any law effective after the opening and awarding of bids for this Agreement is in conflict with, or requires changes in, the provisions of collection service or exclusive rights set out in this Agreement, the parties agree to enter into good-faith negotiations for the resolution of any such changes in this Agreement as a result of change in law.

41.     **OTHER RATE ADJUSTMENTS:**   The Authority will strictly enforce all of the provisions of the Franchise Agreement including liquidated damages clauses for any performance quality problems. The Contractor shall not be allowed rate increases on the basis that the Contractor bid too low or agreed to do the work for a lower bidder's price. Non-performance of Franchise Agreement or a request for a rate increase, either of which are attributed to the Contractor accepting the Franchise Agreement award at an insufficiently low rate, may, at the Authority's sole discretion, result in cancellation of all Solid Waste and Recycling Collection Franchise Agreements for all Service Areas entered into with the Contractor.

42.   **SMALL BUSINESS ENTERPRISE AND LOCAL BUSINESS PARTICIPATION**

**A.     SMALL BUSINESS ENTERPRISE**

The Authority Governing Board has set fifteen (15) percent as the Authority's goal for local Small Business Enterprise (SBE) participation in this contract. The percentage of participation shall be calculated by dividing the actual payments made to local certified SBEs providing goods and/or services necessary to support the required services under the agreement by 60% of Net Total Expenses which Net Total Expenses are defined as the total revenues received by Contractor, from any source, to provide the services required by this Agreement less disposal fees paid to the Authority.

The goal is to encourage doing business with local SBEs with certifications from the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency.   The Authority does not have a certification program therefore proof of current certification from one of the above listed sources will be required.  For the purposes of this requirement, the term "local SBE" means a SBE, certified by the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency, which SBE has a permanent place of business within the county and which holds a business tax receipt issued by the county that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance of this invitation for bids. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the county or a permanent office or other site



located within Palm Beach County from which the local business will produce or provide a substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

Contractor's submitted local SBE plan showing how it will assist the Authority in achieving this goal through local SBE supplier and subcontractor participation or any other method is incorporated into this Agreement. The Authority will require documentary proof semi-annually, acceptable to the Authority, of the implementation, progress, and final outcome of the proposed local SBE plan. Contractor is required to make a Bona Fide Effort to implement the plan, to do business with local SBEs, and to achieve the fifteen (15) percent goal. Failure to make a Bona Fide Effort to implement Contractor's plan and to solicit, encourage, engage and pay local SBEs to provide goods and services related to the collection of solid waste and recovered materials in an effort to achieve the goal shall be considered by the Authority as a failure to perform a material provision of the Contract, and further, shall be cause for debarment in accordance with the SWA Purchasing Manual, Section 11, paragraphs D or E.

Hiring of minority personnel, although laudable, does not qualify for the purposes of meeting the goal. The goal is to encourage doing business with local SBEs with certifications from the Palm Beach County Office of Small Business Assistance (OSBA) or any other Florida governmental agency. The Authority does not have a certification program. Proof of current certification from one of the above listed agencies will be required.

In response to the invitation to bid, the Contractor provided a list of certified local SBE suppliers and subcontractors who will be used on the contract. The Contractor will only be permitted to replace a certified local SBE supplier or subcontractor that appears on this list and who becomes unwilling or unable to perform with another certified local SBE supplier or contractor unless otherwise authorized by the Authority. For the purposes of replacing a listed, local SBE, it shall be sufficient that the replacement SBE have its certification and have established its local headquarters or office, in accordance with the requirements above, at any date prior to the date when Contractor determined that the listed, local SBE needed to be replaced.

For the purposes of this agreement, "Bona Fide Effort" shall mean the obligation to make every effort a similarly situated, prudent business entity operating under similar circumstances would make when acting in a determined manner to obtain the intended result by action or expenditure, which is not unreasonably disproportionate or burdensome under the circumstances. The following actions are required to demonstrate a Bona Fide Effort, the quality, quantity, intensity and timeliness of which shall be used to determine compliance with this Section:

1.      Contractor, in the absence of due cause, must use all of the certified local SBE suppliers and contractors listed by the Contractor in its response to the Invitation



to Bid, unless the local SBE contractor becomes unwilling or unable to perform. Contractor shall not replace a listed, local SBE until the Authority has confirmed that the listed, local SBE is unwilling or unable to perform. If the Authority agrees that the listed, local SBE is unwilling or unable to perform, the local SBE must be replaced with another certified local SBE supplier or contractor unless otherwise authorized by the Authority.

2.  For every procurement, Contractor must consult the list(s) of certified local SBEs, provided by one or more of the following: the Palm Beach County Office of Small Business Assistance or any Florida governmental agency and make a Bona Fide Effort to identify certified local SBEs that provide the supplies or services sought.

3.  For every procurement, Contractor shall contact certified local SBEs that provide the supplies or services sought, assess their qualifications and interest to provide the supplies or services sought, and provide them with the opportunity to submit a quote, bid or proposal.

4.  Contractor shall thoroughly investigate the capabilities of local SBEs and maintain documentary evidence that it did not reject local SBEs without sound reasons.

5.  Contractor shall advertise in general circulations, trade association, and/or small business focused media concerning local SBE supplier and subcontractor opportunities.

6.  Contractor shall use the services of community organizations, local SBE contract groups, local or state assistance offices, and other organizations that provide assistance in the recruitment and placement of local SBEs.

7.  Contractor shall conduct outreach to foster relationships with local SBEs and the organizations that provide assistance in the recruitment and placement of local SBEs.

The Contractor agrees to maintain all relevant records and information necessary to document compliance with this contract and shall allow the Authority to inspect such records upon request.

## B.    LOCAL BUSINESS PARTICIPATION

The Governing Board of the Authority has made it a priority for this contract that the use of local businesses be maximized by all bidders when selecting subcontractors. For the purposes of this requirement, the term "local business" means a business which has a permanent place of business within the county and which holds a business tax receipt issued by the county that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance



of this invitation for bids. If the business is a joint venture/partnership, it is sufficient for qualification as a local business if at least one (1) of the joint ventures/partners meets the test set forth in this subsection. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the county or a permanent office or other site located within Palm Beach County from which the local business will produce or provide a substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

In response to the invitation to bid, the Contractor provided a list of local businesses that will be used on the contract. That list is incorporated herein as a part of this contract. The Contractor will only be permitted to replace a listed local business that becomes unwilling or unable to perform. To the extent that Contractor is required to replace a listed local business, or if a new subcontracting opportunity becomes available, Contractor shall use Bona Fide Efforts, acceptable to the Authority, to utilize a local SBE and then, if none are available or acceptable, to use a local business to supply the needed goods or services. Bona Fide Efforts, under this local business section, shall be demonstrated by, to the greatest extent possible, taking actions similar to those required to demonstrate Bona Fide Efforts in the SBE section, above. For the purposes of replacing a listed local business, it shall be sufficient that the replacement business have established its local headquarters or office, in accordance with the requirements above, at any date prior to the date when Contractor determined that the listed, local business needed to be replaced.

The Authority will require documentary proof semi-annually, acceptable to the Authority, of the implementation, progress, and final outcome of the Contractor's efforts to utilize local businesses.

The Contractor agrees to maintain all relevant records and information necessary to document compliance with this contract and shall allow the Authority to inspect such records upon request.

43. **PUBLIC ENTITY CRIMES:** No Contractor may be a person or affiliate identified on the Department of General Services "convicted vendor" list. This list is defined as consisting of persons and affiliates who are disqualified from public contracting and purchasing process because they have been found guilty of a public entity crime. The Contractor is required to comply with Florida Statutes Section 287.133, as amended, or its successor.

44. **SUBSTANTIAL COMPLIANCE:** The Contractor shall promptly collect all materials disposed of by the customer, provided the materials are prepared and placed within substantial compliance with the guidelines as set forth herein. Any dispute as to the standards of substantial compliance shall be determined by the Contract Administrator or his designee.



**45.    COMPETENCY TO CONTRACT:** The Contractor expressly recognizes, acknowledges, and agrees the Solid Waste Authority of Palm Beach County is a legally constituted agency, that is, a dependent special district created by the Florida Legislature in Chapter 2001-331, Laws of Florida.    Furthermore, the Contractor expressly admits, acknowledges, and recognizes the Authority's jurisdiction and ability to enter into collection franchise agreements in Palm Beach County.  The Contractor expressly recognizes, acknowledges and agrees that the Authority has the legal  right under Chapter 2001-331, Laws of Florida, to maintain flow control of Solid Waste generated within Palm Beach County, and has the right under 403.7046 F.A.C. to provide for the exclusive collection, transportation and processing  of Recovered Materials from single family and multi-family residential properties.  The Contractor hereby waives any legal causes of action regarding the Solid Waste Authority's competency and/or ability to enter into solid waste collection franchise agreements.

**46.    COMMUNITY SERVICE:**  The Contractor shall provide collection of debris through means of  roll-off Container(s), placement and collection pull service or by mechanical means utilizing a clamshell vehicle  throughout each Fiscal Year, at no cost to the Authority or others, for illegal dumping, neighborhood cleanups and special events, including, but not limited to the Great American Cleanup, and other events as requested by the Authority.

