IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:15-CV-81492-Ryskamp

TINA M. WHITE D/B/A BRILLIANT MINDS
STRATEGIES, INC., and JAMES LITTLES, JR.,
D/B/A JAMES JR. ENTERPRISE, INC.,
    Plaintiffs
Vs.
SOUTHERN WASTE SYSTEMS, LLC and
SOLID WASTE AUTHORITY OF PALM
BEACH COUNTY,
    Defendants.
_____/

## NOTICE OF FILING

    COMES NOW the Plaintiffs, Tina M. White d/b/a Brilliant Minds Strategies, Inc. and James Littles, Jr., d/b/a James Jr. Enterprise Inc., by and through undersigned counsel, hereby file this Notice of Filing the attached Proposed "Agreed Order on Defendant Solid Waste Authority's Motion to Strike Punitive Damage Claim" (ATTACHMENT A), "Motions for More Definite Statement (ATTACHMENT B) and "Agreed Order on Defendant Southern Waste Systems, LLC's Motion for More Definite Statement" (ATTACHMENT C).

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to PHILIP MUGAVERO, ESQUIRE, pmugaver@pbcgov.org and BRIAN JOSLYN, ESQUIRE, bjoslyn@ciklinlubitz.com lsy this 7th day of December, 2015.

_(signature)_
ANDREW DEGRAFFENREIDT, III
ATTORNEY FOR PLAINTIFFS
FB# 0218121
319 Clematis Street, Suite 602
West Palm Beach, FL 33401
Telephone: 561/596-6420
Facsimile: 561/832-9189
E-Mail: adegraffenreidtlaw@gmail.com and drewdy98@aol.com