

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## BID NO.  14-201/SLB

## NOVEMBER 13, 2012

*SOLID WASTE AUTHORITY OF PALM BEACH COUNTY*
*7501 NORTH JOG ROAD*
*WEST PALM BEACH,  FLORIDA  33412*
*(561) 640-4000*

# EXHIBIT A

**TABLE OF CONTENTS**

**SOLID WASTE AND RECYCLING COLLECTION SERVICES
BID NO. 14-201/SLB**

1.      Invitation to Bid

2.      General Terms and Conditions

3.      Minimum Bidder Requirements

      A.      Experience
      B.      Financial Stability
      C.      Bonding Company Commitment
      D.      SBE Plan
      E.      Insurance and Drug-Free Workplace

4.      Bid Forms

5.      Addendum Acknowledgement Form

6.      Service Area Map/Transfer Station Map

7.      Commercial Customer Data

8.      Franchise Agreement
        Solid Waste & Recycling Collection Services



## INVITATION TO BID

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
## BID No. 14-201/SLB

The Solid Waste Authority of Palm Beach County, Florida (Authority) invites sealed bids for the above services.  Current franchise Agreements expire September 30, 2013.

**There will be two (2) MANDATORY PRE-BID conferences.  The first one will be on November 20, 2012 at 2:00 p.m. and the second one will be on December 4, 2012 at 2:00 p.m. local time in the Auditorium of the Authority's Administrative Offices located at 7501 North Jog Road, West Palm Beach, Florida 33412**

All potential bidders **shall attend BOTH mandatory pre-bid conferences.  All potential bidders must remain in attendance until the conclusion of each conference.**  The purpose of these mandatory pre-bid conferences is to explain the complex method of selection, to provide an overview of the service requirements in the franchise agreement, to highlight the difficulties of servicing certain geographic areas, to explain the disposal credit process, and to solicit comments.  Potential bidders that do not attend both conferences shall be disqualified from continuing in the competition and the Authority will not accept bids from such disqualified bidders.

Bids from bidders who attended both pre-bid conferences must be received by the Authority at its Administrative Offices not later than **2:00 p.m. on January 4, 2013.**

To be placed on the Bidders' List or for additional information please contact Saundra Brady, Director of Purchasing Services at (561) 640-4000, ext. 4522 or sbrady@swa.org.

Small Business Enterprises are strongly urged to participate either as bidders or suppliers of goods and services to the prime contractors.

# SOLID WASTE AND RECYCLING COLLECTION SERVICES

## BID NO. 14-201/SLB

## GENERAL TERMS AND CONDITIONS

# TABLE OF CONTENTS

## SOLID WASTE AND RECYCLING COLLECTION SERVICES
## GENERAL TERMS AND CONDITIONS
## BID NO. 14-201/SLB

1. Execution of Bid .................................................................................................... 2
2. Bid Deadline ........................................................................................................... 2
3. Taxes ...................................................................................................................... 3
4. Discounts ................................................................................................................ 3
5. Mistakes ................................................................................................................. 3
6. Additional Terms and Conditions .......................................................................... 3
7. Interpretations ........................................................................................................ 3
8. Conflict Of Interest ................................................................................................ 3
9. Legal Requirements ............................................................................................... 4
10. Public Entity Crimes ............................................................................................. 4
11. Awards ................................................................................................................... 4
12. Anti-Discrimination .............................................................................................. 4
13. Contractual Agreement .......................................................................................... 4
14. Advertising ............................................................................................................ 5
15. Facilities ................................................................................................................ 5
16. Disqualification of Bidder ..................................................................................... 5
17. Governmental Restriction ..................................................................................... 5
18. Public Records ....................................................................................................... 5
19. Drug-Free Work Place .......................................................................................... 5
20. Funding .................................................................................................................. 5
21. Performance during Emergency ........................................................................... 5
22. Payment .................................................................................................................. 6
23. Independent Contractor Relationship .................................................................... 6
24. Purchasing Agreements with Other Government Agencies ................................... 6
25. Small Business Enterprise (SBE) Participation .................................................... 6
26. Mandatory Pre-Bid Conferences .......................................................................... 8
27. Bid Outline ............................................................................................................ 9
28. Bid Bond / Security ............................................................................................... 9
29. Bid Deadline and Opening .................................................................................... 9
30. Minimum Bidder Requirements for Pre-Qualification ......................................... 10
31. Pre-Qualification / Award ..................................................................................... 10
32. Disposal Costs ....................................................................................................... 13
33. Special Services Cost ............................................................................................ 13
34. Container Costs ...................................................................................................... 13
35. Franchise Agreement ............................................................................................. 13
36. Protest Procedures ................................................................................................. 13
37. Submittal Instructions ........................................................................................... 14
38. Competency to Contract ........................................................................................ 15
39. Local Business Participation ................................................................................. 15
40  Lobbying ................................................................................................................ 16
41  Cone of Silence ..................................................................................................... 16
42  Office of the Inspector General ............................................................................. 16
43  Scrutinized Companies .......................................................................................... 17

## GENERAL TERMS AND CONDITIONS

### SOLID WASTE AND RECYCLING COLLECTION SERVICES
### BID NO. 14-201/SLB

These documents constitute the complete set of Bid terms, conditions, specifications and forms. Unless specifically referred to herein Solid Waste Authority's (Authority) Purchasing Manual is not applicable to this procurement.  It is the sole responsibility of the Bidder to insure that all pages of these documents are included. Bidders are advised to closely examine this package. All questions and communications concerning this procurement process shall be directed in writing to Mrs. Saundra L. Brady, Director of Purchasing Services, 7501 North Jog Road, West Palm Beach, FL 33412 or via electronic mail to sbrady@swa.org, or by facsimile to 561-640-3400.

Should revisions to the Bid become necessary, the Solid Waste Authority (Authority) will issue a written addendum.  All addenda must be acknowledged. Your Bid may be rejected as non-responsive if you have failed to submit a Bid with an addendum acknowledgement for all addenda. Addenda may be downloaded from the Authority's website at www.swa.org. The Authority provides this website as a courtesy only and assumes no direct or implied responsibility for omissions which materially affect your Bid submittal.

