# SOLID WASTE AND RECYCLING COLLECTION SERVICES

# BID NO. 14-201/SLB

# MINIMUM BIDDER REQUIREMENTS

# FOR

# PRE-QUALIFICATION

# EXHIBIT B

SOLID WASTE AND RECYCLING COLLECTION SERVICES
MINIMUM BIDDER REQUIREMENTS
FOR PRE-QUALIFICATION

DEFINITIONS

The following definitions pertain to this section of the Bid:

**Bidder** shall mean the company submitting the bid and its subsidiaries.

**Comparable** shall mean of similar scope in terms of the services provided and/or of the requisite size as measured in residential units or commercial cubic yards, whichever is applicable, to the service areas upon which the Bidder is bidding.

**Current** or **Currently** shall mean as of the Bid Deadline (Due Date).

**Exclusive Contract** shall mean that the right to service the service area or franchise area is granted solely to the Bidder and/or its subsidiaries and that the service area or franchise area is not subject to "open" collection.

**Qualifying Commercial Collection Contracts** shall mean acceptable reference service areas provided by the Bidder as requested by the AUTHORITY for the purpose of demonstrating commercial collection experience.  These service areas must each include both Commercial Recycling Collection Service and Commercial Solid Waste Collection Service.

**Qualifying Residential Collection Contracts** shall mean acceptable reference contracts provided by the Bidder as requested by the AUTHORITY for the purpose of demonstrating residential collection experience.  These contracts must demonstrate residential solid waste, recycling and vegetation collection experience sufficient to meet limit requirements for which Bidder seeks to be awarded.

# SOLID WASTE AND RECYCLING COLLECTION SERVICES
# MINIMUM BIDDER REQUIREMENTS
# FOR PRE-QUALIFICATION

Bidder must prove to the satisfaction of the Pre-Qualification Committee that the Bidder meets the minimum requirements as described herein.  The Bidder must submit all of the documentation and schedules required on the forms and in the format required. Documentation should be brief, organized, and clearly written. Failure to submit **all** required documentation **may** be cause for disqualification.

The Pre-Qualification section consists of five (5) Requirements (labeled A-E).  Detailed instructions and forms follow. Bidder must submit responses on the enclosed forms and provide any requested supporting documentation.

Current Solid Waste Authority Franchise Haulers, Waste Management, Inc. of Florida, Republic Services, Onyx Waste Services (Veolia Environmental Services), and Waste Pro have satisfactorily demonstrated their financial stability and capability to provide service under these Agreements, and are therefore deemed qualified for the maximum award.  Therefore, current Franchise Haulers need not submit responses to Requirement A, but must submit responses to Requirements B through E, Financial Stability, Performance Bond, SBE, Insurance and Drug-Free Workplace requirements.

Bidder must demonstrate to the satisfaction of the Pre-Qualification Committee that the Bidder has experience collecting solid waste and recyclable materials in a comparable manner as specified in this Invitation to Bid and meet all other requirements of the Bid.  The Pre-Qualification Committee will base its pre-qualification decision on a thorough review of the information provided.

The Committee will evaluate the quantity and quality of the reference work.  The Committee will telephone listed contacts and references to verify the information provided and to assess the quality of the work provided.  Substandard work on past or current contracts is grounds for disqualification or limitation of award at the discretion of the Pre-Qualification Committee.  The Committee will evaluate Bidder's submittal for completeness.  Failure to submit **all** required information **may** be grounds for disqualification.  Failure to demonstrate all of the requisite capabilities as required by this Invitation to Bid may result in disqualification or limitation of award at the discretion of the Pre-Qualification Committee.

The Pre-Qualification Committee cannot and will not use any information gained through its own research to improve the position of any Bidder. It is the Bidder's sole responsibility to submit any and all pertinent pre-qualifying information with its bid submittal written in direct and unambiguous language.

# Requirement A: Experience

Please note that all references to experience relate to the operating experience of the Bidder. The Pre-qualification Committee will consider the experience of the Bidder's parent company and/or subsidiary companies. To ensure consideration of parent company experience, Bidders are encouraged to bid as the parent company, as in "All American Waste dba Yankee Doodle Hauling". Bidders should provide appropriate parent company guarantees to ensure that they maximize their potential to qualify. In order to demonstrate acceptable experience, Bidders must demonstrate that they are currently servicing contracts and have been continuously doing so to the current date from the specified time in the past.

