Southern Waste Systems LLC
2380 Hillsboro Rd
Lantana FL 33462

RECEIVED
SOLID WASTE AUTHORITY
13 JAN 11 PM 1:35
PURCHASING SERVICES

**ATTN: PURCHASING**
**DO NOT OPEN UNTIL**
Opening Time: 2:00 PM
Opening Date: ~~January 4, 2013~~ Jan 11, 2013 per AD/SLB
Bid No: 14-201/SLB
Title: Solid Waste and Recycling Collection Services

**Solid Waste Authority of Palm Beach County**
7501 North Jog Road
West Palm Beach FL 33412

**EXHIBIT E**

**SWS**
Sun Recycling · ALL STAR TOILETS
Recycling for Zero Waste
Southern Waste Systems
2380 College Avenue, Davie, Florida 33317

# BID FORM ENVELOPE
Bid No. 14-201

Service Area 4

Bidder: Southern Waste Systems, LLC

## PRE-QUALIFICATION PROCESS

### AFFIDAVIT OF SBE PARTICIPATION

**STATE OF FLORIDA**
**COUNTY OF** Palm Beach

Before me the undersigned authority, duly authorized to administer oaths, personally appeared Charles Gusmano, who is personally know to me and who, after being duly sworn, deposes and says:

1. He/She is an authorized representative of Southern Waste Systems (fill in Bidder's name).

2. Bidder has enclosed in its Bid Form Envelope Schedule 1, 2, and if appropriate, 3 listing the SBE's that Bidder will use to provide goods or perform services on this contract and, if necessary, detailing Bidder's Bona Fide Efforts to meet the SBE goal.

3. Under penalty of perjury and disqualification from this bid process, Affiant affirms that the percentage of SBE participation listed on Schedule 1 in the Bid Form Envelope is 15 %.

Further affiant sayeth naught.

Under penalty of perjury, I declare that I have read the foregoing affidavit, have personal knowledge of the facts contained herein, and the facts stated in it are true.

_____
Affiant

Sworn to and subscribed before me this 9th day of January, 20 13,

by Charles Gusmano, an individual known to me who did take an oath.

_____
Notary Public
My Commission Expires:

CANDIE M COLLINS
Notary Public - State of Florida
My Comm. Expires Apr 3, 2015
Commission # EE 80426

Bid No. 14-201/SLB – Addendum #2          December 10, 2012

**SCHEDULE NO. 1**

## PARTICIPATION OF LOCAL SBE AND M/WBE FIRMS

| BID NAME: | SOLID WASTE AND RECYCLING COLLECTION SERVICES | | | | | | BID NUMBER: | 14-201/SLB |

NAME OF PRIME BIDDER: Southern Waste Systems LLC      ZONE #4

| NAME, ADDRESS AND PHONE NO. OF LOCAL SBE FIRM | DESCRIPTION OF GOODS OR SERVICES TO BE PROVIDED | PROPOSED PAYMENTS FOR FRANCHISE AGREEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | | LOCAL SBE | BLACK | HISPANIC | WOMAN | OTHER | |
| Henderson's Sanitation Svc. 2575E Dr MLK BLVD Belle Glade Fl, 33430 (561)996-3298 | Vegitation Pickup & Rolloff services | $ 498,000 | $ | $ | $ | $ | |
| James SR Enterprises Inc 932 30th St WPB Fl, 33407 (561)633-3147 | Vegitation Pick-up & Tousing services | $ 199,600 | $ | $ | $ | $ | |
| Brilliant Minds Strategies 429 40th St WPB Fl, 33407 (561)633-3147 | Contract Administration & Contract Purchases | $ 125,560 | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | $ | |
| **TOTAL LOCAL SBE FIRMS:** | | **$ 823,100** | $ | $ | $ | $ | |

*Note: M/WBE information is being collected for tracking purposes only.*

### PRIME BIDDER / PROPOSER TO COMPLETE

| A. TOTAL LOCAL SBE PROPOSED PAYMENTS: | $ 823,100 | PERCENTAGE PARTICIPATION (PP): 15.3 % |
|---|---|---|
| B. TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID: | $ 8,948,893.99 | PP = A/C |
| C. TOTAL ANNUAL RESIDENTIAL AND COMMERCIAL BID X 60%: | $ 5,369,336.39 | |

*(Make additional copies as necessary)*

**SCHEDULE NO. 2**

*LETTER OF INTENT TO PERFORM AS A LOCAL SBE OR M/WBE SUB-CONTRACTOR / SUPPLIER*

BID NAME: SOLID WASTE AND RECYCLING COLLECTION SERVICES   BID NO.: 14-201/SLB

TO: Southern Waste Systems, LLC.
(Name of Prime Bidder)

