IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81492KLR

BRILLIANT MINDS STRATEGIES, INC and
JAMES JR. ENTERPRISE, INC.

      Plaintiff,

vs.

SOUTHERN WASTE SYSTEMS, LLC,
SOUTHERN WASTE SYSTEMS, LTD., and the
SOLID WASTE AUTHORITY OF PALM BEACH

      Defendants.
_____/

## DEFENDANT'S FIRST REQUEST TO PRODUCE TO PLAINTIFF, BRILLIANT MINDS STRATEGIES, INC.

Defendant, SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, pursuant to Federal Rule of Civil Procedure 34 and the Local Rules of the U.S. District Court for the Southern District, requests Plaintiff, BRILLIANT MINDS STRATEGIES, INC., to produce for inspection, copying or photographing by Defendants the following documents, showing that Plaintiff has possession, custody and/or control of each of the documents and that each of them constitutes evidence without which Defendant cannot safely proceed to trial, all as is seen more fully from an inspection of the pleadings herein:

**I. DEFINITIONS AND INSTRUCTIONS**

A.     As used herein, "you" or "your" shall mean BRILLIANT MINDS STRATEGIES, INC., or an agent, representative, officer, member, employee, or anyone acting on the behalf of BRILLIANT MINDS STRATEGIES, INC.

B.     The terms "document" or "documents" shall mean any and all information in written, printed, or electronic form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondence, e-mails, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, blueprints, flow sheets, calendar or diary entries, memoranda of telephone or personal conversations, memoranda of meetings or conferences, studies, reports, interoffice and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, charts, graphs, propositions, articles, announcements, newspaper clippings, books, records, tables, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, promissory notes and other evidence of indebtedness and all drafts and copies of documents as hereinabove defined by whatever means made. If multiple copies of a document exist, each copy which is in any way not completely identical to a copy which is being produced should also be produced.

C.     If any of the documents responsive to the below request are electronically stored information, as defined by the Federal Rules of Civil Procedure, Defendant herby requests the documents be produced in the format in which they are ordinarily maintained without alternation and with all metadata preserved.

## II. DOCUMENTS TO BE PRODUCED

1. Any and all documents used, referred to, referenced or relating to your responses to Interrogatories to Plaintiff, BRILLIANT MINDS STRATEGIES, INC. propounded on September 16, 2016

2. All statements taken of any representatives, agents, officers or employees of Defendant, SOUTHERN WASTE SYSTEMS, LLC, or SOUTHERN WASTE SYSTEMS, LTD., including their parents, assignees, successors, or subsidiaries

3. All statements taken of Defendant, SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including its representatives, agents, officer, or employees

4. All recorded audio or video, including, but not limited to, all recorded telephone calls and voicemails, taken of Defendant, SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including its representatives, agents, officer, or employees

5. All recorded audio or video, including, but not limited to, all recorded telephone calls and voicemails, taken of Defendant, SOUTHERN WASTE SYSTEMS, LLC, or SOUTHERN WASTE SYSTEMS, LTD., including their parents, assignees, successors, or subsidiaries

6. All statements of witnesses relating to facts or issues involved in this lawsuit

7. All photographs and/or videotapes, charts, diagrams, documents, and other physical evidence that Plaintiff intends to use at the time of trial

8. All documents created by either Defendant, including their agents, employees, or representatives, relating to any issue in this lawsuit

9. All documents created by either Defendant, including their agents, employees, or representatives, that Plaintiff intends to use at the time of trial

10. All statutes, ordinances, standards, or regulations it is contended that either Defendant violated or that this Plaintiff intends to use at the time of trial

11. All reports pertaining to any issue involved in this lawsuit of expert witnesses who will testify at trial

12. All settlement agreements and/or releases entered into with any person or entity with respect to the same damages involved in this lawsuit

13. Any logs, diaries, journals, notes or other documentation prepared by Plaintiff which in any way pertain to the issues involved in this action

14. All correspondence, letters, e-mails, text messages, or any other documents, including attachments, exchanged between you and SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including its parent or successor corporations, subsidiaries, assignees, employees, officers, agents, or representatives

15. All correspondence, letters, e-mails, text messages, or any other documents, including attachments, exchanged between you and SOUTHERN WASTE SYSTEMS, LLC or SOUTHERN WASTE SYSTEMS, LTD., including its parent or successor corporations, subsidiaries, assignees, employees, officers, agents, or representatives

16. All correspondence, letters, e-mails, text messages, or any other documents, including attachments, exchanged between you and JAMES JR. ENTERPRISE, INC., including its parent or successor corporations, subsidiaries, assignees, employees, officers, agents, or representatives

