Defendant's Exhibit 2

## Josh Marks

| | |
|---|---|
| **From:** | Larry Strauss [Larry@Williegary.com] |
| **Sent:** | Wednesday, October 19, 2016 3:36 PM |
| **To:** | Josh Marks; Kera Hagan |
| **Cc:** | PMugaver@pbcgov.org; AAirey@pbcgov.org; Donald Watson; Victor Swift; Susan Perini; Joslyn, Brian B.; Alana Sarno |
| **Subject:** | RE: Brilliant Minds, et al vs. Southern Waste Systems et al |
| **Attachments:** | 20161018.Brilliant Minds documents responsive to SWA RTP, Bates 001-0170.pdf |
| | |
| **Importance:** | High |

Apologies. One of those pdfs sent to you this morning is obviously NOT the correct one. The attached, 170-page pdf is the one that should have been sent with the 88-page one you received this morning. I'm sorry you were sent the wrong document.

Regards,

**Larry A. Strauss, Esq.**



**LAW OFFICES OF**

**GARY, WILLIAMS, PARENTI WATSON & GARY, P.L.L.C.**

**LARRY A. STRAUSS, ESQ.**
**ASSOCIATE ATTORNEY**

221 S.E. Osceola Street
Stuart, Florida 34994
Toll Free:  800-329-4279

larry@williegary.com
Telephone:772-283-8260
Fax:772-220-3343

This electronic message may contain privileged or confidential communications from the Law Firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. and is intended for the above named recipient(s) only. If you are not the intended recipient or have received this electronic communication in error, please notify the sender and delete this message and any attachments from your computer and electronic mail system immediately.

Law Offices of Gary, Williams, Parenti, Watson & Gary, PLLC
Waterside Professional Building  |  221 S.E. Osceola Street  |  Stuart, FL 34994
**Phone:** (772) 283-8260  |  **E-mail:** larry@williegary.com  |  **Web:** www.garylawgroupfl.com
**LinkedIn:** My Profile  |  **Martindale-Hubbell:** Rated AV Preeminent ®  |  **Avvo:** Rated Superb

**From:** Josh Marks [mailto:jmarks@andersonmayfield.com]
**Sent:** Wednesday, October 19, 2016 3:20 PM
**To:** Larry Strauss <Larry@Williegary.com>; Kera Hagan <khagan@andersonmayfield.com>
**Cc:** PMugaver@pbcgov.org; AAirey@pbcgov.org; Donald Watson <dnw@Williegary.com>; Victor Swift <vgs@Williegary.com>; Susan Perini <sbp@Williegary.com>; Joslyn, Brian B. <BJoslyn@ciklinlubitz.com>; Alana Sarno <aks@Williegary.com>
**Subject:** RE: Brilliant Minds, et al vs. Southern Waste Systems et al

Larry,

The attached documents, including only 88 bates stamped pages, and email from Alana are the only documents we received this morning. If you meant to send additional pages, please forward those to our office.

Thank you,

Joshua H. Marks, Esq.
Associate
Anderson, Mayfield, Hagan & Thron, P.A.
1800 S. Australian Ave., Ste. 350
West Palm Beach, FL 33409
561.688.0098 Phone
561.688.0094 Fax
jmarks@andersonmayfield.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Larry Strauss [mailto:Larry@Williegary.com]
**Sent:** Wednesday, October 19, 2016 3:01 PM
**To:** Kera Hagan
**Cc:** PMugaver@pbcgov.org; AAirey@pbcgov.org; Josh Marks; Donald Watson; Victor Swift; Susan Perini; Joslyn, Brian B.; Alana Sarno
**Subject:** RE: Brilliant Minds, et al vs. Southern Waste Systems et al

Good afternoon. Thank you for your letter and patience. We'll get you what is remaining, as well as the plaintiffs' discovery requests to the defendants. Susan or Alana will coordinate with your office on depo details, etc. Thank you.

I wanted to make a clarification, however. Your letter notes you "received only a few pages from" our office. We sent the defendants nearly 300 pages at 8:23 a.m.

Thank you.


