**Josh Marks**                                                              Defendant's Exhibit 4

| | |
|---|---|
| From: | Alana Sarno [aks@Williegary.com] |
| Sent: | Wednesday, October 19, 2016 8:23 AM |
| To: | Kera Hagan |
| Cc: | PMugaver@pbcgov.org; AAirey@pbcgov.org; Josh Marks; Donald Watson; Victor Swift; Susan Perini; Larry Strauss |
| Subject: | Brilliant Minds, et al vs. Southern Waste Systems et al |
| Attachments: | 20161018 JJE  documents Responsive to SWA RTP Bates 00001-00088.pdf; 20101018.Bates Documents.pdf |

Good morning,

Mr. Strauss wanted you to have the documents without further delay so you could review these in preparing for the depos.  Our responses will follow later this morning.

Regards,
Alana Sarno



LAW OFFICES OF
### GARY, WILLIAMS, PARENTI WATSON & GARY, P.L.L.C.

## ALANA SARNO
### LEGAL ASSISTANT

| | |
|---|---|
| 221 E. Osceola Street | aks@williegary.com |
| Stuart, Florida  34994 | Telephone:772-283-8260 |
| Toll Free:  800-329-4279 | Fax:772-220-3343 |

This electronic message may contain privileged or confidential communications from the Law Firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. and is intended for the above named recipient(s) only. If you are not the intended recipient or have received this electronic communication in error, please notify the sender and delete this message and any attachments from your computer and electronic mail system immediately.