IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15CV81492KLR

BRILLIANT MINDS STRATEGIES, INC and
JAMES JR. ENTERPRISE, INC.

Plaintiff,

vs.

SOUTHERN WASTE SYSTEMS, LLC,
SOUTHERN WASTE STSTEMS, LTD., and the
SOLID WASTE AUTHORITY OF PALM BEACH

Defendant(s)._____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' RESPONSES TO SWA'S REQUESTS TO PRODUCE**

THIS CAUSE having come to be heard on Defendant, Solid Waste Authority Of Palm Beach County's, Motion to Compel Plaintiffs' Responses to SWA's Requests to Produce, and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED. Plaintiffs shall respond to each item or category of items in Defendants' First Requests to Produce to each Plaintiff on or before November 11, 2016, in compliance with Federal Rule of Civil Procedure 34(b)(2)(B), and production of responsive documents to each item or category is to be made on or before November 11, 2016.

DONE AND ORDERED in Chambers at _____, _____ County, Florida, this _____ day of _____, 201__.

_____
The Honorable Donald M. Middlebrooks
United States District Judge

Cc: All Counsel of Record

1