IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CV-81492

TINA M. WHITE D/B/A BRILLIANT
MINDS STRATEGIES, INC., et al.
    Plaintiffs,

vs.

SOUTHERN WASTE SYSTEMS, LLC
And SOLID WASTE AUTHORITY OF
PALM BEACH COUNTY,
    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** the undersigned attorney and files this Motion to Withdraw as Counsel for the Plaintiffs, TINA M. WHITE D/B/A BRILLIANT MINDS STRATEGIES, INC. et al and as grounds would state:

1. That the undersigned counsel hereby gives notice of his withdrawal as attorney of record and requests to be removed from Service List.

2. The Law Offices of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. by and through attorneys Donald N. Watson and Larry A. Strauss, remain attorneys of record for the Plaintiffs and should continue to receive service.

**WHEREFORE,** the undersigned prays for an Order to relieve the undersigned attorney of any further responsibility with regard to representation of the Plaintiffs.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF and that a true and correct copy of the foregoing has been furnished via electronic mail to Brian B. Joslyn, Esq., bjoslyn@ciilinlubitz.com, 515 North Flagler Ave., 20th Floor, West Palm Beach, FL 33401 and Kera E. Hagan, Esq., khagan@andersonmayfield.com, 1800 S. Australian Ave., Ste 350, West Palm Beach, FL 33409 and Tina M. White, tinabrilliantminds@comcast.net, 808 West First Street, Riviera Beach, FL 33404 on this 4th day of January, 2017.

               LAW OFFICES OF GARY, WILLIAMS,
               PARENTI, WATSON & GARY, PLLC
               Attorneys for Plaintiff
               221 S.E. Osceola Street
               Stuart, FL 34994
               Telephone: (772) 283-8260
               Facsimilie: (772) 220-3343
               E-mail: vgs@williegary.com
                   dnw@williegary.com
                   larry@williegary.com

             BY: /s/Victor G. Swift
                 DONALD N. WATSON
                 Florida Bar No. 324442
                 VICTOR G. SWIFT, ESQ.
                 Florida Bar No. 71048