Contractor shall pay the cost of loading and transporting containers and/or debris to an Authority approved disposal facility. The Authority shall pay the cost of disposal.
For neighborhood cleanups and special events, Contractor shall provide collection of debris on a schedule as determined by the Authority's community service manager or designee. In the case of illegal dumping that is determined by the Authority to pose a nuisance or danger to the public, Contractor shall provide collection of debris within 24 hours of notice sent by either electronic means or by phone.

The maximum quantity of debris to be collected within each Service Area during each fiscal year of the Agreement is as follows:

| Service Area | Cubic Yards |
|---|---|
| 1 | 1,200 |
| 2 | 900 |
| 3 | 500 |
| 4 | 500 |

Contractor shall receive a written quarterly report from the Authority to accurately reflect the amount of debris collected each quarter and the total year-to-date.

**47.    MOBILIZATION AND PREPARATION:**  Prior to the commencement of the term of this franchise Agreement, the Contractor shall prepare for the collection services in the Service Area in a responsible manner, at a minimum, shall adhere to the requirements as set out in Exhibit VII. In the event the Contractor fails to meet the deadlines of any one of the tasks outlined in Exhibit VIII, the Authority has the right to assess and collect as liquidated damages the amount of  $10,000 for each task deadline missed to compensate the



Authority for the costs, including additional supervision, associated with assisting the Contractor in getting back on schedule. Failure to meet the deadline of more than two tasks may lead to loss of the exclusive franchise for each Service Area.

48. **OFFICE OF THE INSPECTOR GENERAL:** Palm Beach County has established the Office of the Inspector General, Ordinance (OIG) No. 2009-049, which is authorized and empowered to review past, present and proposed County contracts, transactions, accounts and records. The Authority has entered into an agreement with Palm Beach County for Inspector General services. This agreement provides for the Inspector General to provide services to the Authority in accordance with the authority, functions and powers set out in the ordinance. All parties doing business with the Authority and receiving Authority funds shall fully cooperate with the Inspector General including providing access to records relating to this Agreement. The Inspector General has the power to subpoena witnesses, administer oaths, require the production of records, and audit, investigate, monitor, and inspect the activities of the Contractor, its officers, agents, employees, and lobbyists in order to ensure compliance with this Agreement and detect corruption and fraud. Failure to cooperate with the Inspector General or interference with or impeding any investigation shall be a violation of Ordinance 2009-049 and punishable pursuant to Section 125.69, Florida Statutes, in the same manner as a second degree misdemeanor.

49. **SCRUTINIZED COMPANIES:** As provided in F.S. 287.135, by entering into this contract with the Authority, or performing any work in furtherance hereof, Contractor hereby certifies that Contractor and Contractor's affiliates, suppliers, subcontractors and consultants who will perform hereunder, have not been placed on the Scrutinized Companies With Activities in Sudan List or Scrutinized Companies With Activities in The Iran Petroleum Energy Sector List created pursuant to F.S. 215.473. If the Authority determines, using credible information available to the public, that a false certification has been submitted by Contractor, this Agreement may be terminated and a civil penalty equal to the greater of $2 million or twice the amount of this Agreement shall be imposed, pursuant to F.S. 287.135.



In Witness Whereof, the Solid Waste Authority of Palm Beach County, at a regular meeting thereof, by action of the Authority Board authorizing and directing the foregoing be adopted, has caused these presents to be signed by the Authority's Executive Director, and the Authority's seal to be hereunto affixed, and _____, has executed this Agreement all as of the day and year first above written.

**SOLID WASTE AUTHORITY OF PALM BEACH COUNTY:**

Witness:

1. _____      By: _____
                                          Mark Hammond
2. _____           Executive Director
                                                              *(Seal)*

Approved as to Form and Legal Sufficiency:

By:_____
    *General Counsel to the Authority*

**CONTRACTOR:**

Attest:

_____      By: _____
    *Corporate Secretary*
                                                    *(Corporate Seal)*

Witness:                        Name: _____

1. _____   Title: _____

2. _____


Approved by Authority Board on _____, 2014, Item _____



# Solid Waste and Recycling Collection Franchise Agreement

# Exhibits

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Less and excepting therefrom all incorporated areas.

All references are as to the Palm Beach County Property Appraiser's property control numbers (tax folio numbers) as used in reference to the Property Appraiser's assessor maps in Palm Beach County, Florida.



## EXHIBIT I

## Solid Waste Authority Franchise Area Boundaries

Description of the boundaries of franchise known as Service Area 1 in Palm Beach County, Florida is as follows:

| Section | Township | Range |
|---|---|---|
| 31 thru 36 | 40 | 41 |
| 1 thru 36 | 41 | 41 |
| 1 thru 13, 22, 23, 24, 25, 26, 27, 34, 35, 36 | 42 | 41 |
| 1, 2, 3, 10, 11, 12, 13, 24, 25, 3 (north of and inclusive of the north side of SR 80) | 43 | 41 |
| 1, 12 (north of and inclusive of the north side of Forest Hill Blvd) | 44 | 41 |
| 25, 26, 27, 31, 32, 33, 34, 35 36 | 40 | 42 |
| 1 thru 36 | 41 | 42 |
| 1 thru 36 | 42 | 42 |
| 1 thru 36 | 43 | 42 |
| 1 thru 12 (north of and inclusive of the north side of Forest Hill Blvd) | 44 | 42 |
| 30, 31, 32 | 40 | 43 |
| 5, 6, 7, 8, 17, 18, 19, 20, 21, 28, 29, 30, 31, 32, 33 | 41 | 43 |
| 3, 4, 5, 6, 7, 8, 9, 10, 15, 16, 17, 18, 19, 20, 21, 22 27, 28, 29, 30, 31, 32, 33, 34 | 42 | 43 |
| 3, 4, 5, 6, 7, 8, 9, 10, 15, 16, 17, 18, 19, 20, 21, 22, 26, 27, 28, 29, 30, 31, 32, 33, 34 | 43 | 43 |
| 3, 4, 5, 6, 7, 8, 9, 10 (north of and inclusive of the north side of Forest Hill Blvd) | 44 | 43 |

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Exhibit 1

Description of the boundaries of franchise known as **Service Area 2** in Palm Beach County, Florida is as follows:

| Section | Township | Range |
|---|---|---|
| 31 thru 36 | 40 | 40 |
| 1 thru 36 | 41 | 40 |
| 1 thru 36 | 42 | 40 |
| 1 thru 36 | 43 | 40 |
| 1 thru 36 | 44 | 40 |
| 19, 20, 21, 28, 29, 30, 31, 32, 33 | 42 | 41 |
| 4, 5, 6, 7, 8, 9, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 | 43 | 41 |
| 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13 thru 40 | 44 | 41 |
| 9, 10 (south of and inclusive of the south side of Forest Hill Blvd) | 44 | 42 |
| 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42 | 44 | 42 |
| 1 thru 6 | 45 | 41 |
| 1 thru 6 | 45 | 42 |
| 7, 8, 9, 10 (south of and inclusive of the south side of Forest Hill Blvd), 15, 16, 17, 18, 19, 20, 21, 22, 27, 28, 29, 30, 31, 32, 33, 34 | 44 | 43 |
| 3, 4, 5, 6 | 45 | 43 |

Less and excepting therefrom all incorporated areas.

All references are as to the Palm Beach County Property Appraiser's property control numbers (tax folio numbers) as used in reference to the Property Appraiser's assessor maps in Palm Beach County, Florida.



Description of the boundaries of franchise known as **Service Area 3** in Palm Beach County, Florida is as follows:

| Section | Township | Range |
|---|---|---|
| 1 thru 36 | 45 | 40 |
| 1 thru 36 | 46 | 40 |
| 1 thru 24 | 47 | 40 |
| 7 thru 36 | 45 | 41 |
| 1 thru 36 | 46 | 41 |
| 1 thru 30 | 47 | 41 |
| 7, 8, 17, 18, 19, 20, 29, 30, 31, 32 | 45 | 42 |
| 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23, 24 (east of and inclusive of the east side of the Florida Turnpike and north of and inclusive of the north side of Boynton Beach Blvd) | 45 | 42 |
| 5, 6, 7, 8, 17, 18, 19, 20, 29, 30, 31, 32 | 46 | 42 |
| 5, 6, 7, 8, 17, 18, 19, 20, 29, 30, 31, 32 | 47 | 42 |
| 7, 8, 9, 10, 15, 16, 17, 18, 19, 20, 21, 22 (north of and inclusive of the north side of Boynton Beach Blvd) | 45 | 43 |

Less and excepting therefrom all incorporated areas.

All references are as to the Palm Beach County Property Appraiser's property control numbers (tax folio numbers) as used in reference to the Property Appraiser's assessor maps in Palm Beach County, Florida.