It is the Bidders sole responsibility to contact the Authority no less than five (5) calendar days prior to the Bid opening date to ascertain whether any addenda have been issued.  Failure of the Bidder to make this inquiry could result in its bid response being non-responsive in the event addenda were issued and not acknowledged by the Bidder in their response.  Receipt of all addenda shall be acknowledged by the Bidders on the Addendum Acknowledgment Form and submitted in the Pre-Qualification Envelope.  No addendum will be issued later than five (5) calendar days prior to the date for receipt of Bids except an addendum withdrawing the Bid or one that includes postponement of the date for receipt of Bids.

In accordance with the provisions of American with Disabilities Act, this document may be requested in an alternate format.

All Bid Forms and pre-qualification documents must be executed and submitted in sealed envelopes as instructed in the General Terms & Conditions.  The face of the main sealed envelope (envelope provided with this Bid package) shall contain Bidder's name and return address, date and time of Bid opening, Bid number and title.  Bids not submitted on the enclosed Bid Forms shall be rejected.

By submitting a Bid the Bidder agrees to be subject to all terms and conditions specified herein.  No exceptions to the terms and conditions shall be allowed.  Submittal of a Bid in response to this Invitation to Bid constitutes an offer by the Bidder which offer may not be withdrawn except as may be provided for herein. Bids which do not comply with these requirements may be rejected at the option of the Authority.  The selected awardee is hereby placed on notice that acceptance of this Bid by the Governing Board of the Authority shall constitute a binding contract.

**Anti-Collusion**:  By signing the Bid Form Bidder certifies that Bidder has not divulged, discussed, or compared this Bid with other Bidders and has not colluded with any other Bidder or parties to a Bid.  Any violation of this provision will result in the cancellation and/or return of Bidder's materials (as applicable) and the removal of Bidder from the Bid list(s).

**Execution of Bid:**   Bid must contain an original manual signature, in ink, of an authorized representative who has the legal ability to bind the Bidder in contractual obligations.  Bid must be typed or legibly printed in ink.  Use of erasable ink is not permitted.  All corrections made by Bidder to any part of the Bid must be initialed in ink.

1.   **BID DEADLINE:**  Bids are due in Purchasing Services, First Floor West, at the Authority's Administrative Offices located at 7501 North Jog Road West Palm Beach, Florida  33412, on the date and at the time specified in the Invitation to Bid. The Bid time must be and shall be scrupulously observed. It is the Bidder's sole responsibility to assure that its Bid is complete and delivered at the proper time and place of the Bid deadline.  Bids which for any reason are not so delivered will not be considered.  Such Bids will be returned unopened.  Offers by facsimile, telephone, or electronic means are **not** acceptable.  A Bid may **not** be altered by the Bidder after the Bid deadline.

2.   **PROCUREMENT SCHEDULE:** A summary schedule of the major activities associated with the Authority's procurement process for this Invitation to Bid is presented in Table 2-1. The Authority, at its sole discretion, may modify the schedule as it deems appropriate. The Authority will provide notification of any changes in association with submittal dates by written addenda in accordance with the General Terms and Conditions.

**TABLE 2-1**

| NO. | ACTIVITY | DATE |
|-----|----------|------|
| 1 | Issue Invitation to Bid (ITB) | November 13, 2012 |
| 2 | Mandatory Pre-Bid Conference #1 | November 20, 2012 |
| 3 | Last Date for Authority to receive inquiries - Pre-Bid Conf #1 | November 21, 2012 |
| 4 | Issue Addendum #1 - Pre-Bid Minutes & responses to inquiries | November 28, 2012 |
| 5 | Mandatory Pre-Bid Conference #2 | December 4 , 2012 |
| 6 | Last Date for Authority to receive inquiries - Pre-Bid Conf #2 | December 5, 2012 |
| 7 | Issue Addendum #2 – Pre-Bid Minutes & responses to inquiries | December 10, 2012 |
| 8 | Bids Due | January 4, 2013 |
| 9 | Pre-Qualification Committee Meeting | January 10, 2013 |
| 10 | Pre-Qualification Results Posted - Start of 5-day Protest period | January 10, 2013 |
| 12 | Sealed Bids Opened – 9:00 a.m. - Awards Posted | January 24, 2013 |
| 13 | Board Approval of Contract<br>Hearing of any Bid Protests | February 13, 2013 |
| 14 | Services start | October 1, 2013 |

3.   **TAXES:**  The Authority is exempt from Federal Excise and State Sales taxes.  Vendors or contractors doing business with the Authority shall **not** be exempted from paying sales tax to their suppliers for materials to fulfill contractual obligations with the Authority nor shall any Vendor/Contractor be authorized to use the Authority's Tax Exemption Number in securing such materials.

4.   **DISCOUNTS:**  Cash discounts for prompt payment shall **not** be considered in determining the lowest net cost for Bid evaluation purposes.

5.   **MISTAKES:**  Bidders are expected to carefully examine the specifications, Bid prices, extensions and all instructions pertaining to this Bid.  **FAILURE TO DO SO WILL BE AT BIDDER'S RISK.**  In the event of arithmetic error(s), the unit price will prevail and the Bidder's total offer will be corrected accordingly.  Written amounts shall take precedence over numerical amounts. **Bids having erasures or corrections must be initialed in ink by the Bidder**.  **Failure to do so will result in rejection of Bid.**

6.   **ADDITIONAL TERMS AND CONDITIONS:**  No additional terms and conditions included by the Bidder with the Bid response shall be evaluated or considered.  Any and all such additional terms and conditions shall have no force and effect, and are inapplicable to this Bid if submitted either purposely through intent or design, or inadvertently appearing separately in transmittal letters, specifications, literature, price lists or warranties.  It is understood and agreed that the general conditions in this Invitation to Bid are the only conditions applicable to this Bid and the Bidder's authorized signature on the Bid Form attests to this.