In order to qualify for award, the Bidder must prove a minimum of three years of **_current_** experience providing residential and commercial solid waste and recycling collection service.

Open market/solicitation contracts are not acceptable. Each of the referenced residential contracts must be an **_exclusive_** contract serviced by the Bidder, must have a commencement date or a renewal date on or after November 13, 2010, and must **_currently_** be in service.

**Qualifying for a Maximum Award**

Bidder must meet all maximum award qualification requirements listed below along with supporting documentation.

a) Bidder has three years of experience as of the Bid Date in the collection business collecting both residential and commercial solid waste and recovered materials under Qualifying Residential or Commercial Contracts that meet the minimum requirements listed below;
b) Bidder is Currently servicing a minimum of three (3) Qualifying Residential Collection Contracts each having a minimum 35,000 curbside residential units and 20,000 containerized residential units;
c) Bidder is Currently providing commercial service under one or more Qualifying Commercial Contracts handling a minimum 350,000 cubic yards annually;
d) Bidder satisfactorily meets all other requirements of the Invitation to Bid.

Qualifying Residential Contracts must include the following: Residential Curbside solid waste, recycling, and vegetation and Residential Containerized solid waste and recycling. Qualifying Commercial Collection must include Commercial Containerized solid waste and recycling collection. All-inclusive contracts lacking any of these essential elements are by definition not Qualifying Contracts and are not acceptable.

The Pre-Qualification Committee will evaluate the references provided on Forms A1 through A4. The Pre-Qualification Committee will determine if the Bidder meets the requirements to qualify for a maximum award based on existing contracts, the number of years in the business, management experience, equipment list submitted to service customers for each service area and the quality of the work currently being performed. Bidders who are dissatisfied with the Pre-

Qualification Committee's decision may file a protest in accordance with Section 36 of the General Terms and Conditions.

Required Submittals for a Maximum Award

Bidders must submit the following:

1) Completed Forms A1 and A2 listing three (3) current Residential and/or Residential/Commercial Contracts commencing or renewed between November 13, 2010 and the present.

2) Complete Form A3 for management team experience.

3) Complete Form A4 for list of equipment.

**Qualifying for a Limited Award**

Bidders that do not meet the specific requirements for a maximum award or that in the eyes of the Pre-Qualification Committee have deficiencies in other areas will be limited by the Pre-Qualification Committee.  Bidders seeking pre-qualification for a limited award must demonstrate that:

a) Bidder Currently has a minimum of three (3) years experience collecting both residential and commercial solid waste and recovered materials;
b) Bidder must submit a minimum of four (4) current exclusive curbside residential solid waste, vegetative waste, and recovered materials collection, and commercial solid waste and recovered materials collection services contracts;
c) Bidder management team must demonstrate their level of experience providing residential curbside, residential containerized, and commercial solid waste and recovered materials collection;
d) Bidder meets all other requirements of the Invitation to Bid.

Qualifying Residential Contracts must include the following: Residential Curbside solid waste, recycling, and vegetation and Residential Containerized solid waste and recycling. Qualifying Commercial Collection must include Commercial Containerized solid waste and recycling collection.  All-inclusive contracts or combined non-inclusive exclusive contracts lacking any of these essential elements are by definition not Qualifying Contracts and are not acceptable.

The Pre-Qualification Committee will evaluate the references provided on Forms A1 through A4.  The Pre-Qualification Committee will determine if the Bidder meets the requirements to qualify for a limited award based on existing contracts, the number of years in the business, management experience, equipment list submitted to service customers for each service area and the quality of the work currently being performed.  Bidders who are dissatisfied with the Pre-Qualification Committee's decision may file a protest in accordance with Section 36 of the General Terms and Conditions.

Required Submittals for a Limited Award

Bidders must submit the following:

1) Completed Forms A1 and A2 listing four (4) current Residential and/or Residential/Commercial Contracts commencing or renewed between November 13, 2010 and the present.  Bidders should focus on their largest Qualifying.

2) Complete Form A3 for management team experience.

3) Complete Form A4 for list of equipment.

## Requirement B:  Financial Stability

Bidder must demonstrate financial stability sufficient for the Pre-Qualification Committee to conclude that the Bidder has the financial ability to service the Service Area(s) bid on for the term of the Franchise Agreement.  The Bidder must provide a statement of Bidder's financial stability, including information on current or prior bankruptcy proceedings.  Bidder must include a copy of the most recent annual financial report/annual audit/ 10K and the most recent 10Q, if applicable.  Financial reports provided must include, at a minimum, the last three years' balance sheets, income statements and statements of cash flow for the Bidding Entity.  Bidders that have less than three years experience must provide applicable statements for each year of operation.