FROM: Brilliant Minds Strategies, Inc.
429 40th Street, West Palm Beach, Fl. 33407
(Name and Qualifying Location of Sub-Contractor or Supplier)

BUSINESS TAX RECEIPT #: 413.102653 (Attach copy)

The undersigned intends to provide services in connection with the above as (✓ one):

☐ an individual   ☐ a partnership   ☑ a corporation   ☐ a joint venture

The undersigned is certified by City of W.P.B. as a SBE
Certification date: 10/2012

The undersigned is certified by _____ as a M/WBE  N/A
Certification date: _____

Attach proof of SBE-M/WBE Certification, either letter or certificate from certifying agency

The undersigned is prepared to provide the following services in connection with the above BID
*(specify in detail particular work items or parts thereof to be performed):*

Contract Administrator, SBE Mgt. services

at the following price: $125,500
*(Amount must match Sub-Contractor's / Supplier's quote to prime as listed on Schedule 1)*

*Tina M. White*
Signature of Local SBE or M/WBE Sub-Contractor or Supplier

Tina M. White
Printed Name of Signer

President                    1/8/2013
Title of Signer              Date

Corporate Seal
(If applicable)

*(Make additional copies as necessary)*

Bid No. 14-201/SLB – Addendum #1                    November 28, 2013

**SCHEDULE NO. 2**

*LETTER OF INTENT TO PERFORM AS A LOCAL SBE OR M/WBE SUB-CONTRACTOR / SUPPLIER*

BID NAME: **SOLID WASTE AND RECYCLING COLLECTION SERVICES**   BID NO.: **14-201/SLB**

TO: _Southern Waste System_
(Name of Prime Bidder)

FROM: _James Jr Enterprise, Inc._

(Name and Qualifying Location of Sub-Contractor or Supplier)

BUSINESS TAX RECEIPT #: _U13-126270_ (Attach copy)

The undersigned intends to provide services in connection with the above as (✓ one):

☐ an individual   ☐ a partnership   ☑ a corporation   ☐ a joint venture

The undersigned is certified by _City of WPBch_ as a SBE
Certification date: ____

The undersigned is certified by ____ as a M/WBE
Certification date: ____

Attach proof of SBE-M/WBE Certification, either letter or certificate from certifying agency

The undersigned is prepared to provide the following services in connection with the above BID (specify in detail particular work items or parts thereof to be performed):

_Vegetation pickup, truck towing services_

at the following price: _$199,600_
(Amount must match Sub-Contractor's/Supplier's quote to prime as listed on Schedule 1)

_James Little, Jr._
Signature of Local SBE or M/WBE Sub-Contractor or Supplier

_James Little Jr_
Printed Name of Signer

_President_   _1/3/13_
Title of Signer   Date

Corporate Seal
(if applicable)

*(Make additional copies as necessary)*

Bid No. 14-201/SLB – Addendum #2                           December 10, 2012

SCHEDULE NO. 2

*Zone 4*

*LETTER OF INTENT TO PERFORM AS A LOCAL SBE OR M/WBE SUB-CONTRACTOR / SUPPLIER*

BID NAME: **SOLID WASTE AND RECYCLING COLLECTION SERVICES**   BID NO.: **14-201/SLB**

TO: _____
(Name of Prime Bidder)

FROM: Henderson's Sani-Service Systems, Inc.
_____
(Name and Qualifying Location of Sub-Contractor or Supplier)

BUSINESS TAX RECEIPT #: 199515241 (Attach copy)

The undersigned intends to provide services in connection with the above as (✓ one):

☐ an individual    ☐ a partnership    ☑ a corporation    ☐ a joint venture

The undersigned is certified by  Kay Hickson  as a SBE
Certification date: 3-16-2010 to 3-15-2013

The undersigned is certified by _____ as a M/WBE
Certification date: _____

Attach proof of SBE-M/WBE Certification, either letter or certificate from certifying agency

The undersigned is prepared to provide the following services in connection with the above BID (specify in detail particular work items or parts thereof to be performed):

Vegetation pickup, roll-off hauling

at the following price:  $498,000
(Amount must match Sub-Contractor's / Supplier's quote to prime as listed on Schedule 1)

_Kay Hickson_
Signature of Local SBE or M/WBE Sub-Contractor or Supplier

_Kay Hickson_
Printed Name of Signer

_Secretary_        1-2-13
Title of Signer    Date

Corporate Seal
(If applicable)

(Make additional copies as necessary)