17. All correspondence, letters, e-mails, or any other documents, including attachments, exchanged between you and Waste Management, Inc., of Florida, including its parent or successor corporations, subsidiaries, assignees, employees, officers, agents, or representatives

18. All notes, memoranda, correspondence, reports, or other documents regarding any and all "contract administration" or "contract purchases" provided, administered, arranged, or otherwise performed by you for SOUTHERN WASTE SYSTEMS, LLC, SOUTHERN WASTE SYSTEMS, LTD., or SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including their subsidiaries, parents, assignees, employees, agents, or representatives, and relating to or arising out of the Service Area 4 Franchise Agreement No. 14-205 that is the subject of your Complaint.

19. All notes, memoranda, e-mails, correspondence, reports, or other documents identifying work performed by you, including your agents, employees, officers, or representatives, for SOUTHERN WASTE SYSTEMS, LLC, SOUTHERN WASTE SYSTEMS, LTD., or SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including their subsidiaries, parents, assignees, employees, agents, or representatives, for the two (2) year period prior to November 13, 2012.

20. All invoices, work orders, e-mails, receipts, or any other documents identifying the amounts you charged SOUTHERN WASTE SYSTEMS, LLC, SOUTHERN WASTE SYSTEMS, LTD., or SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including their subsidiaries, parents, assignees, employees, agents, or representatives, for any work performed by you, including, but not limited to your agents, employees, representatives, or officers, relating to or arising out of the Service Area 4 Agreement No. 14-205 that is the subject of your Complaint.

21. All invoices, work orders, e-mails, receipts, or any other documents identifying the work you performed or amounts you charged SOUTHERN WASTE SYSTEMS, LLC, SOUTHERN WASTE SYSTEMS, LTD., or SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, including their subsidiaries, parents, assignees, employees, agents, or representatives, for any work performed by your company, its agents, employees, officers, or any other representative, for the two (2) year period prior to November 13, 2012.

22. All invoices, work orders, or any other documents itemizing the work you performed or amounts you charged any entity other than Defendants for any work performed by your company from November 13, 2012 to present.

23. All employment documentation, including all résumés, curriculum vitae, experience summaries, hiring documents, training materials, and other related documents for all of your employees, contractors, subcontractors, officers, directors, members, managers, or agents, on November 13, 2012 through present.

24. All forms, certificates, receipts, correspondence and all other documents demonstrating your certification as a small business entity or enterprise with any governmental agency, including but not limited to, the Palm Beach County Office of Small Business Assistance or any other governmental agency located in Florida

25. All forms, certificates, receipts, correspondence and all other documents demonstrating certification as a Palm Beach County local business entity or enterprise with any governmental agency, including, but not limited to, the Palm Beach County Office of Small Business Assistance or any other governmental agency located in Florida

26. All documents regarding City of West Palm Beach and Palm Beach County business taxes, including any business tax receipts and applications for Palm Beach County and municipalities located within Palm Beach County, for BRILLIANT MINDS STRATEGIES, INC.

27. All income statements, balance sheets, cash flow statements, statements of shareholders' equity, and corporate tax returns, including all attachments and schedules, for BRILLIANT MINDS STRATEGIES, INC., from 2009 to present.

28. All documents regarding your registration as a vendor with the Palm Beach County Office of Small Business Assistance or any other governmental agency located in Florida.

29. Invoices, checks, reports, and other documents stating your annual gross receipts from 2009 to present.

30. All corporate filings and governing documents for BRILLIANT MINDS STRATEGIES, INC., including, but not limited to, any and all articles of incorporation, bylaws, shareholder statements, and annual reports.

31. All documentation identifying any parent, subsidiary, or successor corporations of BRILLIANT MINDS STRATEGIES, INC.

32. All documents obtained by you through public records request to any public entity of Palm Beach County, including, but not limited to, SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, where said request was made at any time from January 1, 2012, to present.