Regards,

**Larry A. Strauss, Esq.**



**LAW OFFICES OF**

# GARY, WILLIAMS, PARENTI
# WATSON & GARY, P.L.L.C.

## LARRY A. STRAUSS, ESQ.
### ASSOCIATE ATTORNEY

221 S.E. Osceola Street
Stuart, Florida 34994
Toll Free: 800-329-4279

larry@williegary.com
Telephone:772-283-8260
Fax:772-220-3343

This electronic message may contain privileged or confidential communications from the Law Firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. and is intended for the above named recipient(s) only. If you are not the intended recipient or have received this electronic communication in error, please notify the sender and delete this message and any attachments from your computer and electronic mail system immediately.

---

Law Offices of Gary, Williams, Parenti, Watson & Gary, PLLC
Waterside Professional Building  |  221 S.E. Osceola Street  |  Stuart, FL 34994
**Phone:** (772) 283-8260  |  **E-mail:** larry@williegary.com  |  **Web:** www.garylawgroupfl.com
**LinkedIn:** My Profile  |  **Martindale-Hubbell:** Rated AV Preeminent ®  |  **Avvo:** Rated Superb

**From:** Kera Hagan [mailto:khagan@andersonmayfield.com]
**Sent:** Wednesday, October 19, 2016 1:01 PM
**To:** Alana Sarno <aks@Williegary.com>
**Cc:** PMugaver@pbcgov.org; AAirey@pbcgov.org; Josh Marks <jmarks@andersonmayfield.com>; Donald Watson <dnw@Williegary.com>; Victor Swift <vgs@Williegary.com>; Susan Perini <sbp@Williegary.com>; Larry Strauss <Larry@Williegary.com>; Joslyn, Brian B. <BJoslyn@ciklinlubitz.com>
**Subject:** RE: Brilliant Minds, et al vs. Southern Waste Systems et al

Hello All -

Please see attached correspondence with regard to cancelling the depositions set for tomorrow.  I would suggest we try to use the deposition dates we were clearing in November for the Plaintiffs' depositions.

Thanks.
Kera

---

**From:** Alana Sarno [mailto:aks@Williegary.com]
**Sent:** Wednesday, October 19, 2016 8:26 AM
**To:** Kera Hagan
**Cc:** PMugaver@pbcgov.org; AAirey@pbcgov.org; Josh Marks; Donald Watson; Victor Swift; Susan Perini; Larry Strauss; Joslyn, Brian B.
**Subject:** RE: Brilliant Minds, et al vs. Southern Waste Systems et al

In addition, thank you for your professional courtesy in this matter.

Regards,
Alana Sarno



**LAW OFFICES OF**
# GARY, WILLIAMS, PARENTI
# WATSON & GARY, P.L.L.C.

## ALANA SARNO
### LEGAL ASSISTANT

221 E. Osceola Street
Stuart, Florida 34994
Toll Free:  800-329-4279

aks@williegary.com
Telephone:772-283-8260
Fax:772-220-3343

This electronic message may contain privileged or confidential communications from the Law Firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. and is intended for the above named recipient(s) only. If you are not the intended recipient or have received this electronic communication in error, please notify the sender and delete this message and any attachments from your computer and electronic mail system immediately.

**From:** Alana Sarno
**Sent:** Wednesday, October 19, 2016 8:23 AM
**To:** 'khagan@andersonmayfield.com' <khagan@andersonmayfield.com>
**Cc:** PMugaver@pbcgov.org; AAirey@pbcgov.org; Josh Marks <jmarks@andersonmayfield.com>; Donald Watson <dnw@Williegary.com>; Victor Swift <vgs@Williegary.com>; Susan Perini <sbp@Williegary.com>; Larry Strauss <Larry@Williegary.com>
**Subject:** Brilliant Minds, et al vs. Southern Waste Systems et al

Good morning,

Mr. Strauss wanted you to have the documents without further delay so you could review these in preparing for the depos.  Our responses will follow later this morning.

Regards,
Alana Sarno



**LAW OFFICES OF**
# GARY, WILLIAMS, PARENTI
# WATSON & GARY, P.L.L.C.

## ALANA SARNO
### LEGAL ASSISTANT

221 E. Osceola Street
Stuart, Florida 34994
Toll Free:  800-329-4279

aks@williegary.com
Telephone:772-283-8260
Fax:772-220-3343

This electronic message may contain privileged or confidential communications from the Law Firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. and is intended for the above named recipient(s) only. If you are not the intended recipient or have received this electronic communication in error, please notify the sender and delete this message and any attachments from your computer and electronic mail system immediately.

4