Description of the boundaries of the franchise known as Service Area 4 in Palm Beach County, Florida is as follows:

| Section | Township | Range |
|---|---|---|
| 25, 26, 27, 28, 33, 34, 35, 36 (south of and inclusive of the south side of Boynton Beach Blvd and east of and inclusive of the Florida Turnpike) | 45 | 42 |
| 1, 2, 3, 4, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, 27, 28, 33, 34, 35, 36 (east of and inclusive of the east side of the Florida Turnpike) | 46 | 42 |
| 1, 2, 3, 4, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, 27, 28, 33, 34, 35, 36 (east of and inclusive of the Florida Turnpike) | 47 | 42 |
| 27, 28, 29, 30, 31, 32, 33, 34 (south of and inclusive of the south side of Boynton Beach Blvd) | 45 | 43 |
| 3 thru 33 | 46 | 43 |
| 4, 5, 6, 7, 8, 9, 16, 17, 18, 19, 20, 29, 30, 31, 32 | 47 | 43 |

Less and excepting therefrom all incorporated areas.

All references are as to the Palm Beach County Property Appraiser's property control numbers (tax folio numbers) as used in reference to the Property Appraiser's assessor maps in Palm Beach County, Florida.



**EXHIBIT II**

**Approved Rate Schedule**
**Service Area __**
**FY 2013-2014 Monthly Rates**

### Residential Collection (per unit)

| Services | Curbside Service | Containerized Service |
|---|---|---|
| Solid Waste | $_____ (2x/wk) | $_____ (2x/wk avg) |
| Vegetative | $_____ (1x/wk) | XXXXXXX |
| Recycling | $_____ (1x/wk) | $_____ (1.5x/wk avg) |
| Total | $_____ | $_____ |

### Commercial Collection

| | |
|---|---|
| Container Solid Waste Collection Rate | $3.25 per cubic yard |
| Compactor Collection Rate (8 cubic yards or less) | $4.06 (1.25x the container collection rate) |
| Commercial Recycling Collection Rate | $1.70 per cubic yard |
| Small Business Generator (less than 1 cubic yard per week) | $28.00 per month ($14.00 collection and $14.00 disposal) |
| 96 Gallon Recycling Container (1 time per week) | $12.00 |
| Compactor Collection Rate (greater than 8 cubic yards-Roll-off Compactors) | $185 per pull |
| Roll-off Collection Rate | $150 per pull |



**Special Services Rates Established by the Authority**
(Not to be Adjusted During the Term of the Agreement)

| SERVICE | RATE PER SERVICE |
|---|---|
| Rolling Out Commercial 95 or 101 Gallon container , with 10 or more feet per direction | $1.00 (no charge for Residential regardless of distance, no charge for commercial less than 10 feet per direction) |
| Rolling Out Container (and returning it to original location) | $8.00 per month per container times frequency of collection |
| Back Door Service (Residential Curbside Only)* | $22.00 per dwelling unit |
| Opening (and closing) Doors or Gates | No Charge |
| Locks for Containers | $9.00 (one time) Charge for Replacements based on cost +10% |
| Unlocking Containers | $1.35 |
| Supplying (and retrofitting) locking mechanism on container per customer request only | $55.00 |
| Adding wheels to or changing wheels on Containers | No Charge |
| Adding lids to or changing lids on Containers | No Charge |
| Moving Container Location Per Customer Request | No Charge |
| Changing Out Sizes (above twice per year) | $25.00 |
| Additional Scheduled Pick-ups for Residential Containerized Customers | Same as Applicable Commercial Collection Rates (No Disposal Charges) |
| Additional Unscheduled (picked up by end of business the following day but not including "on-call") Pick-ups for Commercial and Residential Containerized Customers | $25.00 Special Service Fee Plus Applicable Commercial Collection and Disposal Rates Per Dumpster (No Disposal Charges for Residential) |
| Special Service or special equipment required because of impaired accessibility | Negotiable |
| Turn around compactors (commercial customer only) | $10.00 (No Charge for Multi-family) |
| Stump/Land Clearing Collection | Negotiable |
| Residential Vegetation Collection | $9.00 Per CY |
| Residential Mixed Collection (vegetation with C&D and/or bulk) | $22.00 Per CY |

\* No charge for residents medically unable to bring solid waste or Recovered Materials to curbside as delineated in Section 4.

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Exhibit 2

**Monthly Container Rental Rates Established by the Authority**
(Not to be Adjusted During the Term of the Agreement)

| CONTAINERS (NON-COMPACTING) | |
|---|---|
| **SIZE (cubic yards)** | **RATE w/out locking mechanism** |
| | |
| 2 YD | $20.00 |
| 3 YD | $21.00 |
| 4 YD | $22.00 |
| 6 YD | $25.00 |
| 8 YD | $27.00 |
| | |

Capacities in between these values can be obtained by interpolation.
Capacities outside of these values can be obtained by extrapolation.


**Commercial Solid Waste and Vegetative Disposal Charge Calculation**

The Authority will determine the commercial disposal fee rates($/cubic yard) each Fiscal Year based on a calculation supplied by the Authority and the tipping fee. The calculation for non-compacted Garbage and Trash is 134 lbs/cubic yard times the Authority's tipping fee ($/ton) times 1 ton/2000 lbs = _____$/cy. Commercial non-compacted Vegetation is calculated at 275 lbs/cubic yard times the Authority's tipping fee ($/ton) times 1 ton/2000 lbs = _____$/cy. The compacted rate for commercial solid waste or vegetative waste may be billed at either actual expense or three times the rate for non-compacted solid waste or vegetative rate, respectively.

In the unlikely event the Authority charges a tipping fee for Recovered Materials, the Contract Administrator will determine the conversion factor and calculate the factor times the tipping fee for Recovered Materials. The Contractor will be responsible for billing Commercial Recycling Collection customers for the Recovered Materials disposal fee.



### Residential Solid Waste Disposal Credit Calculation

| Category | Type | Generation Factor (Tons/Year) | Times(x) Garbage Tipping Fee | Annual Credit per unit |
|---|---|---|---|---|
| I | Single Family | 1.10 | x | = |
| II | Multi-family, 4 or less units | 0.67 | x | = |
| III | Mobile Homes | 1.10 | x | = |
| IV | Multi-family, more than 4 units | 0.74 | x | = |

### Residential Vegetative Waste Disposal Credit Calculation

| Category | Type | Generation Factor (Tons/Year) | Times(x) Vegetation Tipping Fee | Annual Credit per unit |
|---|---|---|---|---|
| I | Single Family | 0.85 | x | = |
| II | Multi-family, 4 or less units | 0 | x | = |
| III | Mobile Homes | 0.58 | x | = |
| IV | Multi-family, more than 4 units | 0 | x | = |



**EXHIBIT III**

**Payment Adjustment Schedule**

## A. Annual Adjustment

The annual adjustment shall be applied to the base residential and commercial collection rates as shown in Exhibit II and as provided within this Agreement.

1)   The following cost components and weights shall be used to calculate the annual adjustment for all components except for fuel:

|                    |     |
|--------------------|-----|
| Labor              | 35% |
| Vehicle Maintenance| 05% |
| Maintenance        | 10% |
| Other/Administration | 40% |

2)   The following indices are used to calculate the adjustment for each cost component category. The change in each index shall be calculated by dividing the average of the index over the twelve month period ending the December preceding the effective date of the adjustment by the average over the previous twelve month period.

**Cost Component**

**Labor**

Index:
Employment Cost Index, Series ID CIU2015600000000I, Not Seasonally Adjusted; Compensation – Total Compensation; Sector – Private Industry; Periodicity – Quarterly Index Number; Industry/Occupation – Administrative and Support and Waste Management and Remediation Services (see Note 2 below)

**Vehicle Replacement**

Index:
Producer Price Index - Commodities, Series ID WPU141106, Not Seasonally Adjusted; Group – Transportation Equipment; Item – Trucks over 14,000 lbs. GVW.

**Maintenance**

1/3 Labor:

Index:
Producer Price Index - Commodities, Series ID WPU141106, Not Seasonally Adjusted; Group – Transportation Equipment; Item – Trucks over 14,000 lbs. GVW.

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Exhibit 3

**2/3 Parts:**

**Index:**
**Consumer Price Index -- All Urban Consumers**, Series ID
CUUR0000SETC, Not Seasonally Adjusted; Area -- U.S. City
Average; Item -- Motor Vehicle Parts and Equipment.

**Other**

**Index:**
**75% of:**
**Consumer Price Index -- All Urban Consumers**, Series ID
CUUR0000SA0, Not Seasonally Adjusted; Area -- U.S. City
Average; Item -- All Items.

Notes:
   (1) All indices as published by the United States Department of Labor, Bureau of Labor
Statistics (www.bls.gov).
   (2) Labor Index uses average of four quarterly periods. All others use average of twelve
monthly periods.
   (3) The percentage weight for each cost component is multiplied by the change in each
appropriate index to calculate a weighted percentage change for each component cost factor.
The weighted percentage changes for each cost component are added together to calculate
the Refuse Rate Index, as follows:

### RRI Sample

| Cost Component Chng | Weight | Source | %Change | %Weighted |
|---|---|---|---|---|
| Labor | 35% | ECI | 1.20% | 0.42% |
| Vehicle Replacement | 5% | PPI - Trucks | 3.74% | 0.19% |
| Maintenance Parts & Equipment | 10% | 2/3 CPI 1/3 ECI | 3.21% | 0.32% |
| Other | 40% | CPI - All Items at 75% | 1.84% | 0.55% |
| Total | 90% | | | 1.48% RRI |

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Exhibit 3

**B. Monthly Fuel Adjustment (Fuel Surcharge/Credit)**

The rates subject to adjustment shall be subject to a monthly fuel price surcharge/credit for fluctuations in the price of fuel. For the purpose of this Agreement, fuel is assumed to represent 10% of the Contractor's costs, therefore 10% of the approved rates shall be so adjusted.