7.   **INTERPRETATIONS:**   All Bidders shall carefully examine the Invitation to Bid documents and attached proposed Franchise Agreement.   Any ambiguities or inconsistencies shall be brought to the attention of the Authority in writing prior to the Bid deadline; failure to do so, on the part of the Bidder, will constitute an acceptance by the Bidder of any subsequent decision.  Any questions concerning the intent, meaning and interpretations of the documents shall be requested in writing and <u>received</u> by the Authority at least twelve (12) days prior to the Bid deadline.  Inquiries shall be addressed to the Director of Purchasing Services.  No person is authorized to give oral interpretations of or make oral changes to the Bid. Therefore, oral explanations or instructions given by any Authority agent before the Bid deadline are not binding and should not be interpreted as altering any provision of this document.  Bidder certifies that this bid is made without reliance on any oral representations made by the Authority or any other person.  Any interpretation of, or changes to, the Bid will be made in the form of a written Addendum to the Bid.

8.   **CONFLICT OF INTEREST:**  All Bidders must disclose with their Bid the name of any officer, director, agent, or any relative of an officer, director or agent who is also an employee of the Authority.  Further, all Bidders must disclose the name of any Authority employee who owns, directly or indirectly, an interest of five percent (5%) or more in the Bidder's firm or any of its subsidiaries.

9.   **LEGAL REQUIREMENTS:**   Bidders are required to comply with all provisions of Federal, State, County and local laws and ordinances, rules and regulations and any Authority rules, that are applicable to the items being Bid.  Lack of knowledge by the Bidder shall in no way be a cause for relief from responsibility, or constitute a cognizable defense against the legal effect thereof.

10.   **PUBLIC ENTITY CRIMES:**   Pursuant to F.S. 287.133, as amended: a person or affiliate who has been placed on the convicted vendor list following a conviction for a public entity crime may not submit a Bid on a contract to provide any goods or services to a public entity, may not submit a Bid on a contract with a public entity for the construction or repair of a public building or public work, may not submit Bids on leases of real property to a public entity, may not be awarded or perform work as a contractor, supplier, subcontractor or consultant under a contract with any public entity, and may not transact business with any public entity in excess of the threshold amount provided in section 287.017 for CATEGORY TWO for a period of 36 months from the date of being placed on the convicted vendor list.

11.   **AWARDS:**   This Bid shall be awarded only to responsive and responsible Bidders, qualified to provide the services specified.  As the best interest of the Authority may require, the right is reserved to make award(s) by individual item, group of items, "All or None", or any combination thereof; to award to one or more vendors; to reject any or all Bids; to waive any minor irregularity in Bids received; and, at the Authority's sole discretion, to request a re-Bid. Notwithstanding the above reservation of rights, the Authority anticipates making only one award per Service Area.  Therefore, Bidders shall Bid on all line items within each Service Area in which they are interested.  Bidders are cautioned to make no assumptions until the Authority has entered into a contract.

The Solid Waste and Recycling Collection Franchise Agreement is attached to this Invitation to Bid.  The Authority will be under no obligation to make further revisions to the Agreement and the selected Bidders will be expected to execute the Agreement with no further negotiations or revisions except for the correction of scrivener errors and the incorporation of relevant information, such as contract prices.  No exceptions to the Agreement including attachments will be considered or evaluated.  The taking of any exceptions by a Bidder may result in their Bid being judged non-responsive.

12.   **ANTI-DISCRIMINATION:**   The Authority is committed to assuring equal opportunity in the award of contracts, and, therefore complies with all laws prohibiting discrimination. The successful Bidder is prohibited from discriminating against any employee, applicant, or client because of race, color, religion, disability, sex, age, national origin, ancestry, marital status, sexual orientation, or gender identity or expression.

13.   **CONTRACTUAL AGREEMENT:**   The terms, conditions, and provisions in this Invitation to Bid shall be included and incorporated in any final contract.  The order of precedence will be the Franchise Agreement, Invitation to Bid, and general law. Any and all legal action necessary to enforce a contract will be interpreted according to the laws of Florida.  The venue of any legal action related to this contract shall be in a state court of competent jurisdiction located in Palm Beach County, Florida.

14. **ADVERTISING:**  In submitting a Bid, Bidder agrees not to use the results therefrom as a part of any commercial advertising, without the express written approval by the appropriate level of authority within the Authority.

15. **FACILITIES:**  The Authority reserves the right to inspect the Bidder's facilities at any reasonable time, during normal working hours, with prior notice to determine that Bidder has a bona fide place of business, and is a responsible Bidder.  Award recipients will be required to maintain an office in Palm Beach County in accordance with the requirements of the Franchise Agreement.

16. **DISQUALIFICATION OF BIDDER:**  More than one Bid from an individual, firm, partnership, corporation, or association under the same or different names will not be considered.  Reasonable grounds for believing that a Bidder is involved in more than one Bid for the same work will be cause for rejection of all Bids in which such Bidders are believed to be involved. Reasonable grounds for believing that Bidders, who are planning a merger or are in the process of merging with or acquiring other Bidders, are not submitting bona fide or uncompromised Bids will be sufficient cause for rejection of all Bids in which such Bidders are believed to be involved.  Any and all compromised Bids will be rejected if there is reason to believe that collusion exists between Bidders.

17. **GOVERNMENTAL RESTRICTION:**  In the event that any governmental restrictions are imposed which would necessitate alteration of the performance of the services offered in this Bid prior to delivery, it shall be the responsibility of the Bidder to notify the Authority at once.  The Authority reserves the right to accept the alteration or to cancel the contract at no expense to the Authority.

18. **PUBLIC RECORDS:**  Upon award recommendation any material submitted in response to this Invitation to Bid will become a "public record" and shall be subject to public disclosure consistent with Chapter 119 Florida Statutes (Public Record Law), as amended.  Bidders must claim the applicable exemptions to disclosure provided by this law in their response to the Invitation to Bid by identifying materials to be protected, and must state the reasons why such exclusion from public disclosure is necessary and legal.  The Authority reserves the right to make any final determination of the applicability of the Public Records Law.