In order to be compliant with this section, Bidders must provide the following:

1) A statement of financial stability including information as to current or prior bankruptcy proceedings and information on available Lines of Credit including current and historical outstanding balances.

2) A copy of the most recent annual financial report/annual audit/10K and the most recent 10Q, if applicable.

3) The last three years of financial reports, including at a minimum, balance sheets, income statements, and statements of cash flow.  For those companies with less than three years experience, Bidders should submit statements for each year of operation.

4) Any letters of reference from lenders, financial institutions, or vendors that attest to the credit-worthiness of your company and/or their willingness to do business with your company.

## Requirement C:  Bonding Company Commitment

Bidder must provide an irrevocable letter of commitment from a State of Florida licensed bonding company to provide a Performance Bond for services as bid. The bonding company shall be rated as stipulated in Section 23 of the Franchise Agreement included with this Invitation to Bid. The irrevocable letter of commitment must specifically accept the Performance Bond language stipulated by the Authority in this Invitation to Bid.  In addition, it must accept the dollar amount of the Performance Bond as stipulated in the Franchise Agreement section of the bid.   However, for the purpose of this Invitation to Bid only, the dollar amount of the performance bond for each Service Area is provided below.  There shall be a separate commitment (or one aggregate commitment) for each of the three largest Service Areas (or lesser number as expressed by the Bidder in his/her Letter of Intent) for which the Bidder has expressed the written intent to bid. Failure to secure an adequate dollar amount of Performance Bond for each of the largest three Service Areas (or one aggregate commitment) will limit the Bidder to the maximum dollar amount that the Performance Bond allows, provided that the Bidder is qualified in all other respects as specified within this bid.

Performance Bond Requirements:

| Service Area | Amount |
|---|---|
| Service Area 1 | $3,300,000 |
| Service Area 2 | 3,300,000 |
| Service Area 3 | 3,300,000 |
| Service Area 4 | 3,000,000 |

The actual amount of the Performance Bond that will be required upon execution of the Franchise Agreement(s) may be higher or lower depending on the awarded amounts and in accordance with Section 23 of the Franchise Agreement.

## Requirement D:  SBE Plan

The Governing Board of the Authority has set 15% as the Authority's goal for certified local Small Business Enterprise (SBE) participation in contracts and purchases.  Bidder shall submit a plan showing how Bidder will assist the Authority in achieving this goal through SBE subcontractor and/or supplier participation or other method.

The following pages contain the SBE Model Plan forms that can be used in response to this Invitation to Bid.  The intent of the Model Plan is to reflect the percentage of local SBE participation pledged by the Bidder and/or proof of the "Bona Fide Effort" expended attempting to enlist potential participants.  The Model Plan consists of three schedules.  Schedule 1 is a form for listing the local SBE vendors proposed.  Schedule 2 is a letter of intent from the proposed local SBE subcontractors and/or suppliers.  Schedule 3 demonstrates a Bona Fide Effort and required documentary proof as required by Section 25 of this Invitation to Bid.

Section 25 of this Invitation to Bid defines Bona Fide Effort and the level of effort required to demonstrate and document said effort.

**The submission of a plan is required.  A response submitted without a plan will be judged non-responsive by the Selection Committee unless the Bidder is a certified SBE.  If the Bidder is not an SBE, then Schedules 1 and 2, and or Schedule 3 must be submitted.  If the Bidder is unable to achieve 15% participation, then Schedule 3 is required.**

The Authority will require documentary proof of the implementation, progress, and final outcome of the program as specified in Section 42 of the sample Agreement included with this Invitation to Bid.

## Requirement E:  Insurance and Drug-Free Workplace

The insurance requirements are defined in Section 24 of the Solid Waste and Recycling Collection Franchise Agreement.

Bidders must complete and submit the attached Drug-Free Work Place form, if applicable.

In order to be compliant with this section, Bidder must provide:

1) Proof of insurance (or letter of commitment from an insurance company to provide coverage) that meets or exceeds the requirements of the Franchise Agreement.

2) Completed Drug-Free Work Place affidavit, if applicable.