Bid No. 14-201/SLB – Addendum #2                              December 10, 2012

## SOUTHERN WASTE SYSTEMS, LLC (SWS)

## SCHEDULE 3 SBE BONA FIDE EFFORTS

**STATEMENT:** Bona Fide Efforts to Achieve Goal of **15%** Palm Beach County Certified SBE Participation for **BID NO. 14-201/SLB Issued November 13, 2012.**

SWS bona fide efforts identified three (3) bona fide Palm Beach County SBE for participation: 1. Henderson's Sani-Service System, Inc.: **6%**. 2. James Jr. Enterprises, Inc.: **6%**   3. Brilliant Minds Strategies, Inc.: **3%**: **Total: 15%.**

SWS performed the timely community outreaches to qualify viable domicile Palm Beach County Certified Small Business Enterprise (SBE) firms; with Palm Beach County Business Tax Receipts issued before November 13, 2012 in accordance with Addendum (1) dated November 28, 2012 for SBE Schedule 2:

1. SWS requested partnership with Palm Beach County Office of Small Business Assistance (OSBA) on November 26, 2012. Director Tonya Johnson authorized and sent email correspondence to all of their **(582)** Palm Beach County domicile Certified SBE on December 4, 2012. **(See Enclosed Letter)**

2. SWS partnered with Palm Beach County Hispanic Chamber of Commerce and they sent email correspondence to all of their members. **(See Enclosed Letter)**

3. SWS requested partnership with Palm Beach County Black Chamber of Commerce, and spoke with Board Chair Bruce Lewis; who is also President of L.B. Limited & Associates, Inc. Mr. Lewis denied request, however, he is contracting with Waste Management as a SBE Consultant for this BID. **(See Enclosed Letter)**

4. SWS continued their community outreach efforts with Palm Beach County Black Chamber of Commerce and invited participation again by email to founder and board member Mr. Paul Nunnally for distribution to their members. (See Enclosed Letter)

5. SWS partnered with Palm Beach County Greater Chamber of Commerce and they sent email correspondence to all of their members. **(See Enclosed Letter)**

## PAGE 2 SWS SCHEDULE 3 BONA EFFORTS FOR SBE PARTICIPATION

6. SWS partnered with Palm Beach County School District and email correspondence was sent to Director Michelle Andrewin, Office of Diversity in Business Practices for their PBCO Certified SBE. **(See Enclosed Letter)**

7. SWS partnered with the City of West Palm Beach Office of Small Business Assistance (OSBA) and Ms. Tiffany McCray, Coordinator authorized and sent email correspondence to all of their Certified SBE. **(See Enclosed Letter)**

8. SWS on December 12, 2012 attended Palm Beach County Office of Small Business Assistance (OSBA) and Palm Beach County Solid Waste Authority (SWA) meet and greet for haulers and PBCO Certified SBE. The event attracted twenty (20) SBE. **(See Enclosed SWA Attendance Sign In)**

9. SWS advertised its community outreach for viable Palm Beach County Certified SBE through a **LEGAL NOTICE** in the Palm Beach Post Newspaper for five (5) days: December 13-17 2012. (See Enclosed Published Legal Notice)

SWS community outreach efforts identified three (3) viable Palm Beach County SBE: 1. Henderson's Sani-Service System, Inc. 2. James Jr. Enterprise, Inc. 3. Brilliant Minds Strategies, Inc. **(See Enclosed PBCO SBE Certifications)**

SWS was able to meet the fifteen (15%) Palm Beach County SBE participation goals. However, two (2) of the Palm Beach County Certified SBE Business Tax Receipts were issued after November 13, 2012; prohibited in SWA Addendum 1 issued November 28, 2012.

James Jr. Enterprise, Inc. City of WPB Business Tax Receipt Application October 18, 2012 and Issued November 20, 2012, and Brilliant Minds Strategies, Inc. City of WPB Business Tax Receipt Application September 28, 2012 and Issued November 15, 2012. **(See Enclosed City of West Palm Beach Business Tax Receipts)**

**NOTE:** Palm Beach County Business Tax Receipts cannot be obtained by any SBE, before City of West Palm Beach Business Tax Receipt is issued: Review Palm Beach County Ordinance 72-.7.

James Jr. Enterprise, Inc. PBCO Business Tax Receipt Issued December 12, 2012, and Brilliant Minds Strategies, Inc. PBCO Business Tax Receipt Issued

## PAGE 3 SWS SCHEDULE 3 BONA EFFORTS FOR SBE PARTICIPATION

November 15, 2012 are in compliance with Palm Beach County Ordinance 72-7. **(See Enclosed PBCO Tax Receipts 2012-2013).**

James Jr. Enterprise, Inc. and Brilliant Minds Strategies, Inc. sought an administrative cure for Business Tax Receipts not issued before November 13, 2012 in writing on December 12, 2012; from SWA Purchasing Services Director Saundra Brady.