33. All documents supporting your claims in Count II of the Fourth Amended Complaint for Negligence of SWA, including, but not limited, all documents in your possession that allegedly demonstrate that SOLID WASTE AUTHORITY OF PALM BEACH COUNTY had any duty to Plaintiffs or breached those alleged duties to Plaintiffs (Fourth Amended Complaint, para. 77-96)

34. All documents supporting your claims in Count IV of the Fourth Amended Complaint for Breach of Contract to Third Party Beneficiaries, as to SWA, including, but not limited, all documents in your possession that allegedly demonstrate that Plaintiffs were third party

beneficiaries of Franchise Agreement No. 14-205 for Service Area 4 and/or allegedly demonstrate that SOLID WASTE AUTHORITY OF PALM BEACH COUNTY breached a duty to those alleged third party beneficiaries (Fourth Amended Complaint, para. 145-151)

35. All documents supporting your claim in Count VI of the Fourth Amended Complaint for Fraud in the Inducement to Contract as to SWA, including, but not limited, all documents in your possession that allegedly demonstrate SOLID WASTE AUTHORITY OF PALM BEACH COUNTY inducing Plaintiffs to participate in the subject contract or demonstrating you "expending substantial time and money in the process." (Fourth Amended Complaint, para. 145-151)

36. All documents supporting your claims in Count IX of the Fourth Amended Complaint that the race and/or sex of Plaintiffs' principals were "motivating factors" in SOLID WASTE AUTHORITY OF PALM BEACH COUNTY's alleged decisions or alleged failures as to Plaintiffs (Fourth Amended Complaint, para. 209-215)

37. All documents supporting all claimed amounts of damages under the allegations of the Fourth Amended Complaint, including "damages in the form of the breached five-year agreements and loss of corresponding revenue" (Fourth Amended Complaint, para. 96), "the loss of $627,500" (Fourth Amended Complaint, para. 132), "the $627,500 they would have received over the contract's five-year period" (Fourth Amended Complaint, para. 150), and "compensatory damages for the past and future economic and non-economic losses, including extreme emotional distress and mental anguish, impairment of the quality of life; and consequential loses; lost wages any lost benefits that resulted from the Defendants' discrimination" (Fourth Amended Complaint, page 31)

38. All documents identifying any statement, admission, obligation, directive, or other communication to you by SOUTHERN WASTE SYSTEMS, LLC, SOUTHERN WASTE SYSTEMS, LTD., or SOLID WASTE AUTHORITY OF PALM BEACH COUNTY, that any work related to or arising out of the Franchise Agreement No. 14-205 for Service Area 4 was guaranteed to you for any period of time.

39. All documents supporting any claim by you that SOLID WASTE AUTHORITY OF PALM BEACH COUNTY made a determination to not use you as a local Small Business Enterprise under the Franchise Agreement No. 14-205 for Service Area 4

It is requested that these items be produced at a place agreed by counsel, at office of counsel, on or before thirty (30) days from the date hereof.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail on September 16, 2016, on all counsel or parties of record on the Service List below:

ANDERSON, MAYFIELD, HAGAN & THRON, P.A.
1800 S. Australian Ave. Ste. 350
West Palm Beach, FL 33409
Phone: (561) 688-0098 | Fax: (561) 688-0094
Co-Counsel for Defendant, SWA

/S/ Kera E. Hagan
KERA E. HAGAN, ESQUIRE
Florida Bar No. 87645
Email: khagan@andersonmayfield.com

SERVICE LIST

*Andrew DeGraffenreidt, III*
   319 Clematis, Suite 602
   West Palm Beach, FL 33401
   P: 561-596-6420 | F: 561-832-9189
   Email: drewdy98@aol.com
   Attorney for Plaintiffs;

*Donald Nathaniel Watson*
   Waterside Professional Building
   221 E Osceola Street
   Stuart, FL 34994
   P: 772-283-8260 | F: 463-1766
   Email: dnw@williegary.com
   Attorney for Plaintiffs;

*Victor Gregory Swift*
   221 S.E. Osceola Street
   Stuart, FL 34994
   P: 772-288-6149 | F: 772-220-3343
   Email: vgs@williegary.com
   Attorney for Plaintiffs;

*Kera E. Hagan, Esq.*
   1800 S. Australian Ave. Ste. 350
   West Palm Beach, FL 33409
   P: 561-688-0098 | F: 561-688-0094
   khagan@andersonmayfield.com
   Co-Counsel for Defendant, SWA;

*Larry A. Strauss*
   221 S.E. Osceola Street
   Stuart, FL 34994
   P: 561-301-2932 | F: 772-463-4318
   strausslawfirm@comcast.net
   Attorney for Plaintiffs;

*Brian Bradshaw Joslyn*
   515 N Flagler Drive, 20th Floor
   West Palm Beach, FL 33401-4343
   P: 561-832-5900 | F: 561-833-4209
   Email: bjoslyn@ciklinlubitz.com
   Attorney for Defendant, SWS;

*Philip Mugavero*
   301 N Olive Ave., Ste 601 PO Box 1989
   West Palm Beach, FL 33401
   P: 561-355-2225 | F: 561-355-4234
   Email: pmugaver@pbcgov.org
   Co-Counsel for Defendant, SWA