The rates shall be adjusted as follows:

> For the rates subject to adjustment, a monthly fuel surcharge/credit shall be charged/credited basis based on the percentage change in the monthly average price of fuel as published by the Oil Price Information Service (OPIS) and measured by the OPIS Standard Rack, OPIS No. 2 Distillate Gross Prices, Unbranded Average for Miami, Florida between the month of November 2012 and the month two (2) months prior to the effective date.

> For example:

> For the month of October 2013, the fuel surcharge/credit shall be calculated by dividing the reported unbranded average price for August 2013 by the unbranded average price for November 2012, multiplying the result by ten (10) percent of the bid or Authority established price, and subtracting ten (10) percent of the bid or Authority established price.

> Assuming:
> | | |
> |---|---|
> | Index for November 2012 | 315.98 |
> | Index for August 2013 | 340.67 |
> | Commercial Solid Waste Collection Rate (per yd.) | $3.25 |

> Surcharge: 340.67/315.98 x .10 x 3.25 - (.10 x 3.25) = $.0254

The surcharge/credit shall be rounded to the nearest cent, which in this example would result in a $.03 per cubic yard surcharge.



## EXHIBIT IV

## Performance Bond Requirement

The annual performance bond due to the Authority from the Contractor is calculated as:

Gross Annual Revenues (Minus Disposal Fees paid to the Authority) x 1/3 = Performance Bond Required

### Sample Performance Bond Requirement

| | |
|---|---|
| Gross Revenue | $2,450,000 |
| Less Disposal Fees | 750,000 |
| | $1,700,000 |

Annual Performance Bond Requirement = 0.3333 x $1,700,000 = $566,667

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement

Exhibit 4



## PERFORMANCE BOND

**KNOW ALL MEN BY THESE PRESENTS**: that (here insert full name and address or legal title of Contractor)

as **Principal,** hereinafter called Contractor, and, (name of Insurer)

as **Surety,** hereinafter called Surety, are held and firmly bound unto the Solid Waste Authority of Palm Beach County

as **Obligee,** hereinafter called the Authority, in the amount of

for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,**

Contractor has by written agreement dated            2014, entered into a contract with the Authority for

in accordance with the bid specifications prepared by the Authority

which contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

**NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION** is such that, if Contractor shall promptly and faithfully perform said Contract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the Authority.

Whenever Contractor shall be, and declared by the Authority to be in default under the Contract, the Authority having performed Authority's obligations thereunder, the Surety may promptly remedy the default, or shall promptly

1)  Complete the Contract in accordance with its terms and conditions, or
2)  Obtain a bid or bids for completing the Contract in accordance with its terms and conditions, and upon determination by Surety of the lowest responsible bidder, or, if the Authority elects, upon determination by the Authority and the Surety jointly of the lowest responsible bidder, arrange for a contract between such bidder and the Authority, and make available as Work progresses (even though there should be a default or a succession of defaults under the contract or contracts of completion arranged under this paragraph)

sufficient funds to pay the cost of completion less the balance of the contract price; but not exceeding, including other costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof. The term "balance of the contract price," as used in this paragraph, shall mean the total amount payable by the Authority to Contractor under the Contract and any amendments thereto, less the amount properly paid by the Authority to Contractor.

Any suit under this bond must be instituted before the expiration of twenty-five (25) months from the date on which final payment under the Contract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Authority named herein or the heirs, executors, administrators or successors of the Authority.

Signed and sealed this _____ day of _____, 20_____

PRINCIPAL: _____

_____
_____    (Seal)
*Signature*

_____
WITNESS

_____
Printed Name and Title of Signer

SURETY: _____

_____
_____    (Seal)
*Signature*

_____
WITNESS

_____
Printed Name and Title of Signer

EXHIBIT V

### Annual Garbage Can Replacement
### Minimum Requirements

| Service Area | Number of Garbage Cans |
|:---:|:---:|
| 1 | 150 |
| 2 | 150 |
| 3 | 150 |
| 4 | 150 |

The replacement must be similar in style, material, quality and capacity to that which was damaged or reported as missing and replaced to the satisfaction of the customer within the timeframe required by the Agreement.



EXHIBIT VI

## Monthly Financial Reporting Format

The Contractor shall submit to the Authority within forty-five (45) days of the end of each month a revenue statement prepared in accordance with general accepted accounting standards for each residential and commercial operation within each Service Area. Therefore, if a Contractor has two (2) Service Areas, four (4) separate monthly statements will need to be submitted: two (2) residential and two (2) commercial.

The Contractor shall disclose all methods of allocations used to distribute revenues between Service Areas and/or commercial and residential operations. The disclosure shall be in narrative form and include the basis for the allocation method.

The required format for monthly financial statement reporting in accordance with this franchise Agreement is shown below.

(Contractor)
**Statement of Revenues and Disposal Expenses**
**(Residential or Commercial) Service Area (#)**
**For (month, year) ended (month, year)**

**Revenues:**
(list by type - commercial and residential,
including collection rates, container rental,
special service rates, etc.)                          $ _____
    Total Revenue
    $ _____

**Disposal Expenses:**
  Disposal fees paid to the Authority                     $ _____

**Net**                                                         $ _____

**Franchise Fees (Net * .03)**                                  $ _____

"The Accompanying Notes are an Integral Part of this Statement"