19. **DRUG-FREE WORK PLACE:**  Preference shall be given to a business with Drug-Free Work Place (DFW) programs.  Whenever two or more Bids which are equal with respect to price, quality, and service are received by the Authority for the procurement of contractual services, a Bid received from a business that completes the attached DFW form certifying that it is a DFW shall be given preference in the award process.

20. **FUNDING:**  The obligations of the Authority under this award are subject to the availability of funds lawfully appropriated for its purpose.

21. **PERFORMANCE DURING EMERGENCY:**  By submitting a Bid, Bidder agrees and promises that, during and after a public emergency, disaster, hurricane, flood, or acts of God, the Authority shall be given "first priority" for all services under this contract.  Bidder

agrees to provide all services to the Authority during and after the emergency/disaster at the terms, conditions, and prices as provided in this solicitation and with a priority above and preference over services to the private sector.

22. **PAYMENT:**   The Authority or its designee will be responsible for the billing and collection of payments for Residential Solid Waste Collection Service.  The Contractor shall be responsible for billing and collection of payments for Commercial Solid Waste Collection Service. Contractor shall also be responsible for billing and collection of payments for Special Services related to Residential Solid Waste Collection Service.

23. **INDEPENDENT CONTRACTOR RELATIONSHIP:**   The successful Bidder is, and shall be, in the performance of all work, services, and activities under this Contract, an Independent Contractor and not an employee, agent, or servant of the Authority.  All persons engaged in any of the work or services performed pursuant to this Contract shall at all times, and in all places, be subject to the successful Bidder's sole direction, supervision, and control.  The successful Bidder shall exercise control over the means and manner in which it and its employees perform the work and in all respects, the successful Bidder's relationship, and the relationship of its employees, to the Authority shall be that of an Independent Contractor and not as employees or agents of the Authority.

24. **PURCHASING AGREEMENTS WITH OTHER GOVERNMENT AGENCIES:** All Bidders submitting a response to this invitation to Bid agree that such response also constitutes a Bid to all political subdivisions under the same conditions, for the same prices and the same effective period as this Bid, should the Bidder feel it is in their best interest to do so. This agreement in no way restricts or interferes with the right of any political subdivision to re-bid any or all items.

25. **SMALL BUSINESS ENTERPRISE (SBE) PARTICIPATION:**   The Authority Governing Board has set fifteen (15) percent as the Authority's goal for local Small Business Enterprise (SBE) participation in contracts and purchases.  For the purposes of this solicitation the percentage of participation shall be calculated by dividing the proposed annual payments to be made to certified local SBEs providing goods and/or services necessary to support the required services under the agreement by 60% of the grand total annual cost as reflected on the bid form.

The goal is to encourage doing business with local SBEs with certifications from the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency. The Authority does not have a certification program therefore proof of current certification from one of the above listed sources will be required.  For the purposes of this requirement, the term "local SBE" means a local SBE, certified by the Palm Beach County Office of Small Business Assistance or any other Florida governmental agency, which has a permanent place of business within the County and which holds a business tax receipt issued by the County that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance of this invitation for bids. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the County or a permanent office or other site located within Palm Beach County from which the local business will produce or provide a

substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

The Authority will require documentary proof of the implementation, progress, and final outcome of the proposed plan.

The SBE Model Plan consists of:  Schedule No. 1 – a form for listing the local   SBE vendors proposed and the calculation of the SBE participation percentage; Schedule No. 2 – letters of intent from the proposed local SBE subcontractors, suppliers and/or sub-consultants; and Schedule No. 3 – defines a "Bona Fide" effort and required documentary proof.  **Note:  M/WBE information is being collected for tracking purposes only. M/WBE participation will not be counted towards 15% SBE participation goal.**

The intent of Schedules 1 and 2 is to reflect the percentage of local SBE participation pledged by the Bidder.   If the Bidder has not been able to achieve fifteen (15) percent local SBE documented participation on Schedules 1 and 2, then Schedule No. 3 is required to be submitted to document and demonstrate the Bidder's efforts.

The submission of a local SBE plan is required. The Bidder's plan will be incorporated into the Agreement between the Bidder and the Authority and the Bidder shall demonstrate a Bona Fide Effort to implement the plan.

**A Bid without a local SBE plan shall be judged non-responsive by the Authority. A Bid which fails to meet the 15% goal <u>and</u> which fails to document that Bidder has made a Bona Fide Effort to meet the goal shall be judged non-responsive.**

"Bona Fide Effort" shall mean the obligation to make every effort a similarly situated, prudent business entity operating under similar circumstances would make when acting in a determined manner to obtain the intended result by action or expenditure, which is not unreasonably disproportionate or burdensome under the circumstances.

The Bid **must include evidence of Bona Fide Efforts to achieve the goals**. In order to demonstrate those Bona Fide Efforts, Bidders shall provide the Authority with all documentation and evidence required in this ITB regarding local SBE participation and Bona Fide Efforts.  The documentation and evidence shall include but may not be limited to the following:

1. A list of all certified local SBE suppliers and subcontractors who will be used on the contract and the amounts intended to be paid to them.

2. A list and a brief discussion of the specific supplies or work the Bidder intends to contract for from local SBE suppliers and subcontractors.

3. Evidence that the Bidder provided written notice to certified local SBEs listed with one or more of the following: the Palm Beach County Office of Small Business Assistance, or any other Florida governmental agency, and a discussion or documentary evidence of the interest or lack of interest of the certified local SBEs contacted in providing the supplies or services to the Bidder in the performance of this contract

4. Evidence that the Bidder followed up initial solicitations of interest by contacting local SBEs to determine with certainty whether the local SBEs were interested.

5. Evidence that the Bidder advertised in general circulations, trade association, and/or small business focused media concerning the supplier or subcontractor opportunities.

6. Evidence that the Bidder used the services of available small business organizations and local, state or other small business assistance offices that provide assistance in the recruitment and placement of local SBEs.