The administrative cure requested advocated for the Authority to use a combination of corroborating documents, instead of the singular Palm Beach County Business Tax Receipt; to substantiate SBE's Palm Beach County domicile before BID issued November 13, 2012.

The following vouching domicile documents are compliant with SWA Board's legislative intent for local, SBE bona fide participation established in public meeting October 30, 2012:

1. Palm Beach County SBE Certification Documenting Local Business Address.
2. One (1) Contract Demonstrating Conducting Business in Palm Beach County.
3. Local Business Bank Statements. 4. Palm Beach County Business and/ or Personal Vehicles Registrations.

5. State of Florida Corporate Filings Documenting Palm Beach County Business Domicile. 6. Local Business Leases and/or Palm Beach County Annual Real Property Homestead Tax Assessments. 7. Palm Beach County SWA Annual Assessments. 8. Local Utility Bills. 9. City of West Palm Beach Business Tax Receipts Documenting Business Address. 10. Driver Licenses Documenting Local Address.

The recommendations were viable methods for Purchasing Services Director Saundra Brady to sanction, while still safeguarding SWA Board's legislative intent and not eliminating bona fide SBE:

James Jr. Enterprise, Inc. and Brilliant Minds Strategies, Inc., local SBE known to the Authority's executive staff and SWA Board, were not created to artificially inflate small business participation for BID 201-12/SLB.

## PAGE 4 SWS SCHEDULE 3 BONA EFFORTS FOR SBE PARTICIPATION

**The Authority Purchasing Services Director Saundra Brady denied the SBE's alternatives to establish Palm Beach County domicile before November 13, 2012.**

**STATEMENT:** SWS did achieve goal of **15%** Palm Beach County Certified SBE Participation for **BID NO. 14-201/SLB Issued November 13, 2012.**

SWS has signed binding SWA Schedule 2 with three (3) bona fide Palm Beach County SBE for participation effective October 2013-September 2018 if awarded one (1) service area: 1. Henderson's Sani-Service System, Inc.: **6%**. 2. James Jr. Enterprises, Inc.: **6%** 3. Brilliant Minds Strategies, Inc.: **3%**: **Total: 15%**. **(Review Signed SWA SBE Schedule 2)**

# PALM BEACH COUNTY
## OFFICE OF SMALL BUSINESS ASSISTANCE

CERTIFIES THAT

# HENDERSON'S SANI-SERVICE SYSTEMS, INC.
VENDOR # VC0000013102

is a Small Business Enterprise as prescribed by section 2-80.21 – 2-80.35 of the Palm Beach County Code for a three year period from March 16, 2010 to March 15, 2013.

The following Services and/or Products are covered under this certification:

**GARBAGE/REFUSE EQUIPMENT (DUMPSTERS, ETC.) RENTAL OR LEASE; RENTAL OF PORTABLE TOILETS (REGULAR AND HANDICAP ACCESSIBLE) TO INCLUDE DELIVERY AND SET-UP**

_____
Hazel Oxendine, Director

3/16/10



Palm Beach County Board of County Commissioners

Burt Aaronson, Chair
Karen T. Marcus, Vice Chair
Jeff Koons
Shelley Vana
Steven L. Abrams
Jess R. Santamaria
Priscilla A. Taylor

County Administrator
Robert Weisman

Deputy County Administrator
Verdenia C. Baker

# SMALL BUSINESS CERTIFICATION

The City of West Palm Beach's Small Business Program

Certifies that

## JAMES JR. ENTERPRISES, INC.

Has met the necessary requirements for certification as a Small Business under the Small Business Program as prescribed by the City of West Palm Beach's Ordinance Number 3366-00.