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement

Exhibit 6



# EXHIBIT VII

## Authority Public Drop-off Recycling Containers



Service Area 1

| Organization | Address | City/Zip | DistrictNum | ServiceDays | Frequency | Qty* | Location of Container** |
|---|---|---|---|---|---|---|---|
| Consider It Done Delivery Service | 3689 91st St N | Lake Park, FL 33403 | 1 | Fri | 1 | 1 | ENC |
| PBC - Parks & Recreation Department | 7715 Forest Hill Blvd | West Palm Beach, FL 33411 | 1 | Wed | 1 | 1 | OA |
| Contractor's Business Park | 2701 Vista Pkwy | West Palm Beach, FL 33411 | 1 | Wed | 1 | 1 | OA |
| Bennet Auto Supply | 2348 Military Trl | West Palm Beach, FL 33401 | 1 | Mon | 1 | 1 | PS |
| 1510 Latham Street | 1510 Latham St | West Palm Beach, FL 33406 | 1 | Mon - Thurs | 2 | 3 | OA |
| North Beach Plaza | 12189 US Hwy 1 | Juno Beach, FL 33408 | 1 | Tues - Fri | 2 | 4 | 2- PS, 2-OA |
| Palm Court Plaza (Juno Beach) | 11911 US Hwy 1 | North Palm Beach, FL 33408 | 1 | Tues - Fri | 2 | 1 | ENC |
| Pet Supermarket | 3579 Northlake Blvd | North Palm Beach, FL 33403 | 1 | Tues - Fri | 2 | 2 | PS |
| Babies R Us | 4879 Okeechobee Blvd | West Palm Beach, FL 33401 | 1 | Wed - Sat | 2 | 2 | OA |
| Gulfstream Marine A/C | 3640 Investment Ln | Riviera Beach, FL 33404 | 1 | Fri | 1 | 1 | PS |
| Mobile Home Depot, Inc | 2453 Military Trl N | West Palm Beach, FL 33409 | 1 | Mon | 1 | 1 | OA |
| Palm Gate Plaza | 3951 Haverhill Rd N | West Palm Beach, FL 33417 | 1 | Wed | 1 | 2 | PS |
| Paws 2 Help Inc | 2061 Indian Rd | West Palm Beach, FL 33409 | 1 | Wed - Sat | 2 | 1 | OA |
| Perry Baromedical Corporation | 3750 Prospect Plc | West Palm Beach, FL 33404 | 1 | Tues - Fri | 2 | 1 | PS |
| Pete's Place | 8344 Garden Rd | Riviera Beach, FL 33404 | 1 | Tues - Fri | 2 | 1 | OA |
| Reflections | 4860 Sandstone Ln | West Palm Beach, FL 33417 | 1 | Tues - Fri | 2 | 1 | OA |
| Seagull Industries for the Disabled, Inc. | 3879 Industrial Way W | Riviera Beach, FL 33404 | 1 | Fri | 1 | 1 | OA |
| Belvedere Business Park | 8020-8140 Belvedere Rd | West Palm Beach, FL 33411 | 1 | Wed | 1 | 2 | OA |
| Brown Moving & Storage | 1900 Old Okeechobee Rd | West Palm Beach, FL 33406 | 1 | Mon - Thurs | 2 | 1 | OA |
| Dunkin Donuts | 4440 Okeechobee Blvd | West Palm Beach, FL 33409 | 1 | Wed - Sat | 2 | 1 | OA |
| Four Points Center | 50 Military Trl S | West Palm Beach, FL 33406 | 1 | Wed | 1 | 1 | PS |
| Kennel Club West Kennels | 100 Benoist Farms Rd | West Palm Beach, FL 33411 | 1 | Wed - Sat | 2 | 2 | OA |
| Knight Electric Co | 2610 Old Okeechobee | West Palm Beach, FL 33409 | 1 | Thurs | 1 | 1 | OA |
| Lesco Inc | 222 Tall Pines Rd | West Palm Beach, FL 33413 | 1 | Wed | 1 | 1 | OA |
| McCraney Property (Vista Business Park) | 6965 Vista Pkwy N #2 | West Palm Beach, FL 33411 | 1 | Wed | 1 | 1 | OA |
| Palm Beach Kennel Club | 1111 Congress Ave N | West Palm Beach, FL 33409 | 1 | Wed - Sat | 2 | 3 | OA |
| PBC - Fire Rescue - Admin | 405 Pike Rd | West Palm Beach, FL 33411 | 1 | Wed | 1 | 1 | ENC |
| PBC - Warehouse | 3323 Belvedere Rd | West Palm Beach, FL 33409 | 1 | Wed - Sat | 2 | 2 | OA |
| SFWMD-Belvedere Rd | 8894 Belvedere Rd | West Palm Beach, FL 33411 | 1 | Wed | 1 | 1 | ENC |
| SFWMD-Gun Club | 3301 Gun Club Rd | West Palm Beach, FL 33406 | 1 | Wed - Sat | 2 | 2 | OA |
| Tall Pines Industrial Park | 480 Tall Pines Rd | West Palm Beach, FL 33413 | 1 | Wed | 1 | 1 | ENC |
| Trail Plaza | 1225 Military Trl N | West Palm Beach, FL 33409 | 1 | Wed - Sat | 2 | 1 | ENC |
| Vista Business Park | 2257/2361 Vista Pkwy | West Palm Beach, FL 33411 | 1 | Wed - Sat | 2 | 6 | ENC |
| | | | 33 Stops | | | 52 | |
| Seminole Plaza | 13205 US Hwy 1 | Juno Beach, FL 33408 | Juno Beach | Fri | 1 | 1 | PS |
| | | | 1 Stop | | | 1 | |
| All Saints Catholic School | 1759 Indian Creek Parkway | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 1 | PS |
| Jupiter Park of Commerce | 860 Jupiter Park Dr | Jupiter, FL 33458 | Jupiter | Tues | 1 | 1 | OA |
| Jupiter Park of Commerce | 1700 Park Ln S | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 1 | OA |
| Florida Atlantic University - North | 5353 Parkside Dr | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 1 | OA |
| Jupiter Park of Commerce | 2581 Jupiter Park Dr | Jupiter, FL 33458 | Jupiter | Tues | 1 | 1 | OA |
| Jupiter Park of Commerce | 840 Jupiter Park Rd | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 1 | OA |
| Jupiter Town of | 210 Military Trl N | Jupiter, FL 33458 | Jupiter | Wed - Sat | 2 | 2 | PS |
| Big Dollar Plaza | 615 Indiantown Rd W | Jupiter, FL 33458 | Jupiter | Wed | 1 | 1 | OA |
| Center Park Plaza | 612 Orange Ave N | Jupiter, FL 33458 | Jupiter | Wed - Sat | 2 | 1 | ENC |
| Jupiter Lighthouse Park | 500 Captain Armours Way | Jupiter, FL 33469 | Jupiter | Wed | 1 | 1 | OA |
| Jupiter Medical Pavilion | 1230 Dixie Hwy S | Jupiter, FL 33458 | Jupiter | Wed - Sat | 2 | 1 | OA |
| Roger Dean Stadium | 4751 Main St | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 2 | OA |
| Scripps Research Institute | 110 120 Scripps Way, #382 | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 1 | OA |

| Organization | Address | City/State | Work Week | Service Days | Frequency | Qty* | Location of Container* |
|---|---|---|---|---|---|---|---|
| Consider it Done Delivery Service | 3669 91st St N | Lake Park, FL 33403 | | Fri | 1 | 1 | ENC |
| SWA NCTS | 14185 Military Trl N | Jupiter, FL 33458 | Jupiter | Tues - Fri | 2 | 3 | OA |
| | | | 1 Stops | | | 18 | |
| Haverhill Town Hall | 4505 Charlotte St | Haverhill, FL 33417 | Haverhill | Wed | 1 | 1 | OA |
| | | | 1 Stop | | | 2 | |
| Center Place Professional Park POA | 1485-1487-1489 Forest Hill | Lake Clarke Shores, FL 33406 | Lake Clarke Shores | Thurs | 1 | 1 | PS |
| Lake Park Fire Rescue Station | 1000 Park Ave | Lake Park, FL 33403 | Lake Park | Tues - Fri | 2 | 2 | OA |
| | | | 3 Stops | | | 3 | |
| Colwright Delivery | 1601 Hill Ave | Mangonia Park, FL 33407 | Mangonia Park | Tues - Fri | 2 | 1 | OA |
| Family Matters-(WIC, WPB) | 1201 45th St | Mangonia Park, FL 33407 | Mangonia Park | Tues - Fri | 2 | 1 | PS |
| Lincoln Technical Institute | 1126 53rd Ct | Mangonia Park, FL 33407 | Mangonia Park | Fri | 1 | 1 | OA |
| | | | 3 Stops | | | 3 | |
| 421 Northlake Center | 421 Northlake Blvd | North Palm Beach, FL 33408 | North Palm Beach | Tues | 1 | 1 | OA |
| KFC - Wayjohn | 2581 Northlake Blvd | North Palm Beach, FL 33408 | North Palm Beach | Tues - Fri | 2 | 1 | PS |
| North Palm Beach Marina | 1037 Marina Dr | North Palm Beach, FL 33408 | North Palm Beach | Tues | 1 | 1 | OA |
| Village Shoppes at US 1, LLC | 133 US Hwy 1 | North Palm Beach, FL 33408 | North Palm Beach | Tues | 1 | 1 | OA |
| | | | 7 Stops | | | 6 | |
| Mar-a-Lago Club | 1100 Ocean Blvd S | Palm Beach, FL 33480 | Palm Beach | Mon - Thurs | 2 | 2 | OA |
| Royal Poinciana Plaza | 50 Cocoanut Row #200 | Palm Beach, FL 33480 | Palm Beach | Mon - Wed - Fri | 3 | 1 | ENC |
| | | | 4 Stops | | | 3 | |
| Burma Commerce Park | 9002 Burma Rd | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues | 1 | 1 | ENC |
| Garden Plaza | 3300 PGA Blvd | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues - Fri | 2 | 1 | PS |
| Golden Bear Office Building | 11760 US Hwy 1 | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues - Fri | 2 | 1-4 CY | ENC |
| Golden Bear Office Building | 11760 US Hwy 1 | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues - Fri | 2 | 1-8 CY | ENC |
| Palm Beach State College | 3160 PGA Blvd | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues - Fri | 2 | 3 | OA |
| PBC - North County Courthouse | 3188 PGA Blvd | Palm Beach Gardens, FL 33410 | Palm Beach Gardens | Tues | 1 | 1 | PS |
| | | | 9 Stops | | | 8 | |
| Forest Hill Center | 3091-3169 Forest Hill Blvd | Palm Springs, FL 33461 | Palm Springs | Mon - Thurs | 2 | 1 | PS |
| | | | 1 Stop | | | 1 | |
| Amarr Garage Doors | 940 13th St W | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 1 | OA |
| Baron Signs | 903 13th St W | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 1 | OA |
| Boat Owners Warehouse | 2230 Broadway | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | PS |
| Centerpoint Business Park (Treasure Coast Health) | 4152 Blue Heron Blvd | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 3 | OA |
| Cracker Boy Boat Works | 1124 Ave C | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | ENC |
| Haverhill Business Parkway | 7231 Haverhill Business Pkwy | Riviera Beach, FL 33407 | Riviera Beach | Tues | 1 | 1 | OA |
| Hoffman's Chocolates-Distribution Center | 1160 13th St W | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | OA |
| Import Mex | 1240 13th St W | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 1 | OA |
| Keller Trust | 6557 Garden Rd | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | OA |
| Lukes Ice Cream | 1025 17th St W | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 2 | OA |
| Marina Grande | 2840 Lake Shore Dr | Riviera Beach, FL 33407 | Riviera Beach | Tues - Fri | 2 | 1 | OA |
| Palm Beach Shores Resort | 181 Ocean Ave | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 1 | PS |
| Port Center | 2501 Martin Luther King Blvd | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | PS |
| Ritz Carlton Condo | 2700 Ocean Dr N | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 2 | PS |
| Riviera Beach Fire Station | 600 Blue Heron Blvd W | Riviera Beach, FL 33404 | Riviera Beach | Fri | 1 | 1 | OA |
| Riviera Beach Municipal Marina | 200 13th St E | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 2 | OA |
| Tiara Condominium | 3000 Ocean Dr N | Riviera Beach, FL 33404 | Riviera Beach | Tues - Fri | 2 | 1 | ENC |
| | | | 17 Stops | | | 23 | |
| SWA WCTS | 9743 Process Rd | Royal Palm Beach, FL 33411 | Royal Palm Beach | Wed - Sat | 2 | 3 | OA |
| | | | 1 Stop | | | 3 | |
| 45th Street Business | 3222-3233 Commerce Pl | West Palm Beach, FL 33407 | West Palm Beach | Wed | 1 | 1 | PS |
| Azalea (Archstone) Village | 4200 Community Dr | West Palm Beach, FL 33401 | West Palm Beach | Mon - Thurs | 2 | 1 | OA |