7. Evidence that the Bidder thoroughly investigated the capabilities of local SBEs and did not reject local SBEs without sound reasons.

The Authority shall consider, at a minimum, the above criteria in determining bona fide efforts. The Authority will look not only at the different kinds of efforts the Bidder has made, but also at the quality, quantity, intensity, and timeliness of those efforts in determining responsiveness to this requirement.

Bidders are advised that falsely representing that it will use the services or purchase commodities from an local SBE firm, and subsequently not doing so without demonstrating reasonable cause, or failure to comply with the local SBE requirements under Section 42 of the contract, shall be considered a breach of contract and further, shall be cause for debarment in accordance with the Authority's Purchasing Manual, Section 11, paragraphs D or E.

26. **There will be two MANDATORY Pre-Bid conferences. The first conference will be on Tuesday, November 20, 2012 at 2:00 p.m., EST. The second conference will be on Tuesday, December 4, 2012 at 2:00 p.m. EST in the Auditorium of the Authority's Administrative Offices located at 7501 N. Jog Road, WPB, FL 33412.**

All potential Bidders **must** attend **both** mandatory pre-bid conferences. **All potential Bidders must remain in attendance until the conclusion of each conference.** The purpose of these mandatory pre-bid conferences is to explain the complex method of selection, to provide an overview of the service requirements in the franchise agreement, to highlight the difficulties of servicing certain geographic areas, to explain the disposal credit process, and to solicit comments. Potential Bidders that do not attend both conferences shall be disqualified from continuing in the competition and the Authority will not accept Bids from such disqualified Bidders.

27. **BID OUTLINE:**  The unincorporated area of Palm Beach County has been divided into four (4) Service Areas for Residential and Commercial Solid Waste and Recycling Collection Services.

For Residential Solid Waste and Recycling Collection Services the Bidder is asked to Bid a per residential dwelling unit price (by type of service).The per cubic yard price (for commercial service) and the per pull price (for commercial service) has been established by the Authority.

The estimated number of units is provided by the Authority.

The Bid shall be based on service utilizing the Authority's Transfer Station System (see location map enclosed), the processing facilities at North Jog Road, and other facilities as may be designated by the Contract Administrator.

28. **BID BOND / SECURITY:**  Each Bid must be accompanied by a Certified Cashier's Check or Surety Company Bid Bond in the amount of 2.5% of the highest amount bid by Bidder for any service area.  Only one Bid bond will be required regardless of the number of Service Areas Bid.

**Failure by Bidder to execute contract documents or to provide the necessary insurance and bond documents following award, as required herein and within the timeframes set forth herein, with respect to one or more Service Areas will entitle the Authority to retain the entire Bid deposit.**

In the event a Bidder declines an award (other than when the Authority is making offers under Section 31c) in any Service Area, the Authority is entitled to retain the entire Bid deposit AND the Bidder will not be awarded ANY Service Area in which that Bidder may have the lowest Bid.  The Bidder will be completely removed from the entire matrix described in Section 31c and the award process will be restarted from the beginning, including a recalculation of the district award sequence for all four Service Areas.

Checks shall be made payable to the Solid Waste Authority of Palm Beach County. Unsuccessful Bidder's Bid deposit will be returned upon execution of a contract with the successful Bidder.  Under no circumstances shall the successful Bidder start work until it has supplied an acceptable performance bond.  If the successful Bidder fails to supply a performance bond, as specified in the Bid, the Authority shall be entitled to retain the Bid deposit to rectify the Bidder's unacceptable performance.

29. **BID DEADLINE AND OPENING:**  The Bid process consists of two phases. Phase 1 is the pre-qualification of interested vendors and Phase 2 is the opening of the sealed Bid Form envelopes of the pre-qualified vendors.  All pre-qualification documentation and Bid Forms required for both phases shall be enclosed in the provided main Bid envelope and shall be due on Friday**, January 4, 2013 at 2:00 p.m.** (Due Date).  The main Bid envelope will be opened at that time and contents will be logged in.  **The sealed envelopes containing the Bid Forms will not be opened at this time.**  The opening of the Bid Form envelopes of those Bidders that pre-qualified successfully will be publicly held on **Thursday, January 24, 2013 at 9:00 a.m.**

30.     **MINIMUM BIDDER REQUIREMENTS FOR PRE-QUALIFICATION:**

Refer to the separate section titled "Minimum Bidder Requirements for Pre-qualification". It contains the detailed instructions and pre-qualification forms that must be completed for submission on the Due Date.

**THE PRE-QUALIFICATION COMMITTEE MAY DISQUALIFY ANY BIDDERS WHO MAKE EXAGGERATED OR MATERIALLY FALSE STATEMENTS.**

31.     **PRE-QUALIFICATION / AWARD:**

a.     The maximum number of Service Areas (Collection franchises) for Residential and Commercial Solid Waste and Recycling Collection Services that shall be awarded to any one Bidder meeting the maximum qualifications shall be three (3) Service Areas. Bidders meeting the maximum qualification may elect to only be awarded one (1) or two (2) Services Areas. Bidders meeting the minimum qualifications but not the maximum qualifications shall be awarded only one Service Area.

OR

If there is only one Bidder pre-qualified for maximum award the Authority reserves the right to re-solicit Bids.

b.     No Bidder or franchise holder may own or have a financial interest in more than ten percent (10%) of any other Bidder or franchise holder whether such ownership is direct or through a parent, subsidiary or holding company or any other business entity.

c.     Collection franchises shall be awarded and the limitation on the number of franchises shall be determined in the following manner: All franchise Bids of Bidders meeting pre-qualification requirements shall be publicly opened on the announced day. All Bids posted will remain active, subject to paragraph four below in this Section (31.c.), and will not be removed during the award process even if the providing Bidder reaches its maximum limitation. The total amount of the franchise Bid shall be placed into a matrix consisting of the number of the franchise Service Areas on one axis and the names of the franchise Bidders on the other axis. When all pre-qualified Bids have been opened and the numbers placed into the matrix, the lowest franchise Bid for each Service Area shall be noted and all other Bids in each Service Area shall be assigned a ranking number as compared with the lowest Bid. (i.e., second lowest, third lowest, etc.) The difference between the lowest Bid and second lowest Bid in each Service Area shall be calculated and noted on the matrix. The first franchise Service Area to be awarded shall be that Service Area within which there is the greatest difference between the lowest Bid and the second lowest Bid. The next franchise Service Area to be awarded shall be that Service Area within which the next greatest difference appears, and the order of awarding Service Areas shall continue as determined by the descending order of the difference between the lowest and second lowest Bid.