The following List of Services and/or Product are covered under this certification:

\*\*\*\*

- Vehicle Towing Services

\*\*\*\*

Issued by the City of West Palm Beach on November 15, 2012 and expires on November 30, 2015

Certificate Number: 1043731

_Althea Pemsel_
Althea Pemsel, MA, C.P.M.
**Procurement Official**

Southern Waste Systems LLC
250 Millport Rd
Lantana FL 33462

RECEIVED
SOLID WASTE AUTHORITY
13 JAN 11 PM 1:35
PURCHASING SERVICES

**ATTN: PURCHASING**
**DO NOT OPEN UNTIL**
Opening Time: **2:00 PM**
Opening Date: ~~January 4, 2013~~ Jan 11, 2013 per Addendum
Bid No: **14-201/SLB**
Title: **Solid Waste and Recycling Collection Services**

**Solid Waste Authority of Palm Beach County**
7501 North Jog Road
West Palm Beach FL 33412

**The Palm Beach Post**
**REAL NEWS STARTS HERE**

Palm Beach Daily News
THE SHINY SHEET

# PROOF OF PUBLICATION

NO. 75555

LEGAL NOTICE

Southern Waste Systems,
southernwastesystems.com
are seeking Certified Small Business Enterprises (SBE) headquartered in Palm Beach County, who provides professional services and products to the solid waste and recycling industry to subcontract for Solid Waste Authority (SWA) BID14-201/SL.

Please submit by email the following by December 17, 2012 at 12:00 PM:

1. The professional services and/or products your company provides.
2. Fees for professional services and/or products.
3. Proof of SBE Certification.
4. All relevant licenses and certifications for the professional services and/or products you want to be considered for.

Contact for Southern Waste Systems (SWS): Tina M. White, 561-633-3147, tinabrilliantminds@comcast.net.

PUB: The Palm Beach Post 12-13-12

Signed 

Sworn to and subscribed before 12/17/2012.
Who is personally known to me.

HEATHER S. HART, Notary Public
In and for the State of Ohio
My Commission Expires Feb. 22, 2015

STATE OF FLORIDA
COUNTY OF PALM BEACH

Before the undersigned authority personally appeared Angela Pace, who on oath says that she is Call Center Legal Advertising Representative of The Palm Beach Post, a daily and Sunday newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertising for a Notice in the matter NO. 75555 LEGAL NOTICE Southern Waste S was published in said newspaper in the issues of 12/13/2012. Affiant further says that the said The Post is a newspaper published at West Palm Beach, in said Palm Beach County, Florida, and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida, daily and Sunday and has been entered as second class mail matter at the post office in West Palm Beach, in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she/he has neither paid nor promised any person, firm or corporation any discount rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper. Also published in Martin and St. Lucie Counties.

Ad ID: 75555
Ad Cost: 653.60

Date Printed: 12/12/2012
Time Printed: 01:54:09 PM

# The Palm Beach Post
Real News Starts Here

Receipt: 2

# RECEIPT

| | | | | |
|---|---|---|---|---|
| Account: | G1249 | Name: | SOUTHERN WASTE SYSTEMS | |
| Phone: | 5615826688 | Address: | 790 HILLBRATH DR | |
| E-mail: | | | | |
| Purchase Order: | | | | |
| Pay Type: | Billed | City: | LANTANA | |
| Account Group: | | State: | FL | |
| Caller: | TINA | Zip: | 33462-1672 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Order Name: | LEGAL NOTICE | Order Id: | 31350 | Sales Rep: | PB103 | Angela Pace |
| Ad Name: | 75555A | Ad Id: | 75555 | Original Ad Id: | | |
| Copyline: | NO. 75555 LEGAL NOTICE Southern Waste S | | | | | |

NO. 75555

LEGAL NOTICE

| | | |
|---|---|---|
| Editions: | PB Post,PB Post Web | |
| Section: | 6205 | Legal Notices |
| Start: | 12-13-2012 | |
| Stop: | 12-17-2012 | |
| Issues: | 5 | |
| Colors: | 0 | |
| Reply Request: | | |
| Tearsheets: | 0 | |

Southern Waste Systems, southernwastesystems.com are seeking Certified Small Business Enterprises (SBE) headquartered in Palm Beach County, who provides professional services and products to the solid waste and recycling industry to subcontract for Solid Waste Authority (SWA) BID14-201/5L.

Please submit by email the following by December 17, 2012 at 12:00 PM:

| | |
|---|---|
| Lines: | 38 |
| Depth: | 38 |
| Columns: | 1 |
| Discount: | .00 |
| Commission: | 0 |
| Net: | 653.60 |
| Total: | 653.60 |
| Payments: | .00 |
| | .00 |
| | .00 |
| | .00 |
| Cash: | |

1. The professional services and/or products your company provides.
2. Fees for professional services and/or products.
3. Proof of SBE Certification.
4. All relevant licenses and certifications for the professional services and/or products you want to be considered for.

Contact for Southern Waste Systems (SWS): Tina M. White, 561-633-3147, tinabrilliantminds@comcast.net.

PUB: The Palm Beach Post 12-13-12

Ad shown is not actual print size.

# COXMedia Group
A Division of COX Enterprises, Inc.