| Organization | Address | City/Zip | Bill To Name | Service Days | Frequency | Qty* | Location of Container** |
|---|---|---|---|---|---|---|---|
| Consider It Done Delivery Service | 1065 15th St N | West Palm Beach, FL 33407 | West Palm Beach | Fri | 1 | 1 | ENC |
| Christmas Etc. | 1901 Allendale Rd | West Palm Beach, FL 33405 | West Palm Beach | Mon - Thurs | 2 | 1 | OA |
| Clematis Street | 4001 Clematis & Datura (BLO | West Palm Beach, FL 33405 | West Palm Beach | Tues - Fri | 2 | 2 | OA |
| Commerce Pointe | 1819 Australian Ave S | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 1 | PS |
| Department of Environmental Protection | 400 Congress Ave N | West Palm Beach, FL 33401 | West Palm Beach | Mon - Thurs | 2 | 1 | OA |
| E R Bradley's | 104 Clematis St | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 1 | ENC |
| Executive Storage | 905 Railroad Ave N | West Palm Beach, FL 33401 | West Palm Beach | Tues | 1 | 1 | PS |
| Johnston Supply | 1819 Old Okeechobee Rd | West Palm Beach, FL 33409 | West Palm Beach | Mon | 1 | 2 | OA |
| Landmark Commerce Center I | 1500 Florida Mango Rd N | West Palm Beach, FL 33409 | West Palm Beach | Mon - Thurs | 2 | 2 | OA |
| Landmark Commerce Center II | 1500 Florida Mango Rd N | West Palm Beach, FL 33409 | West Palm Beach | Mon - Thurs | 2 | 3 | OA |
| Lennox Inc | 1743 Old Okeechobee Rd | West Palm Beach, FL 33409 | West Palm Beach | Mon | 1 | 1 | ENC |
| Lincoln College of Technology | 2600 Metrocentre Blvd | West Palm Beach, FL 33407 | West Palm Beach | Tues - Fri | 2 | 1 | OA |
| Lincoln Culinary Institute | 2410 Metro Center Blvd | West Palm Beach, FL 33407 | West Palm Beach | Tues - Fri | 2 | 1 | OA |
| Loves Flower Shop | 411 7th St | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 1 | ENC |
| Metro Centre | 2581 Metrocentre Blvd | West Palm Beach, FL 33407 | West Palm Beach | Wed | 1 | 1 | ENC |
| Mizner Place | 3601 Corporate Way | West Palm Beach, FL 33407 | West Palm Beach | Wed | 1 | 1 | PS |
| Morse Geriatric Center | 4847 Fred Gladstone Dr | West Palm Beach, FL 33417 | West Palm Beach | Tues - Fri | 2 | 3 | OA |
| Newsmax | 1501 Northpoint Pkwy #104 | West Palm Beach, FL 33407 | West Palm Beach | Tues | 1 | 1 | OA |
| Northwood University | 2600 Military Trl N | West Palm Beach, FL 33411 | West Palm Beach | Mon - Thurs | 2 | 2 | OA |
| Nozzle Nolen | 5400 Broadway | West Palm Beach, FL 33407 | West Palm Beach | Fri | 1 | 1 | ENC |
| Palm Beach Atlantic Univeristy | 901 Flagler Dr S | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 2 | OA |
| Park Furniture & Interiors | 6200 Dixie Hwy S | West Palm Beach, FL 33405 | West Palm Beach | Mon | 1 | 1 | OA |
| Park Plaza | 2100 45th St | West Palm Beach, FL 33407 | West Palm Beach | Tues - Fri | 2 | 1 | OA |
| PBC - Convention Center | 650 Okeechobee Blvd | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 2 | OA |
| PBC - Health Department | 800 Clematis St | West Palm Beach, FL 33401 | West Palm Beach | Tues | 1 | 1 | OA |
| PBC - Health Dept #1 | 901 Evernia St | West Palm Beach, FL 33401 | West Palm Beach | Tues | 1 | 2 | OA |
| PBC - Home | 1200 45th St | West Palm Beach, FL 33407 | West Palm Beach | Tues - Fri | 2 | 3 | OA |
| Peninsular Electric Distributors | 1301 Old Okeechobee Rd | West Palm Beach, FL 33401 | West Palm Beach | Mon - Thurs | 2 | 3 | OA |
| Pentecostal Church of God | 549 Cherokal St | West Palm Beach, FL 33401 | West Palm Beach | Fri | 1 | 1-4 CY | PS |
| Phipps Park | 4301 Dixie Hwy S | West Palm Beach, FL 33405 | West Palm Beach | Mon | 1 | 1 | PS |
| Pipe Fitters Apprentice School | 1900 N Florida Mango Rd | West Palm Beach, FL 33409 | West Palm Beach | Wed | 1 | 1 | OA |
| Prospect Park | 3111 Dixie Hwy #222 | West Palm Beach, FL 33405 | West Palm Beach | Mon | 1 | 2 | OA |
| Riverwalk | 7459 Riverwalk Cir | West Palm Beach, FL 33411 | West Palm Beach | Wed - Sat | 2 | 1 | ENC |
| Roger Dean Chevrolet | 2235 Okeechobee Blvd | West Palm Beach, FL 33409 | West Palm Beach | Mon | 1 | 1 | OA |
| South Olive Park | 345 Summa St | West Palm Beach, FL 33405 | West Palm Beach | Mon - Thurs | 2 | 1 | OA |
| Superior Sprinkler Systems | 427 Southern Blvd | West Palm Beach, FL 33405 | West Palm Beach | Wed | 1 | 1 | OA |
| SWA Equipment Maintenance | 6161 Jog Rd N | West Palm Beach, FL 33412 | West Palm Beach | Tues | 1 | 2 | OA |
| SWA Hazardous Waste Facility | 6161 Jog Rd N | West Palm Beach, FL 33412 | West Palm Beach | Tues - Fri | 2 | 3 | OA |
| SWA WTE | 6255 Jog Rd N | West Palm Beach, FL 33405 | West Palm Beach | Tues | 1 | 2 | OA |
| Tylander Office Supply | 535 24th St | West Palm Beach, FL 33407 | West Palm Beach | Fri | 1 | 1 | ENC |
| U & Me Transfer -2 | 3300 Electronics Way | West Palm Beach, FL 33407 | West Palm Beach | Mon - Thurs | 2 | 5 | OA |
| Village Commons | 871 Village Blvd | West Palm Beach, FL 33409 | West Palm Beach | Mon - Thurs | 2 | 1 | OA |
| Vista Lago | 3130 Jog Rd N | West Palm Beach, FL 33411 | West Palm Beach | Wed - Sat | 2 | 1 | OA |
| Wachovia Bank | 400 Clearwater Dr | West Palm Beach, FL 33401 | West Palm Beach | Fri | 1 | 1 | ENC |
| West 45th Street Plaza | 1700 45th St | West Palm Beach, FL 33407 | West Palm Beach | Tues - Fri | 2 | 1 | ENC |
| West Palm Beach Commerce Center | 1806 Australian Ave S | West Palm Beach, FL 33409 | West Palm Beach | Tues - Fri | 2 | 2 | OA |
| West Palm Beach Country Club | 7001 Parker Ave | West Palm Beach, FL 33405 | West Palm Beach | Mon - Thurs | 2 | 1-4 CY | OA |
| West Palm Beach Fishing Club | 201 5th St | West Palm Beach, FL 33401 | West Palm Beach | Tues - Fri | 2 | 1 | PS |
| West Palm Beach, City of | 1045 Charlotte Ave | West Palm Beach, FL 33405 | West Palm Beach | Tues - Fri | 2 | 1 | OA |
| | | | | 98 Stops | | 71 | |
| | | | Municipal Stop | 198 Stops | Total Municipal Containers | 141 | |

| Organization | Address | City/Zip | District Num | ServiceDays | Frequency | Qty* | Location of Container** |
|---|---|---|---|---|---|---|---|
| | | | | | | | ENC |
| Consider It Done Delivery Service | 3569 91st St N | Lake Park, FL 33403 | | Fri | 1 | 1 | |
| | | Total Stops | 132 Stops | Total All Containers | | 193 | |

*Quantity - All containers are 8 cubic yard containers unless otherwise noted.
**Location - PS = Parking Space, ENC = Located in enclosure, OA - Open space, i.e. located in an open space not impeding traffic such as loading dock area.