In the event of a tie between two Service Areas, based upon the difference between the lowest Bid and second lowest Bid, the order of awarding the tied Service Areas shall go first to the Service Area with the lowest residential unit count which consequently would also be the highest cost per unit.

Any Bidder that has reached the maximum or self-imposed maximum limitation as described in Section 31c above shall no longer be eligible for award of any additional Service Areas.  In the event the lowest Bid in a subsequent Service Area to be awarded was submitted by a Bidder who is no longer eligible, the next lowest eligible Bidder shall be offered the opportunity to accept the franchise award at the dollar amount of the lowest Bid in that Service Area.  If that Bidder does not accept the award of the franchise at the dollar amount of the lowest Bid, then the next lowest eligible Bidder shall be offered that opportunity, and this procedure shall continue until one of the eligible Bidders for that Service Area accepts the award at the lowest Bid price or until all of the eligible Bidders have been offered an opportunity and all have declined to accept.

Should no eligible Bidder accept the lowest Bid price the Bid shall be eliminated from consideration and the next lowest Bid in that Service Area shall now be the lowest Bid. This process shall continue until the lowest Bid is either that of an eligible Bidder or an eligible Bidder has accepted the lowest Bid of an ineligible Bidder, whichever occurs first.

In the event of any tie bids among the low bids of eligible bidders or among bidders that are being asked to accept the low bid of an ineligible bidder,  the Service Area will be awarded based on the Best and Final Bid to be provided by the tied Bidders within 30 minutes of the request.

d.      Documents for both Phases (Section 29) of the Bid shall be due on the Due Date. The main Bid envelope shall be submitted to the Authority containing the Pre-Qualification Envelope and <u>one</u> sealed Bid Form envelope <u>for each Service Area</u> bid.  On the Due Date, the main envelope will be opened and all contents date stamped and logged in.  The Bid Form envelopes shall **not be** opened at this time.

e.      A five person Pre-Qualification Committee composed of four Authority staff members and one member of the Authority's Citizens Advisory Committee, shall examine the documentation submitted in the Pre-Qualification Envelopes to determine the responsiveness and responsibility of each Bidder. Any Bidder found non-responsive and/or not meeting qualifications, by majority vote, shall have their collection franchise Bid Form envelopes returned unopened.

The Pre-Qualification Committee will base its recommendations principally on the submitted documents and a check of the references provided with the Bid. However, the Committee reserves the right to make additional inquiries, interview some or all Bidders, make site visits, obtain credit reports, or any other action it deems necessary to fairly evaluate all Bidders. The Committee may at its sole discretion reject a Bidder, pre-qualify a Bidder for all of the Bidder's requested Areas or pre-

qualify a Bidder only for some of the Bidder's requested Areas. The Pre-Qualification Committee will determine the capability of the Bidder to service any combination of Service Areas and will set such Bidder's limitation of award by market share determined by residential units.

f.      There are no limits on the number of Service Areas for which a Bidder may compete only on the number of Services Areas a bidder may be awarded.

g.      Those Bidders that successfully pre-qualify shall have their Bids opened publicly on **Thursday, January 24, 2013** at 9:00 a.m. at the Authority's Administrative Office Building.   Bids for Service Areas for which the Bidder did not pre-qualify successfully will be returned unopened after awards are approved by the Board.

**ATTENDANCE BY PRE-QUALIFIED BIDDERS AT THE BID OPENING IS MANDATORY.  AN AUTHORIZED REPRESENTATIVE WHO HAS THE LEGAL AUTHORITY TO BIND THE BIDDER IN CONTRACTUAL OBLIGATIONS MUST BE PRESENT.  THE AUTHORITY MAY OFFER AWARDS TO SECOND (AND POSSIBLY THIRD, FOURTH, ETC.) LOWEST BIDDERS AS STIPULATED IN SECTION 31c ABOVE.  THE OFFERS WILL BE MADE IMMEDIATELY, AS NEEDED, AS THE AWARD PROCESS PROCEEDS.**

**OFFER/ACCEPTANCE/REJECTION LETTERS FROM THE SECOND, THIRD, ETC., LOWEST BIDDERS SHALL BE SIGNED WITHIN THIRTY MINUTES OF THE OFFER.  FAILURE TO RESPOND TO AN OFFER WITHIN THE TIME LIMIT ALLOTTED WILL BE CONSIDERED A REJECTION OF THE AUTHORITY'S OFFER.**

**ACCEPTANCE OF AN OFFER TO PERFORM AT A LOWER BIDDER'S PRICE MEANS ACCEPTANCE OF EACH AND EVERY ONE OF THAT BID'S COMPONENTS (RESIDENTIAL AND COMMERCIAL) AND THEIR SUB COMPONENTS EXACTLY AS BID BY THE LOWER BIDDER.**

**BIDDERS ARE NOT ALLOWED TO SELECT SERVICE AREAS OR MAKE CHOICES EXCEPT WHEN AN OFFER IS MADE TO THEM BY THE AUTHORITY. THE ONLY CHOICE IS TO ACCEPT OR REJECT THE OFFER TO PERFORM SERVICES AT THE LOWER BIDDER'S PRICE IN THAT SERVICE AREA.**