Service Area 2

| Organization | Address | City/Zip | | Service Days | Frequency | Qty* | Location of Containers** |
|---|---|---|---|---|---|---|---|
| Atlantic Property & Equipment | 4991 10th Ave N | Lake Worth, FL 33463 | | Mon | 1 | 1 | OA |
| Duthie-FreemanCentre Condo | 4400-4491 Charlotte St | Lake Worth, FL 33461 | | Mon | 1 | 1 | OA |
| Kings Liquor | 7079 Lake Worth Rd | Lake Worth, FL 33467 | | Mon - Thurs | 2 | 1 | OA |
| Lion Country Safari | 2003 Lion Country Safari Rd | Loxahatchee, FL 33418 | | Wed - Sat | 2 | 2 | OA |
| Nassau Square | 7721 Lake Worth Rd | Lake Worth, FL 33157 | | Mon | 1 | 1 | OA |
| Palm Beach State College | 4200 Congress Ave | Lake Worth, FL 33461 | | Mon - Thurs | 2 | 6 | 1-ENC, 1-PS, 4-OA |
| Palm Coast Plaza | 9804 Military Trl S | Lake Worth, FL 33463 | | Wed | 1 | 1 | PS |
| PBC - Fire Rescue Station #35 (Lantana) | 2501 Lantana Rd W | Lantana, FL 33462 | | Mon - Thurs | 2 | 1 | OA |
| Plantation Plaza | 2650 Military Trl S | West Palm Beach, FL 33415 | | Wed - Sat | 2 | 2 | OA |
| SWA OCTS | 1810 Lantana Rd | Lantana, FL 33462 | | Mon - Wed - Fri | 3 | 1 | PS |
| The Marketplace | 7550 Lake Worth Rd | Lake Worth, FL 33463 | | Mon - Thurs | 2 | 2 | OA |
| Vi at Lakeside Village | 2792 Donnelly Dr | Lake Worth, FL 33462 | | Mon - Wed | 2 | 1 | OA |
| Worth Plaza | 7111 Lake Worth Rd | Lake Worth, FL 33467 | | Mon - Thurs | 2 | 3 | OA |
| | | | 17 Stops | | | 24 | |
| | | | Lake Worth Stores | | | | |
| Flagler Square | 1800 Forest Hill Blvd | Lake Worth, FL 33406 | | Thurs | 1 | 1 | PS |
| | | | 1 Stop | | | 1 | |
| | | | Lake Worth | | | | |
| Fun Depot | 2001 10th Ave N | Lake Worth, FL 33461 | | Mon - Thurs | 2 | 2 | OA |
| Gaslight Business Park Condo Assoc Inc | 1937 10th Ave N | Lake Worth, FL 33467 | | Mon - Thurs | 2 | 2 | OA |
| Lake Worth Commerce Center | 1100 Barnett Dr | Lake Worth, FL 33463 | | Mon - Thurs | 2 | 2 | ENC |
| | | | 3 Stops | | | 6 | |
| | | | Lantana | | | | |
| Family Matters (WIC, Lantana) | 1216 Lantana Rd W | Lantana, FL 33462 | | Mon - Thurs | 2 | 1 | OA |
| Lantana Municipal Beach | 100 Ocean Ave | Lantana, FL 33462 | | Mon | 1 | 2 | OA |
| Leisureville Press | 935 Gator Dr | Lantana, FL 33462 | | Wed - Sat | 2 | 1 | OA |
| | | | 3 Stops | | | 4 | |
| Hotshots Paintball | 16105 Southern Blvd | Loxahatchee Groves, FL 33470 | | Wed | 1 | 1 | OA |
| PBC - Fire Rescue Station #21 (Loxahatchee) | 14200 Old Okeechobee Blvd | Loxahatchee Groves, FL 33411 | | Wed - Sat | 2 | 2 | OA |
| | | | 2 Stops | | | 3 | |
| | | | Palm Springs | | | | |
| Janitors Supply Outlet | 3395 Lake Worth Rd Ste 14 | Palm Springs, FL 33461 | | Mon | 1 | 1 | OA |
| Locks of Love | 2925 10th Ave N | Palm Springs, FL 33461 | | Mon | 1 | 1 | PS |
| | | | 2 Stops | | | 2 | |
| | | | Royal Palm Beach Stores | | | | |
| Royal Palm Professional Center | 11440 Okeechobee Blvd | Royal Palm Beach, FL 33411 | | Sat | 1 | 1 | OA |
| | | | 1 Stop | | | 1 | |
| | | | Wellington | | | | |
| Boys and Girls Club of PBC, Inc. | 3401 South Shore Blvd | Wellington, FL 33411 | | Wed | 1 | 1 | PS |
| Chancellor Corp Center | 12008 South Shore Road | Wellington, FL 33414 | | Wed | 1 | 1 | ENC |
| Collston Physician | 3060 Fairlane Farms Road | Wellington, FL 33414 | | Wed | 1 | 1 | ENC |
| Commerce Park/Forum Publication | 11493- 11575 Pierson Road | Wellington, FL 33414 | | Wed | 1 | 1 | OA |
| Commerce Park/Tri-City Flooring | 11565 Pierson Rd | Wellington, FL 33414 | | Wed | 1 | 1 | PS |
| Estates, The | 2301 Wellington Green Dr | Wellington, FL 33414 | | Wed - Sat | 2 | 1 | PS |
| Fortune Way G Building | 11320 Fortune Circle | Wellington, FL 33414 | | Wed - Sat | 1 | 1 | OA |
| Lake Wellington Professional Center | 12230 Forest Hill Blvd #110 | Wellington, FL 33414 | | Wed | 1 | 1 | PS |
| PS Business Park | 3132 Fortune Way | Wellington, FL 33414 | | Wed | 1 | 1 | OA |
| Shoppes at Chancellor | 12008 South Shore Blvd #400 | Wellington, FL 33414 | | Wed - Sat | 2 | 1 | PS |
| Village Walk of Wellington | 2500 Village Walk Cir | Wellington, FL 33414 | | Wed | 1 | 1 | ENC |
| Wellington Country Plaza | 12789 Forest Hill Blvd W #E | Wellington, FL 33414 | | Wed - Sat | 2 | 6 | OA |
| Wellington, Village of | 14000 Greenbriar Blvd | Wellington, FL 32114 | | Wellington | 1 | 1 | OA |
| | | | 13 Stops | | | 18 | |
| | | Municipal Stops | 75 Stops | Total Municipal Containers | | 35 | |
| | | Total Stops | 30 Stops | Total All Containers | | 59 | |

*Quantity - All containers are 8 cubic yard containers unless otherwise noted.
**Location - PS = Parking Space, ENC = Located in enclosure, OA - Open space, i.e. located in an open space not impeding traffic such as loading dock area.

Service Area 3

| Organization | Address | System | District Num | Service Days | Frequency | Qty* | Location of Container** |
|---|---|---|---|---|---|---|---|
| Aberdeen Plaza | 8180-8200 Jog Rd | Boynton Beach, FL 33459 | 3 | Mon - Thurs | 2 | 1 | PS |
| Albanese Commerce Center | 1200 Rogers Cir S | Boca Raton, FL 33487 | 3 | Tues | 1 | 1 | PS |
| Alderman Farms | 9005 Boynton Beach Blvd W | Boynton Beach, FL 33473 | 3 | Mon | 1 | 1 | OA |
| Boca Hamptons Plaza | 9070 Kimberly Blvd | Boca Raton, FL 33434 | 3 | Tues - Fri | 2 | 2 | PS |
| Boynton Beach Professional Center | 7280 Boynton Beach Blvd | Boynton Beach, FL 33437 | 3 | Thurs | 1 | 1 | OA |
| Fontana Plaza | 9045 La Fontana Blvd | Boca Raton, FL 33434 | 3 | Tues | 1 | 1 | PS |
| Fountains of Boynton Beach | 6501-6555 Boynton Beach Blvd V. | Boynton Beach, FL 33437 | 3 | Mon - Thurs | 2 | 4 | 3-PS, 1-OA |
| Jewish Community Center | 8500 Jog Rd | Boynton Beach, FL 33472 | 3 | Tues | 1 | 1 | PS |
| Loggers Plaza | 11400 Palmetto Park Rd W | Boca Raton, FL 33428 | 3 | Tues - Fri | 2 | 3 | 2-PS, 1-OA |
| Loxahatchee Wildlife Reserve | 10216 Lee Rd | Boynton Beach, FL 33473 | 3 | Tues | 1 | 1 | OA |
| Reserve Shopping Center, The | 9715 Clint Moore Rd | Boca Raton, FL 33496 | 3 | Tues - Fri | 2 | 1 | ENC |
| Sandalfoot Plaza | 23164 Sandalfoot Plaza Dr | Boca Raton, FL 33428 | 3 | Tues - Fri | 2 | 8 | PS |
| Somerset Shoppes | 8903 Glades Rd W | Boca Raton, FL 33496 | 3 | Tues - Fri | 2 | 2 | PS |
| SWA SWCTS | 13400 State Rd 7 | Delray Beach, FL 33446 | 3 | Tues - Fri | 2 | 3 | OA |
| Yamato Village | 9101 Lakeridge Blvd | Boca Raton, FL 33496 | 3 | Tues - Fri | 2 | 3 | 1-PS, 2-OA |
| | | | 15 Stops | | | 30 | |
| | | Remaining Stops | 0 Stops | | Total Municipal Containers | 0 | |
| | | Total Stops | 15 Stops | | Total All Containers | 30 | |

*Quantity - All containers are 8 cubic yard containers unless otherwise noted.
**Location - PS = Parking Space, ENC = Located in enclosure, OA - Open space, i.e. located in an open space not impeding traffic such as loading dock area.