**ONCE A SERVICE AREA HAS BEEN ACCEPTED BY A BIDDER, WITHDRAWAL SHALL NOT BE PERMITTED.**

**WITHDRAWAL OF ACCEPTANCE WILL RESULT IN THE LOSS OF BID SECURITY AND ADDITIONAL SANCTIONS PER SECTION 28 ABOVE.**

**PRE-QUALIFIED BIDDERS ARE EXPECTED TO COME TO THE BID OPENING FULLY PREPARED TO MAKE AN IMMEDIATE BUT PRUDENT BUSINESS DECISION TO ACCEPT OR REJECT THE PERFORMANCE OF SERVICES FOR THE RATES BID BY A LOWER PRICED BIDDER.**

**WARNING:  THE AUTHORITY WILL STRICTLY ENFORCE ALL THE PROVISIONS OF THE RESULTING FRANCHISE AGREEMENTS INCLUDING LIQUIDATED DAMAGE CLAUSES FOR ANY SERVICE QUALITY PROBLEMS.  FRANCHISEES SHALL NOT BE ALLOWED RATE INCREASES ON THE BASIS THAT THEY BID TOO LOW *(OR AGREED TO DO THE WORK FOR A LOWER BIDDER'S PRICE)*.  NON-PERFORMANCE DUE TO TOO LOW A BID SUBMITTED OR ACCEPTED SHALL RESULT IN CANCELLATION OF ALL RESIDENTIAL AND COMMERCIAL SOLID WASTE AND RECYCLING COLLECTION SERVICES FRANCHISE AGREEMENTS OF THE BIDDER.**

32.  **DISPOSAL COSTS:**  Disposal cost figures are provided ANNUALLY by the Authority.

33.  **SPECIAL SERVICES COST:**  The cost of special services such as rolling out containers, back door service and others are set by the Authority and published in the Franchise Agreement section of the Bid.

The per cubic yard price and per pull price for Commercial Solid Waste Collection Services are set by the Authority and published in the Franchise Agreement section of the Bid

34.  **CONTAINER COSTS:**  The Authority has set the rental rates for containers for both commercial and residential use.  These rates are found in the Franchise Agreement section of the Bid.

35.  **FRANCHISE AGREEMENT:**   The Franchise Agreement section of the Bid fully describes the Residential and Commercial Solid Waste and Recycling Collection Services. A Bidder needs to carefully read the entire document.

36.  **PROTEST PROCEDURES:**  The Bid consists of two phases:  a pre-qualification phase and the franchise award phase.  The results of each phase may be appealed as provided below.  Any Bidder aggrieved by a decision in the pre-qualification phase may request review of that decision informally in writing to the Director of Purchasing who shall attempt to resolve the complaint.  Should the Director of Purchasing be unable to resolve the complaint, then the Bidder may submit a formal protest.

a.  **Pre-qualification Recommendations**:  The Pre-Qualification Committee's recommendations will be posted for review by interested parties at Purchasing Services for a period of five (5) calendar days.

b. **Bid Protest Procedure for Pre-qualification Recommendation or Franchise Awards:** Any Bidder aggrieved by the decision of the Pre-qualification Committee or the franchise award recommendation, as applicable, may appeal such decision/recommendation within five (5) calendar days of the date of posting by filing a formal written Protest with the Authority's Director of Purchasing Services. Such formal written Protest must be received by the Director of Purchasing Services at 7501 N. Jog Road, West Palm Beach, Florida before 5:00 p.m. of the fifth calendar day following the posting of the Pre-qualification Committee's decision or franchise award recommendation, as applicable. Failure of the Bidder to file a timely formal written Protest within the time specified shall constitute a waiver by the Bidder of all rights to Protest. The formal written Protest must provide documentation which shall specify in detail the nature of the grievance and the grounds upon which any relief, modification or change is based. Such appeal shall also be addressed to the Chair of the Governing Board of the Authority with a copy to the Authority Executive Director. At the time of filing the formal written Protest, Bidder shall post a bond payable to the Authority in an amount equal to $10,000, which bond shall be conditioned upon the payment of all costs which may be adjudged against them in the administrative hearing in which the action is brought and in any subsequent appellate court proceedings. The Authority's Governing Board shall decide the appeal by written order within thirty (30) days of its receipt by the Chair of the Authority. Any decision of the Board unfavorable to the appellant may be submitted for review to the Circuit Court of Palm Beach County by writ of certiorari in accordance with the Florida Rules of Appellate Procedure.

Nothing contained in this Section shall limit or divest the Governing Board of the Solid Waste Authority of its authority pursuant to the Special Act or general law.

37. **SUBMITTAL INSTRUCTIONS:** Bidder shall make sure that all documents are signed, addenda acknowledged, changes are initialed, envelopes identified with Bidder's name, and all envelopes sealed.

a. **Pre-Qualification Envelope:** The following is to be submitted in the Pre-Qualification Envelope:

- Pre-qualification documents as required in the section titled "Minimum Bidder Requirements for Pre-qualification"
- Completed and initialed Addendum Acknowledgement Form
- Bid Bond
- Copy of Bidder's local SBE Certificate, if applicable

b. **Bid Form Envelope:** Submit each Service Area's Bid Form in a separate sealed white #10 envelope. **Use one envelope per Service Area.** On each envelope affix the appropriate self adhesive label provided.

c. **Pre-Addressed Mailing Envelope:** Submit the Pre-Qualification Envelope and Bid Form Envelope(s) in the pre-addressed, green edged mailing envelope provided.

38.    **COMPETENCY TO CONTRACT:**  The Bidder expressly recognizes, acknowledges, and agrees that the Solid Waste Authority of Palm Beach County is a legally constituted agency; that is, a dependent special district created by the Florida Legislature in Chapter 2001 - 331, Laws of Florida, as amended.  Furthermore the Bidder expressly admits, acknowledges, and recognizes the Authority's jurisdiction and ability to enter into collection franchise agreements in Palm Beach County.  The Bidder hereby waives any legal causes of action regarding the Authority's competency and/or ability to enter into solid waste collection franchise agreements.