Service area 6

| Organization | Address | City, ST ZIP | Distributor | Service Days | Frequency | Qty* | Location of Container** |
|---|---|---|---|---|---|---|---|
| Market Place Plaza | 14857 Delray Rd S | Delray Beach, FL 33411 | | Fri | | 2 | ENC |
| PBC - Fire Rescue Station #42 (Delray Beach) | 14276 Hagen Ranch Rd | Delray Beach, FL 33446 | | Sat | | 1 | PS |
| Village of Oriole Plaza | 7251 Atlantic Ave W | Delray Beach, FL 33446 | | Tues - Fri | 2 | 4 | OA |
| Palm Court Tower | 5150 Linton Blvd | Delray Beach, FL 33484 | | Tues | | 1 | PS |
| Polo Club Shoppes | 17700 Military Trl | Delray Beach, FL 33496 | | Tues - Fri | 2 | 1 | PS |
| Stafford Court Assisted Living Facility | 6363 Via De Sonrisa Del Sur | Boca Raton, FL 33433 | | Tues - Fri | 2 | 2 | OA |
| | | | | Totals | | 11 | |
| AAA Discount Medical | 9671 Days Hwy N #6 | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Aluminum Solutions Group | 6500 Rogers Cir E | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| APOC 5 | 1225 Broken Sound Pkwy | Boca Raton, FL 33487 | Boca Raton | | | 1 | OA |
| Boca Bay | 7100 Federal Hwy N | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Boca Commercial Industrial (E Rogers Cir) | 990 Rogers Cir E | Boca Raton, FL 33487 | Boca Raton | Tues | | 1 | OA |
| Boca Commercial Industrial (W Rogers Cir) | 6950 Rogers Cir W | Boca Raton, FL 33487 | Boca Raton | Fri | | 1 | PS |
| Clint Moore Business Plaza | 910 Clint Moore Rd | Boca Raton, FL 33487 | Boca Raton | Tues | | 1 | OA |
| Fifth Avenue Shoppes | 2118 Federal Hwy N | Boca Raton, FL 33483 | Boca Raton | Tues - Fri | 2 | 2 | OA |
| Laird Commerce Center | 6840 Rogers Cir E | Boca Raton, FL 33487 | Boca Raton | Tues | | 1 | ENC |
| Lake Point Center | 1080 Holland Dr | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Nordic Leather | 1080 1st Ave NW | Boca Raton, FL 33432 | Boca Raton | Tues | 1 | 1 | PS |
| North Dixie Plaza | 378 42nd St NE | Boca Raton, FL 33431 | Boca Raton | Tues - Fri | 2 | 3 | 1-PS, 2-OA |
| Oak Circle | 4001 Oak Circle | Boca Raton, FL 33431 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Palm Beach State College | 3000 Saint Lucie Ave | Boca Raton, FL 33431 | Boca Raton | Tues | 1 | 2 | OA |
| Paseos Plaza | 2621 Federal Hwy N | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 2 | PS |
| Pinar International | 7614 6th Ave NW | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Quincy Johnson Architects | 949 Clint Moore Rd | Boca Raton, FL 33487 | Boca Raton | Tues - Fri | 2 | 1 | ENC |
| St. Andrews Estates North | 6152 Verde Trl N | Boca Raton, FL 33433 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| St. Andrews Estates South | 6045 Verde Trail South | Boca Raton, FL 33433 | Boca Raton | Tues - Fri | 2 | 1 | OA |
| Todays Business Interiors | 1001 Clint Moore Rd #101 | Boca Raton, FL 33487 | Boca Raton | Tues | | 1 | OA |
| T-Rex (Boca Corporate Center & Campus) | 5000 T-Rex Ave | Boca Raton, FL 33431 | Boca Raton | Fri | | 1 | OA |
| Unisphere Networks | 7000 Congress Ave #100 | Boca Raton, FL 33487 | Boca Raton | Tues | | 1 | ENC |
| | | | | Totals | | 27 | |
| Abbey Delray North | 2000 Lowson Blvd | Delray Beach, FL 33445 | Delray Beach | Tues - Fri | 2 | 2 | OA |
| Antique Mall | 119 5th Ave SE | Delray Beach, FL 33483 | Delray Beach | Tues - Fri | 2 | 1 | ENC |
| Blair Square | 439 Atlantic Ave E | Delray Beach, FL 33483 | Delray Beach | Tues - Fri | 2 | 1 | PS |
| Delray Beach, City of | 100 1st Ave NW | Delray Beach, FL 33444 | Delray Beach | Mon - Thurs - Sat | 3 | 5 | PS |
| Delray Chamber of Commerce | 64 5th Ave SE | Delray Beach, FL 33483 | Delray Beach | Mon - Thurs - Sat | 3 | 2 | PS |
| Delray Parking Lot | 112 5th Ave NW | Delray Beach, FL 33483 | Delray Beach | Mon - Thurs - Sat | 3 | 2 | PS |
| Delray Rug Co. | 37 6th Ave SE | Delray Beach, FL 33483 | Delray Beach | Fri | 1 | 1 | PS |
| East Atlantic Plaza | 777 Atlantic Ave E | Delray Beach, FL 33483 | Delray Beach | Tues - Fri | 2 | 1 | ENC |
| Family Matters-(WIC-Delray Bch) | 1833 Dr Andre's Way | Delray Beach, FL 33445 | Delray Beach | Fri | 1 | 1 | PS |
| FEC Railroad Tracks | 100 4th Ave NE | Delray Beach, FL 33444 | Delray Beach | Mon - Thurs - Sat | 3 | 2 | OA |
| Klines Patio | 2275 Federal Hwy S | Delray Beach, FL 33483 | Delray Beach | Tues | 1 | 2 | PS |
| Latitude of Delray | 3100 Federal Hwy S | Delray Beach, FL 33483 | Delray Beach | Tues | 1 | 1 | ENC |
| Marriott-Delray Beach | 10 Ocean Blvd N | Delray Beach, FL 33483 | Delray Beach | Tues - Fri | 2 | 3 | OA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Micronized Flouropolymer Products Inc | 1055 15th Ave SW | Delray Beach, FL 33444 | Delray Beach | Tues - Fri | 2 | 1 | PS |
| Palm Court Plaza (Delray Beach) | 5130 Linton Blvd | Delray Beach, FL 33446 | Delray Beach | Tues - Fri | 2 | 1 | PS |
| Park Ten Business Park | 1085 15th Ave SW #2 | Delray Beach, FL 33444 | Delray Beach | Tues - Fri | 2 | 9 | OA |
| PBC - Health Department | 225 Congress Ave S | Delray Beach, FL 33445 | Delray Beach | Tues | 1 | 1 | PS |
| PBC - South County Admin | 345 Congress Ave S | Delray Beach, FL 33445 | Delray Beach | Tues | 1 | 1 | PS |
| Pineapple Grove Village | 325 2nd St NE | Delray Beach, FL 33445 | Delray Beach | Tues - Fri | 2 | 1 | PS |
| Remus Shutters | 114 2nd St SE | Delray Beach, FL 33446 | Delray Beach | Tues | 1 | 1 | OA |
| South Delray Shopping Center | 3135 Federal Hwy S | Delray Beach, FL 33483 | Delray Beach | Tues - Fri | 2 | 1 | PS |
| Tamiami Tile (Park Ten Business Park) | 1085 15th Ave SW | Delray Beach, FL 33444 | Delray Beach | Fri | 1 | 1 | PS |
| | | | | 18 Stops | | 41 | |
| | | | Municipal Stops | 2 Stops | Total Municipal Containers | 68 | |
| | | | Total Stops | 55 Stops | Total All Containers | 79 | |

*Quantity - All containers are 8 cubic yard containers unless otherwise noted.
**Location - PS = Parking Space, ENC = Located in enclosure, OA - Open space, i.e. located in an open space not impeding traffic such as loading dock area.

## EXHIBIT VIII

### Mobilization and Preparation

| Task | Completion Deadline |
|---|---|
| Hire Operations Manager and provide verification to SWA | 4/15/13 |
| Submit Residential Curbside Routing to SWA | 5/3/13 |
| Provide SWA with truck orders or verification of vehicle source(s) | 6/3/13 |
| Hire supervisors and provide verification to SWA | 7/5/13 |
| Secure container source and provide verification to SWA | 7/5/13 |
| Equipment yard and office sited and set up | 8/23/13 |
| Office and accounting staff hired and in place | 8/23/13 |
| Maintenance staff hired and in place | 8/23/13 |
| Disposal bond in place with SWA for October 1, 2003 | 8/23/13 |
| Provide transition report to SWA outlining plan to minimize disruptions during transition period | 9/2/13 |
| Secure vehicles | 9/2/13 |
| Supervisors run routes | 9/2/13 through 9/30/13 |
| Drivers hired and in place | 9/13/13 |
| Drivers and supervisors run routes | 9/13/13 through 9/30/13 |
| Disclosure notices mailed to commercial customers | 9/13/13 |

Solid Waste Authority of Palm Beach County
Solid Waste and Recycling Collection
Franchise Agreement



Exhibit 8