39.    **LOCAL BUSINESS PARTICIPATION:** The Governing Board of the Authority has made it a priority for this contract that the use of local businesses be maximized by all bidders when selecting subcontractors. For the purposes of this requirement, the term "local business" means a business which has a permanent place of business within the county and which holds a business tax receipt issued by the county that authorizes the business to provide the goods, services, or construction to be purchased and which business tax receipt is issued prior to the issuance of this invitation for bids. If the business is a joint venture/partnership, it is sufficient for qualification as a local business if at least one (1) of the joint ventures/partners meets the test set forth in this subsection. For the purposes of this requirement, having a "permanent place of business" within the county means having headquarters which are located within the county or a permanent office or other site located within Palm Beach County from which the local business will produce or provide a substantial portion of the goods or perform a substantial portion of the services to be purchased and which headquarters or office was in existence prior to the issuance of the invitation for bids. A post office box or location at a postal service center shall not constitute a permanent place of business.

For each subcontract related to this solicitation where Bidder is not utilizing the services of a local SBE, Bidder shall use Bona Fide Efforts to engage a local business to provide such service. Bidder shall, in its prequalification package, provide the Authority with a list of all non-SBE subcontractors which Bidder intends to use to provide goods or services related to fulfilling the requirements of the Franchise Agreement. For each listed non-SBE subcontractor, Bidder shall indicate whether such subcontractor is or is not a local business.

For each non-SBE, local business listed by Bidder as a subcontractor, Bidder shall, in its prequalification package, provide the Authority with a copy of such local business' business tax receipt.

For each non-local, non-SBE subcontractor listed by Bidder, Bidder shall provide a detailed description of efforts made by Bidder to obtain a local business to provide the necessary goods or services and, if a local business was available but not selected, an explanation of why such local business was not used.

A Bidder's failure to include the list of non-SBE subcontractors or the required description of Bona Fide Efforts to hire local  businesses may be considered by the Pre-qualification Committee and may result in a determination that Bidder's submission is non-responsive.

40  **LOBBYING:**   Bidders are advised that the Authority's Lobbyist Registration Policy prohibits a bidder or anyone representing the bidder from communicating, except in writing, with any Authority Governing Board member or Authority employee authorized to act on behalf of the Governing Board to award a particular contract regarding its bid, i.e., a "Cone of Silence".

41  **CONE OF SILENCE:**  Bidders are advised that a Cone of Silence that prohibits  any communication, except written correspondence, regarding a particular request for proposal, request for qualification, bid, or any other competitive solicitation between Bidders or any person representing the Bidders and any member of the Solid Waste Authority Governing Board, their staff, any Authority employee authorized to act on behalf of the Authority to award the contract under this Bid, or any member of the selection committee authorized to evaluate the Bids is in effect.

The Cone of Silence shall be in effect as of the deadline to submit Bids even if Bid is withdrawn or is otherwise eliminated from consideration consistent with the procedures as outlined in this Bid.  The Cone of Silence shall remain in effect until the Governing Board, or Authority staff, if authorized to act on behalf of the Board, awards or approves the contract, rejects all Bids or otherwise takes action which ends the solicitation process.

The provisions of this article shall not apply to oral communications at any public proceeding, including pre-Bid conference, oral presentations before selection committees, and contract negotiations during any public meetings, presentations made to the Board and protest hearings.  Further, the Cone of Silence shall not apply to contract negotiations between Authority employees and the intended awardees, any dispute resolution process following the filing of a protest between the person filing the protest and any Authority employee, or any written correspondence at any time with any Authority employee, Board member or Advisory board member, or selection committee member, unless specifically prohibited by the applicable competitive solicitation process.

The Governing Board by means of action taken at any properly noticed Governing Board meeting may invoke the cone of silence earlier than the time specified in this section for any procurement.

42  **OFFICE OF THE INSPECTOR GENERAL:**  Palm Beach County has established the Office of the Inspector General, Ordinance (OIG) No. 2009-049 which is authorized and empowered to review past, present and proposed county contracts, transactions, accounts and records.  The Solid Waste Authority (Authority) has entered into an Inter Local Agreement (ILA) for Inspector General Services.   This agreement provides for the Inspector General to provide services to the Authority in accordance with the authority, functions and powers set out in the Palm Beach County Office of Inspector General Ordinance.  All parties doing business with the Authority and receiving Authority funds shall fully cooperate with the Inspector General including providing access to records relating to this Agreement.  The Inspector General has the power to subpoena witnesses, administer oaths, require the production of records, and audit, investigate, monitor, and inspect the activities of the Contractor, its officers, agents, employees, and lobbyists in order to ensure compliance with contract specifications and detect corruption and fraud.

Failure to cooperate with the Inspector General or interference or impeding any investigation shall be in violation of Ordinance 2009-049, and punished pursuant to Section 125.69, Florida Statutes, in the same manner as a second degree misdemeanor.

43   **SCRUTINIZED COMPANIES:**   As provided in F.S. 287.135, by entering into any agreement with the Authority, or performing any work in furtherance hereof, Contractor hereby certifies that Contractor and Contractor's affiliates, suppliers, subcontractors and consultants who will perform hereunder, have not been placed on the Scrutinized Companies With Activities in Sudan List or Scrutinized Companies With Activities in The Iran Petroleum Energy Sector List created pursuant to F.S. 215.473.  If the Authority determines, using credible information available to the public, that a false certification has been submitted by Contractor, this Agreement may be terminated and a civil penalty equal to the greater of $2 million or twice the amount of this Agreement shall be imposed, pursuant to F.S. 287.135.

**DISQUALIFICATION FOR INACCURATE INFORMATION: Any Bidder who submits in its Bid to the AUTHORITY any information which is determined to be substantially inaccurate, incorrect, misleading, or exaggerated, shall be disqualified from consideration.**

**NOTE:**

**ANY SPECIAL TERMS, CONDITIONS AND SPECIFICATIONS (INCLUDING THE FRANCHISE AGREEMENT) ATTACHED HERETO WHICH VARY FROM THE ABOVE STATED GENERAL TERMS AND CONDITIONS SHALL HAVE PRECEDENCE.**